# EXHIBIT 2

*Proposed sealed document*