NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Douglas G. Muehlhauser (SBN 179495)
doug.muehlhauser@knobbe.com
Mark Lezama (SBN 253479)
mark.lezama@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor, Irvine, CA  92614
Telephone: 949-760-0404/Fax: 949-760-9502

ATTORNEY(S) FOR: Plaintiff Nomadix, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOMADIX, INC.,<br><br>                                Plaintiff(s),<br>              v.<br>GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.,<br><br>                                Defendant(s) | CASE NUMBER:<br><br>2:16-CV-08033<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Plaintiff Nomadix, Inc._____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Nomadix, Inc. | Plaintiff |
| interTouch Holdings, LLC | Parent company of Nomadix, Inc. |

October 28, 2016                      /s/ Mark Lezama
Date                                  Signature

                                      Attorney of record for (or name of party appearing in pro per):

                                      Plaintiff Nomadix, Inc.