| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>Michael R. Matthias, SBN 57728<br>Matthew D. Pearson, SBN 294302<br>F. Lucas Paule, SBN 313282<br>BAKER & HOSTETLER LLP<br>11601 Wilshire Boulevard, Suite 1400<br>Los Angeles, CA  90025-0509<br>Tel: 310.820.8800 / Fax: 310.820.8850<br>ATTORNEY(S) FOR: | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOMADIX, INC.,<br>　<br>　Plaintiff(s),<br>　v.<br>GUEST TEK INTERACTIVE ENTERTAINMENT LTD.,<br>　<br>　Defendant(s) | CASE NUMBER:<br>2:16-CV-08033 AB (FFMx)<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Defendant Guest-Tek Interactive Entertainment, Ltd.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| None other than the parties named as Plaintiff and Defendant | |

March 20, 2017                                      *s/ Michael R. Matthias*
Date                                                            Signature

　　　　　　　　　　　　　　Attorney of record for (or name of party appearing in pro per):

　　　　　　　　　　　　　　Michael R. Matthias

CV-30 (05/13)                    **NOTICE OF INTERESTED PARTIES**

