NOTE: CHANGES MADE BY THE COURT

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| NOMADIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> GUEST-TEK INTERACTIVE ENTERTAINMENT LTD., <br><br> Defendant. | Case No.: 2:16-cv-08033-AB-FFM <br><br> [*Honorable André Birotte Jr.*] <br><br> [~~PROPOSED~~] ORDER DENYING DEFENDANT GUEST-TEK INTERACTIVE ENTERTAINMENT, LTD'S *EX PARTE* APPLICATION TO CONTINUE SCHEDULING CONFERENCE |

- 2 -

Having considered GUEST-TEK INTERACTIVE ENTERTAINMENT, LTD'S ("Guest-Tek") *Ex Parte* Application to continue the scheduling conference set for June 19, 2017 ("Application"), and the opposition papers, the Court does not find good cause.  The Court HEREBY orders as follows:

    1.    Guest-Tek's *Ex Parte* Application is hereby DENIED;

    2.    The scheduling conference remains scheduled for June 19, 2017, at 10:00 a.m.

**IT IS SO ORDERED**

Dated: May 30, 2017

_____
Hon. André Birotte Jr.
United States District Judge