Name, Address and Telephone Number of Attorney(s):

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  | CASE NUMBER |
|---|---|
| v.  Plaintiff(s) |  |
| Defendant(s). | **REQUEST:**<br>**ADR PROCEDURE SELECTION** |

Pursuant to Civil L.R.16-15, the parties request that the Court approve the following ADR procedure:

☐ **ADR PROCEDURE NO. 1** - The parties shall appear before the ☐ district judge *or* ☐ magistrate judge assigned to the case for such settlement proceedings as the judge may conduct or direct.

☐ **ADR PROCEDURE NO. 2** - The parties shall appear before a neutral selected from the Court's Mediation Panel for mediation.

☐ **ADR PROCEDURE NO. 3** - The parties shall participate in a private dispute resolution proceeding.

Dated: _____     _____
                                  Attorney for Plaintiff  _____

Dated: _____     _____
                                  Attorney for Plaintiff  _____

Dated: _____     _____
                                  Attorney for Defendant
                                                          Entertainment Ltd.

Dated: _____     _____
                                  Attorney for Defendant  _____

NOTE: If additional signatures are required, attach an additional page to this request.

---

ADR-01 (01/12)          REQUEST: ADR PROCEDURE SELECTION                    Page  of