UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 16-08033-AB (FFMx) | Date: | June 5, 2017 |

Title: Nomadix, Inc. v. Guest-Tek Interactive Entertainment Ltd.

---

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | Chia Mei Jui |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Mark Lezama | Michael R Matthias |
| | Michael J Swope, PHV |

**Proceedings:** DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT [40]

The Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, hereby takes the motion under submission.