## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 16-8033 AB (FFMx) | Date | October 17, 2017 |
|---|---|---|---|
| Title | *Nomadix, Inc. v. Guest-Tek Interactive Entertainment Ltd.* | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge |
|---|---|

| James Munoz | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None present | None present |

**Proceedings:**   **(IN CHAMBERS) ORDER GRANTING MOTION TO COMPEL**

On September 26, 2017, plaintiff filed a motion to compel answers to interrogatories (the "Discovery Motion"). (Dkt. 76.) The Discovery Motion was set for hearing on October 17, 2017. On October 5, 2017, defendant apprised the Court that its motion to compel arbitration was pending before the District Judge and scheduled to be heard on October 20, 2017. Given the impact that a ruling granting such a motion would have on discovery in this matter, the Court continued the hearing on the Discovery Motion to October 20, 2017, at 2:00 p.m.

On October 17, 2017, the District Judge denied defendant's motion to compel arbitration. Therefore, the Court will consider the Discovery Motion. After considering the parties' submissions in connection with the Discovery Motion, the Court deems the matter appropriate for decision without oral argument of counsel. The hearing set for October 20, 2017 is hereby VACATED. *See* Fed. R. Civ. P. 78; C.D. Cal. L.R. 7-15.

Plaintiff seeks supplemental answers to Interrogatory Nos. 1, 2, and 3. The instant motion raises three issues:

(1) Whether plaintiff is entitled to the information it seeks in the interrogatories;

(2) Whether plaintiff may require defendant to provide that information in an EXCEL spreadsheet; and

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-8033 AB (FFMx) | Date | October 17, 2017 |
|---|---|---|---|
| Title | *Nomadix, Inc. v. Guest-Tek Interactive Entertainment Ltd.* | | |

(3) Whether defendant has properly invoked Fed. R. Civ. P. 33(d).

After reviewing the arguments of the parties, the Court concludes that, limiting the responses to properties in the United States, the information sought by plaintiff is relevant to a claim or defense in this action. Further, the Court finds that the discovery is proportional to the needs of the case. The Court notes that defendant has not submitted any declaration substantiating any burden allegedly imposed on it by the discovery, much less an unreasonable one.

The Court further finds that plaintiff is not entitled, *via* interrogatory, to require defendant to prepare an EXCEL spreadsheet. Rule 33 empowers a party to request information and requires the responding party to provide that information. The rule does not empower a party to require an opponent to prepare spreadsheets.

With respect to the third issue, the Court finds that defendant did not properly invoke Rule 33(d) in its answers. Defendant neither identified with specificity the records that would provide the requested information nor provided plaintiff with a reasonable opportunity to examine and audit the [unidentified] records and to make copies, compilations, abstracts, or summaries thereof. The Court further finds that defendant has waived its opportunity to utilize the option provided by Rule 33(d) by (1) failing to timely and properly invoke the option; and (2) by requiring plaintiff to file the instant motion.

Finally, given the amount of information that plaintiff has requested and defendant's delay in providing plaintiff with the information it is entitled to, the Court orders defendant to provide plaintiff with the electronic version, in native format (prior to conversion to pdf), of the answers it prepares in response to the interrogatories. To the extent plaintiff does not have access to the program necessary to work with the file

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-8033 AB (FFMx) | Date | October 17, 2017 |
|---|---|---|---|
| Title | *Nomadix, Inc. v. Guest-Tek Interactive Entertainment Ltd.* | | |

format provided by defendant, defendant must make such program available to plaintiff within 15 days of plaintiff's request therefor.

Defendant is ordered to serve full and complete answers to Interrogatory Nos. 1, 2, and 3 within 30 days of the date of this order.

IT IS SO ORDERED.

_____ : _____

Initials of Preparer          JM