Michael R. Matthias, SBN 57728
Email: mmatthias@bakerlaw.com
Jihee Ahn, SBN 292659
Email: jahn@bakerlaw.com
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859

*Attorneys for Defendant/Counter-Claimant*
GUEST-TEK INTERATIVE ENTERTAINMENT LTD.

(*additional counsel listed on following page*)

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| NOMADIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> GUEST-TEK INTERACTIVE ENTERTAINMENT LTD., <br><br> Defendant/Counter-Claimant, <br><br> v. <br><br> NOMADIX, INC., <br><br> Counter-Defendant. | Case No.: 2:16-CV-08033-AB-FFM <br><br> [*Honorable André Birotte Jr.*] <br><br> **GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.'S APPLICATION FOR LEAVE TO FILE UNDER SEAL JOINT STIPULATION TO COMPEL NOMADIX, INC. TO RESPOND TO REQUEST FOR PRODUCTION NOS. 22 AND 27** <br><br> [Filed concurrently with Bovard Declaration; (Proposed) Order] <br><br> Action Filed: 10/28/16 <br> Amended Complaint Filed: 03/23/17 |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

1  Steven J. Rocci (Admitted *Pro Hac Vice*)
   Email:  srocci@bakerlaw.com
2  Kevin M. Bovard, SBN 247521
   Email:  kbovard@bakerlaw.com
3  **BAKER & HOSTETLER LLP**
   2929 Arch Street, 12th Floor
4  Philadelphia, PA 19104-2891
   Telephone:    215.568.3100
5  Facsimile:    215.568.3439

6  Michael J. Swope (Admitted *Pro Hac Vice*)
   Email:  mswope@bakerlaw.com
7  **BAKER & HOSTETLER LLP**
   999 Third Avenue, Suite 3500
8  Seattle, WA 98104-4040
   Telephone:    206.332.1379
9  Facsimile:    206.624.7317

10 *Attorneys for Defendant/Counter-Claimant*
   GUEST-TEK INTERATIVE
11 ENTERTAINMENT LTD.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

Defendant/Counter-Claimant GUEST-TEK INTERACTIVE ENTERTAINMENT LTD. ("Guest-Tek") respectfully seeks leave to file under seal portions of its Guest-Tek and Plaintiff/Counter-Defendant NOMADIX, INC.'s ("Nomadix") Joint Stipulation to Compel Nomadix, Inc. to Respond to Request for Production Nos. 22 and 27 ("Joint Stipulation").

Along with this Application, Guest-Tek is submitting a redacted version of the Joint Stipulation. Under Guest-Tek's proposal, most of the Joint Stipulation will be publicly available.

Guest-Tek and Nomadix (collectively, the "Parties") seek to seal only select portions of the Joint Stipulation relating to or describing certain confidential portions of: (i) a Confidential patent license agreement between Nomadix and Guest-Tek ("License Agreement"), and (ii) a Confidential Amendment to the License Agreement (*see* Declaration of Kevin Bovard ("Bovard Decl."), ¶ 3). The License Agreement includes provisions regarding its confidentiality (*id.* at ¶ 4).

This Court has previously granted the parties leave to file the License Agreement under seal. [D.I. 36, 38].

Dated: December 19, 2017        Respectfully submitted,

**BAKER & HOSTETLER LLP**

By:   */s/ Michael R. Matthias*
      Michael R. Matthias
      Jihee Ahn
      Steven J. Rocci
      Kevin M. Bovard
      Michael J. Swope

*Attorneys for Defendant/Counter-Claimant*
GUEST-TEK INTERATIVE ENTERTAINMENT LTD.