NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

GREGORY B. KOLTUN
JEREMIAH LEVINE
MORRISON & FOERESTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

ATTORNEY(S) FOR: Gate Worldwide Holdings LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Nomadix, Inc.

Plaintiff(s),

v.

Guest-Tek Interactive Entertainment Ltd.

Defendant(s)

CASE NUMBER: 2:16-cv-08033 AF-FFM

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Gate Worldwide Holdings LLC or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| George Bauer (Individual) | Member of Gate Worldwide Holdings LLC |
| Ted Helvey (Individual) | Member of Gate Worldwide Holdings LLC |

January 31, 2018
Date

/s/ Gregory B. Koltun
Signature

Attorney of record for (or name of party appearing in pro per):

Gregory B. Koltun