GREGORY B. KOLTUN (CA SBN 130454)
GKoltun@mofo.com
JEREMIAH LEVINE (CA SBN 288377)
JLevine@mofo.con
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

*Pro Hac Vice* Application Forthcoming:

JOSEPH L. CLASEN
jclasen@rc.com
IAN T. CLARKE-FISHER
iclarke-fisher@rc.com
ROBINSON & COLE LLP
666 Third Avenue, 20th Floor
New York, New York 10017
Telephone: (212) 451-2900

Attorneys for Gate Worldwide Holdings LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NOMADIX, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.,<br><br>        Defendant. | Case No. 2:16-CV-08033-AB-FFM<br><br>**DECLARATION OF JOSEPH L. CLASEN** |

1

la-1371492

I, Joseph L. Clasen, declare as follows:

1. I am an attorney at law licensed to practice my profession in the States of New York and Connecticut, and my application for admission pro hac vice to practice before the United States District Court for the Central District of California is forthcoming. I am a member of the firm of Robinson & Cole LLP, attorneys for Gate Worldwide Holdings LLC ("GWH"). I make this declaration in support of GWH's Motion to Substitute as Plaintiff, or, in the Alternative, Motion to Intervene. If called as a witness, I could and would testify to the following matters, which are of my own personal knowledge.

2. Attached as **Exhibit A** is a true and correct copy of the Note Purchase Agreement between interTouch Holdings, LLC ("interTouch") and NTT Docomo, Inc. ("Docomo"), dated September 29, 2015.

3. Attached as **Exhibit B** is a true and correct copy of the Promissory Note by interTouch, dated September 29, 2015.

4. Attached as **Exhibit C** is a true and correct copy of the Guaranty by Nomadix, Inc. ("Nomadix") in favor of Docomo, dated September 29, 2015.

5. Attached as **Exhibit D** is a true and correct copy of the Patent Security Agreement by Nomadix, Inc. in favor of Docomo, dated September 29, 2015.

6. Attached as **Exhibit E** is a true and correct copy of the Assignment of Patent Security Agreement by Docomo in favor of GWH, dated September 5, 2017.

7. Attached as **Exhibit F** is a true and correct copy of the Forbearance Agreement between GWH, interTouch, Nomadix, ST Holdings LLC and interTouch Topco LLC, dated October 6, 2017.

8. Attached as **Exhibit G** is a true and correct copy of an email chain from Jack Brannelly, General Counsel of GWH, to Kelly Hughes, General Counsel of Nomadix, dated January 12, 2018.

///

9. Attached as **Exhibit H** is a true and correct copy of the Assignment of Patents by Nomadix in favor of GWH, dated January 12, 2018.

Executed this 31st day of January 2018 at New York, New York.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Joseph Clasen*
Joseph L. Clasen