# EXHIBIT E

## ASSIGNMENT OF PATENT SECURITY AGREEMENT

This ASSIGNMENT OF PATENT SECURITY AGREEMENT, dated as of September 5, 2017 (this "Assignment"), is made by NTT DOCOMO, INC., a company organized under the laws of Japan ("Assignor"), in favor of Gate Worldwide Holdings LLC, a Delaware limited liability company ("Assignee"). Unless otherwise defined herein, capitalized terms used in this Assignment shall have the meanings given to them in the Purchase Agreement (as defined below).

## RECITALS

WHEREAS, Assignor and Assignee have entered into that certain Purchase Agreement, dated as of the date hereof, by and between Assignor and Assignee (the "Purchase Agreement");

WHEREAS, pursuant to Section 1(b) of the Purchase Agreement, Assignor desires to execute and deliver this Assignment evidencing the transfer of all of Assignor's rights, title, and interests in, to and under the Patent Security Agreement dated September 29, 2015 by and between Assignor and Nomadix Inc., a Delaware corporation as amended by the Modification to Patent Security Agreement dated August 29, 2017 (collectively, the "Patent Security Agreement") which was recorded at Reel/Frame 043710 / 0387 on the patents listed on Exhibit A.

NOW, THEREFORE, in consideration of the mutual covenants and agreements set forth herein and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Assignor and Assignee hereby agree as follows:

1. <u>Assignment</u>. Assignor hereby assigns, sells, conveys, endorses and delivers to Assignee, its successors and assigns, to have and to hold forever, all of Assignor's rights, title, and interests in, to and under the Patent Security Agreement.

2. <u>Purchase Agreement</u>. This Assignment is intended to evidence the consummation of the transactions contemplated by the Purchase Agreement. This Assignment is made without representation, warranty, covenant, agreement, or indemnity, except as provided in or by the Purchase Agreement, and neither Assignee nor Assignor make or provide any additional representations, warranties, covenants, agreements, or indemnities in this Assignment. The terms of the Purchase Agreement, including, without limitation, Assignor's and Assignee's representations, warranties, covenants, agreements, and indemnities contained therein, are incorporated herein by reference. Assignor and Assignee each acknowledge and agree that the representations, warranties, covenants, agreements, and indemnities contained in the Purchase Agreement shall not be superseded by this Assignment but shall remain in full force and effect to the full extent provided therein. In the event that any provision of this Assignment is construed to conflict with a provision in the Purchase Agreement, the provision in the Purchase Agreement shall be deemed to be controlling.

3. <u>Successors and Assigns</u>. This Assignment shall be binding upon and shall inure to the benefit of the respective parties hereto and their respective successors and assigns.

4. <u>Recordation</u>. This Assignment may be recorded by the Assignee with the United States Patent and Trademark Office to the extent necessary to give effect to the terms and conditions

hereof.

5. <u>Governing Law</u>.  This Assignment, and any actions or proceedings arising out of or relating to this Assignment or any of the transactions contemplated by this Assignment (whether sounding in contract, tort, or otherwise), shall be governed by, and construed and enforced in accordance with Section 5(b) of the Purchase Agreement, which is incorporated herein by reference.

6. <u>Counterparts</u>.  This Assignment may be executed in one or more counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

[Signature Pages Follow]

IN WITNESS WHEREOF, the undersigned have executed this Assignment as of the date first above written.

ASSIGNOR:

NTT DOCOMO, INC.

By: _____
Name: Katsuyuki Takagi
Title: Executive General Manager, Global Business Division

ASSIGNEE:

GATE WORLDWIDE HOLDINGS LLC

By: _____
Name: George P. Bauer
Title: Member and Majority Interest Holder

By: _____
Name: Ted Helvey
Title: CEO and Managing Member

Exhibit A

## PATENT SECURITY AGREEMENT
### Nomadix U.S. Patents

| No | Title | Country | Application No. | Filing Date | Patent Number | Issue Date |
|---|---|---|---|---|---|---|
| 1 | SYSTEMS AND METHODS FOR REDIRECTING USERS HAVING TRANSPARENT COMPUTER ACCESS TO A NETWORK USING A GATEWAY DEVICE HAVING REDIRECTION CAPABILITY | US | 09/458,569 | 08-Dec-1999 | 6,636,894 | 21-Oct-2003 |
| 2 | SYSTEMS AND METHODS FOR REDIRECTING USERS HAVING TRANSPARENT COMPUTER ACCESS TO A NETWORK USING A GATEWAY DEVICE HAVING REDIRECTION CAPABILITY | US | 90/007,220 | 24-Sep-2004 | 6,636,894 C1 | 28-Mar-2006 |
| 3 | SYSTEMS AND METHODS FOR PROVIDING DYNAMIC NETWORK AUTHORIZATION, AUTHENTICATION AND ACCOUNTING | US | 09/693,060 | 20-Oct-2000 | 7,194,554 | 20-Mar-2007 |
| 4 | SYSTEMS AND METHODS FOR PROVIDING DYNAMIC NETWORK AUTHORIZATION, AUTHENTICATION AND ACCOUNTING | US | 11/427,143 | 28-Jun-2006 | 7,689,716 | 30-Mar-2010 |
| 5 | SYSTEMS AND METHODS FOR PROVIDING CONTENT AND SERVICES ON A NETWORK SYSTEM | US | 13/244,866 | 26-Sep-2011 | 8,156,246 | 10-Apr-2012 |
| 6 | SYSTEMS AND METHODS FOR PROVIDING DYNAMIC NETWORK AUTHORIZATION, AUTHENTICATION AND ACCOUNTING | US | 12/685,585 | 11-Jan-2010 | 8,266,266 | 11-Sep-2012 |
| 7 | SYSTEMS AND METHODS FOR PROVIDING CONTENT AND SERVICES ON A NETWORK SYSTEM | US | 13/329,867 | 19-Dec-2011 | 8,266,269 | 11-Sep-2012 |
| 8 | SYSTEMS AND METHODS FOR PROVIDING CONTENT AND SERVICES ON A NETWORK SYSTEM | US | 13/566,904 | 03-Aug-2012 | 8,364,806 | 29-Jan-2013 |
| 9 | SYSTEMS AND METHODS FOR PROVIDING CONTENT AND SERVICES ON A NETWORK SYSTEM | US | 13/566,961 | 03-Aug-2012 | 8,370,477 | 05-Feb-2013 |
| 10 | SYSTEMS AND METHODS FOR PROVIDING CONTENT AND SERVICES ON A NETWORK SYSTEM | US | 13/659,851 | 24-Oct-2012 | 8,606,917 | 10-Dec-2013 |
| 11 | SYSTEM AND METHOD FOR AUTHORIZING A PORTABLE COMMUNICATION DEVICE | US | 13/271,099 | 11-Oct-2011 | 8,613,053 | 17-Dec-2013 |
| 12 | SYSTEMS AND METHODS FOR AUTHORIZING, AUTHENTICATING AND ACCOUNTING USERS HAVING TRANSPARENT COMPUTER ACCESS TO A NETWORK USING A GATEWAY DEVICE | US | 09/458,602 | 08-Dec-1999 | 8,713,641 | 29-Apr-2014 |
| 13 | SYSTEMS AND METHODS FOR PROVIDING CONTENT AND SERVICES ON A NETWORK SYSTEM | US | 14/059,213 | 21-Oct-2013 | 8,725,888 | 13-May-2014 |

| No | Title | Country | Application No. | Filing Date | Patent Number | Issue Date |
|---|---|---|---|---|---|---|
| 14 | SYSTEMS AND METHODS FOR PROVIDING CONTENT AND SERVICES ON A NETWORK SYSTEM | US | 14/059,263 | 21-Oct-2013 | 8,725,899 | 13-May-2014 |
| 15 | SYSTEMS AND METHODS FOR PROVIDING CONTENT AND SERVICES ON A NETWORK SYSTEM | US | 14/094,712 | 02-Dec-2013 | 8,788,690 | 22-Jul-2014 |
| 16 | SYSTEMS AND METHODS FOR PROVIDING CONTENT AND SERVICES ON A NETWORK SYSTEM | US | 12/875,043 | 02-Sep-2010 | 8,244,886 | 14-Aug-2014 |
| 17 | SYSTEMS AND METHODS FOR PROVIDING CONTENT AND SERVICES ON A NETWORK SYSTEM | US | 14/335,587 | 18-Jul-2014 | 9,548,935 | 17-Jan-2017 |
| 18 | SYSTEMS AND METHODS FOR CONTROLLING USER PERCEIVED CONNECTION SPEED | US | 14/675,563 | 31-Mar-2015 | 9,160,672 | 13-Oct-2015 |
| 19 | METHODS AND SYSTEMS PROVIDING FAIR QUEUING AND PRIORITY SCHEDULING TO ENHANCE QUALITY OF SERVICE IN A NETWORK | US | 10/060,273 | 30-Jan-2002 | 6,810,426 | 26-Oct-2004 |
| 20 | SYSTEMS AND METHODS FOR DYNAMIC BANDWIDTH MANAGEMENT ON A PER SUBSCRIBER BASIS IN A COMMUNICATIONS NETWORK | US | 12/579,820 | 15-Oct-2009 | 7,698,432 | 13-Apr-2010 |
| 21 | SYSTEMS AND METHODS FOR DYNAMIC BANDWIDTH MANAGEMENT ON A PER SUBSCRIBER BASIS IN A COMMUNICATIONS NETWORK | US | 09/693,481 | 20-Oct-2000 | 7,739,383 | 15-Jun-2010 |
| 22 | SYSTEMS AND METHODS FOR DYNAMIC DATA TRANSFER MANAGEMENT ON A PER SUBSCRIBER BASIS IN A COMMUNICATIONS NETWORK | US | 12/771,915 | 30-Apr-2010 | 7,953,857 | 31-May-2011 |
| 23 | SYSTEMS AND METHODS FOR DYNAMIC DATA TRANSFER MANAGEMENT ON A PER SUBSCRIBER BASIS IN A COMMUNICATIONS NETWORK | US | 13/094,769 | 26-Apr-2011 | 8,626,922 | 07-Jan-2014 |
| 24 | SYSTEMS AND METHODS FOR DYNAMIC DATA TRANSFER MANAGEMENT ON A PER SUBSCRIBER BASIS IN A COMMUNICATIONS NETWORK | US | 14/146,971 | 03-Jan-2014 | 9,160,674 | 13-Oct-2015 |
| 25 | SYSTEMS AND METHODS FOR GROUP BANDWIDTH MANAGEMENT IN A COMMUNICATION SYSTEMS NETWORK | US | 13/352,255 | 17-Jan-2012 | 9,118,578 | 25-Aug-2015 |
| 26 | SYSTEMS AND METHODS FOR INTEGRATING A NETWORK GATEWAY DEVICE WITH MANAGEMENT SYSTEMS | US | 09/693,061 | 20-Oct-2000 | 6,868,399 | 15-Mar-2005 |
| 27 | GATEWAY DEVICE HAVING AN XML INTERFACE AND ASSOCIATED METHOD | US | 09/693,512 | 20-Oct-2000 | 8,190,708 | 29-May-2012 |
| 28 | SYSTEMS AND METHODS OF COMMUNICATING USING XML | US | 13/462,585 | 02-May-2012 | 8,516,083 | 20-Aug-2013 |
| 29 | ZONE MIGRATION IN NETWORK ACCESS | US | 13/478,458 | 23-May-2012 | 8,566,912 | 22-Oct-2013 |
| 30 | ZONE MIGRATION IN NETWORK | US | 14/057,481 | 18-Oct-2013 | 9,141,773 | 22-Sep-2015 |

| No | Title | Country | Application No. | Filing Date | Patent Number | Issue Date |
|---|---|---|---|---|---|---|
| | ACCESS | | | | | |
| 31 | SYSTEM FOR PROVIDING INTERNET ACCESS FROM LOCATIONS DIFFERENT FROM THOSE FOR WHICH THE USER'S SOFTWARE WAS CONFIGURED | US | 09/097,603 | 15-Jun-1998 | 6,377,990 | 23-Apr-2002 |
| 32 | INFORMATION AND CONTROL CONSOLE FOR USE WITH A NETWORK GATEWAY INTERFACE | US | 09/541,877 | 03-Apr-2000 | 6,789,110 | 07-Sep-2004 |
| 33 | LOCATION-BASED IDENTIFICATION FOR USE IN A COMMUNICATIONS NETWORK | US | 09/693,511 | 20-Oct-2000 | 7,197,556 | 27-Mar-2007 |
| 34 | SERIAL REDIRECTOR DEVICE AND ASSOCIATED METHODS | US | 13/481,060 | 25-May-2012 | 8,804,717 | 12-Aug-2014 |
| 35 | SYSTEMS AND METHODS FOR INJECTING CONTENT | US | 11/864,319 | 28-Sep-2007 | 8,868,740 | 21-Oct-2014 |
| 36 | SYSTEMS AND METHODS FOR INJECTING CONTENT | US | 14/517,066 | 17-Oct-2014 | 9,330,400 | 03-May-2016 |
| 37 | SYSTEM AND METHOD FOR NETWORK ACCESS WITHOUT RECONFIGURATION | US | 09/694,577 | 23-Oct-2000 | 6,857,009 | 15-Feb-2005 |
| 38 | METHOD AND APPARATUS FOR ESTABLISHING DYNAMIC TUNNEL ACCESS SESSIONS IN A COMMUNICATION NETWORK | US | 09/693,369 | 20-Oct-2000 | 7,117,526 | 03-Oct-2006 |
| 39 | INTELLIGENT NETWORK ADDRESS TRANSLATOR AND METHODS FOR NETWORK ADDRESS TRANSLATION | US | 10/271,640 | 15-Oct-2002 | 7,752,334 | 06-Jul-2010 |
| 40 | INTELLIGENT NETWORK ADDRESS TRANSLATOR AND METHODS FOR NETWORK ADDRESS TRANSLATION | US | 12/830,264 | 2-Jul-2010 | 7,822,873 | 26-Oct-2010 |
| 41 | INTELLIGENT NETWORK ADDRESS TRANSLATOR AND METHODS FOR NETWORK ADDRESS TRANSLATION | US | 12/908,341 | 20-Oct-2010 | 8,051,206 | 01-Nov-2011 |
| 42 | INTELLIGENT NETWORK ADDRESS TRANSLATOR AND METHODS FOR NETWORK ADDRESS TRANSLATION | US | 13/276,217 | 18-Oct-2011 | 8,234,409 | 31-Jul-2012 |
| 43 | SYSTEMS AND METHODS FOR NETWORK ADDRESS TRANSLATION | US | 13/550,079 | 16-Jul-2012 | 8,370,524 | 05-Feb-2013 |
| 44 | SYSTEMS AND METHODS FOR NETWORK ADDRESS TRANSLATION | US | 13/756,341 | 31-Jan-2013 | 8,832,315 | 09-Sep-2014 |
| 45 | SYSTEMS AND METHODS FOR NETWORK ADDRESS TRANSLATION | US | 14/478,429 | 05-Sep-2014 | 9,491,136 | 08-Nov-2016 |
| 46 | AUTOMATIC NETWORK CONNECTION | US | 08/712,502 | 11-Sep-1996 | 6,795,852 | 21-Sep-2004 |
| 47 | CLASS BASED QUEUEING | US | 14/880,099 | 09-Oct-2015 | 9,641,424 | 02-May-2017 |
| 48 | SYSTEM AND METHOD FOR ESTABLISHING NETWORK CONNECTION WITH UNKNOWN NETWORK AND/OR USER DEVICE | US | 09/684937 | 06-Oct-2000 | 7,088,727 | 08-Aug-2006 |
| 49 | SYSTEM AND METHOD FOR ESTABLISHING NETWORK CONNECTION WITH UNKNOWN NETWORK AND/OR USER DEVICE | US | 11/097925 | 01-Apr-2005 | 7,554,995 | 30-Jun-2009 |

EXHIBIT E
PAGE 115

| No | Title | Country | Application No. | Filing Date | Patent Number | Issue Date |
|---|---|---|---|---|---|---|
| 50 | SYSTEM AND METHOD FOR ESTABLISHING NETWORK CONNECTION | US | 12/240427 | 29-Sep-2008 | 8,027,339 | 27-Sep-2011 |

## CURRENTLY PENDING U.S. APPLICATIONS

| No | Title | Country | Application No. | Filing Date | Patent No. | Grant Date |
|---|---|---|---|---|---|---|
| 1 | SYSTEMS AND METHODS FOR GROUP BANDWIDTH MANAGEMENT IN A COMMUNICATION SYSTEMS NETWORK | US | 14/832,945 | 21-Aug-2015 | | |
| 2 | TRAVELER TRACKING SYSTEM | US | 14/538,580 | 11-Nov-2014 | | |
| 3 | CLASS BASED QUEUEING | US | 15/497,919 62/094,894 | 09-Oct-2015 19-Dec-2014 | | |