# EXHIBIT G

Redacted



Sent from my iPhone

Begin forwarded message:

> From: Jack Brannelly
> Date: January 12, 2018 at 6:42:40 PM EST
> To: Kelly Hughes
> Cc: Jim Naro, Seale Moorer
> Subject: Re: Assignment of Nomadix Patents

Kelly,

Not having received any response to yesterday's directive and 24-hour time limit, we have exercised our rights under the Patent Security Agreement to appoint "any officer or agent" as Nomadix's "true and lawful attorney-in-fact" to "endorse [Nomadix's] name on all applications, documents, papers and instruments necessary or desirable for [GWH] in the use of the Patents" and "take any other actions with respect to the Patents as [GWH] deems in the best interest of [GWH]," among other actions (See Patent Security Agreement at Section 12).

Attached hereto is the fully-executed Assignment of Patents performed by GWH's designated agent.

As Gate Worldwide Holdings is now the lawful owner of the Nomadix patent portfolio, we request the name and contact information of all parties who have paid or will pay royalties on the patents and we will be sending further communications regarding our intellectual property.

We expect that Nomadix will need to continue to use this intellectual property and are open to a licensing agreement that will allow Nomadix to license the technology from Gate Worldwide Holdings.

We look forward to your prompt reply so we can move forward in an expeditious fashion and avoid any disruptions to Nomadix operations.

Jack Brannelly
General Counsel | Gate Worldwide Holdings

405 Lexington Avenue, 26th Floor New York, NY 10174

1

Redacted

FAX: 801.365.9731

On Thu, Jan 11, 2018 at 4:01 PM, Jack Brannelly <jack@gatewh.com> wrote:
Dear Kelly:

As you are aware, the Patent Security Agreement, entered as of September 29, 2015, by Nomadix, Inc. (the "Patent Agreement") provides at Section 11 that, because the Note has been declared due and payable (September 8, 2017) and/or because there is ongoing default, GWH as the Noteholder, may direct Nomadix to execute the Assignment of Patents, provided as Exhibit A to the Patent Agreement.

I have revised that Exhibit A (Form of Patent Assignment) to reflect current circumstances and have included a redline to to highlight the changes which are not substantive, only inserting parties and events as of September 5, 2017.

Please have an officer of Nomadix execute and return an electronic copy within 24 hours, with hard copy to follow via overnight courier.

Sincerely,

Jack Brannelly
General Counsel | Gate Worldwide Holdings

405 Lexington Avenue, 26th Floor New York, NY 10174
FAX. 801.365.9731

Jack Brannelly, Attorney

2