# EXHIBIT H

## ASSIGNMENT OF PATENTS

THIS ASSIGNMENT OF PATENTS ("Assignment") is made as of January 12, 2018, by and between Nomadix, Inc., a Delaware corporation, having an office at 30851 Agoura Road, Ste. 102, Agoura Hills, California ("Assignor"), in favor of Gate Worldwide Holdings, LLC, a Delaware limited liability company, having an office at 405 Lexington Avenue, 26th Floor New York, NY 10174 ("Assignee").

### Recitals

WHEREAS, Assignor and NTT Docomo, Inc. were parties to that certain Patent Security Agreement dated as of September 29, 2015 (the "Agreement");

WHEREBY, in accordance with Section 14 of the Agreement NTT Docomo, Inc. assigned all of its right, title and interest in the Agreement to Assignee;

WHEREAS, a Specified Event of Default (as such term is defined in the Agreement) has occurred and is continuing, and under the terms of the Agreement Assignor shall execute Assignment;

WHEREAS, the officers of Assignor were directed on January 11, 2018 to execute an assignment of patents and declined; and

WHEREAS, the Agreement provides that Assignee may appoint "any officer or agent" as Nomadix's "true and lawful attorney-in-fact" to effectuate this Assignment; and

NOW THEREFORE, Assignor hereby agrees as follows:

1. <u>Appointment of Attorney-In-Fact</u>. Pursuant to Section 12 of the Agreement, Assignee may appoint "any officer or agent" as Assignor's "true and lawful attorney-in-fact" to "endorse [Assignor's] name on all applications, documents, papers and instruments necessary or desirable for [GWH] in the use of the Patents" and "take any other actions with respect to the Patents as [Assignee] deems in the best interest of [Assignee]," among other actions. Accordingly, Assignee appoints David L. Anderson, a natural person, as its agent and lawful attorney-in-fact to execute this Assignment.

2. <u>Assignment of Patents</u>. Assignor hereby grants, assigns and conveys to Assignee its entire right, title and interest in and to: (a) all patents and patent applications owned by Guarantor including, without limitation, the patents and patent applications listed on Schedule A attached hereto and made a part hereof, together with all reissues, divisions, continuations, renewals, reissues, reexaminations, extensions and continuations-in-part of any of the foregoing (the "<u>Patents</u>"); (b) the inventions claimed in the Patents; (c) all rights of any kind whatsoever of Assginor accruing under any of the Patents provided by applicable law of any jurisdiction, by international treaties and conventions, and otherwise throughout the world; (d) all income, fees. royalties, damages and payments and other proceeds now and hereafter due or payable with respect to any of the Patents, including, without limitation, payments under all licenses entered

17536456-v1

into with respect to the Patents and damages and payments for past or future infringements of the Patents; and (e) the right to sue for past, present and future infringements of the Patents.

2. <u>Further Assurances</u>. Following the date hereof, Assignor shall take such steps and actions, and provide such cooperation and assistance to Assignee and its successors, assigns, and legal representatives, including the execution and delivery of any affidavits, declarations, oaths, exhibits, assignments, powers of attorney, or other documents (the "Documents"), as may be necessary to effect, evidence, or perfect the assignment of the Patents to Assignee, or any assignee or successor thereto. If Assignor refuses or declines to executed such Documents, Assignor hereby authorizes Assignee to make, consitute and appoint any officer or agent of Assignee as Assignee may select, in its sole discretion, as Assignor's true and lawful attorney-in-fact, with power, to endorse Assignor's name on any Documents, as may be necessary to effect, evidence, or perfect the assignmetn of the Patents to Assignee

3. <u>Representations and Warranties</u>. Assignor represents and warrants that it has the full right and power to make the assignment of the Patents made hereby and that it has made no previous assignment, transfer or agreement in conflict herewith, except as not prohibited pursuant to the terms of the Agreement.

4. <u>Modification</u>. This Assignment cannot be altered, amended or modified in any way, except by a writing signed by the parties hereto.

5. <u>Binding Effect, Governing Law</u>. This Assignment shall be binding upon Assignor and its successors and shall inure to the benefit of Assignee and its successors and assigns. This Assignment shall, except to the extent that federal law or laws of another state apply to the Patents or any part thereof, be governed by and construed in accordance with the internal laws of the State of New York.

IN WITNESS WHEREOF, Assignor has caused this Assignment to be executed and delivered as of the date first above written.

NOMADIX, INC.,
a Delaware Corporation

By: _____
David L. Anderson
Appointed Agent and Attorney-In-Fact

## SCHEDULE A
## to
## PATENT SECURITY AGREEMENT
### Nomadix U.S. Patents

| No | Title | Country | Application No. | Filing Date | Patent Number | Issue Date |
|---|---|---|---|---|---|---|
| 1 | SYSTEMS AND METHODS FOR REDIRECTING USERS HAVING TRANSPARENT COMPUTER ACCESS TO A NETWORK USING A GATEWAY DEVICE HAVING REDIRECTION CAPABILITY | US | 09/458,569 | 08-Dec-1999 | 6,636,894 | 21-Oct-2003 |
| 2 | SYSTEMS AND METHODS FOR REDIRECTING USERS HAVING TRANSPARENT COMPUTER ACCESS TO A NETWORK USING A GATEWAY DEVICE HAVING REDIRECTION CAPABILITY | US | 90/007,220 | 24-Sep-2004 | 6,636,894 C1 | 28-Mar-2006 |
| 3 | SYSTEMS AND METHODS FOR PROVIDING DYNAMIC NETWORK AUTHORIZATION, AUTHENTICATION AND ACCOUNTING | US | 09/693,060 | 20-Oct-2000 | 7,194,554 | 20-Mar-2007 |
| 4 | SYSTEMS AND METHODS FOR PROVIDING DYNAMIC NETWORK AUTHORIZATION, AUTHENTICATION AND ACCOUNTING | US | 11/427,143 | 28-Jun-2006 | 7,689,716 | 30-Mar-2010 |
| 5 | SYSTEMS AND METHODS FOR PROVIDING CONTENT AND SERVICES ON A NETWORK SYSTEM | US | 13/244,4866 | 26-Sep-2011 | 8,156,246 | 10-Apr-2012 |
| 6 | SYSTEMS AND METHODS FOR PROVIDING DYNAMIC NETWORK AUTHORIZATION, AUTHENTICATION AND ACCOUNTING | US | 12/685,585 | 11-Jan-2010 | 8,266,266 | 11-Sep-2012 |
| 7 | SYSTEMS AND METHODS FOR PROVIDING CONTENT AND SERVICES ON A NETWORK SYSTEM | US | 13/329,867 | 19-Dec-2011 | 8,266,269 | 11-Sep-2012 |
| 8 | SYSTEMS AND METHODS FOR PROVIDING CONTENT AND SERVICES ON A NETWORK SYSTEM | US | 13/566,904 | 03-Aug-2012 | 8,364,806 | 29-Jan-2013 |
| 9 | SYSTEMS AND METHODS FOR PROVIDING CONTENT AND SERVICES ON A NETWORK SYSTEM | US | 13/566,961 | 03-Aug-2012 | 8,370,477 | 05-Feb-2013 |
| 10 | SYSTEMS AND METHODS FOR PROVIDING CONTENT AND SERVICES ON A NETWORK SYSTEM | US | 13/659,851 | 24-Oct-2012 | 8,606,917 | 10-Dec-2013 |
| 11 | SYSTEM AND METHOD FOR AUTHORIZING A PORTABLE COMMUNICATION DEVICE | US | 13/271,099 | 11-Oct-2011 | 8,613,053 | 17-Dec-2013 |

| No | Title | Country | Application No. | Filing Date | Patent Number | Issue Date |
|---|---|---|---|---|---|---|
| 12 | SYSTEMS AND METHODS FOR AUTHORIZING, AUTHENTICATING AND ACCOUNTING USERS HAVING TRANSPARENT COMPUTER ACCESS TO A NETWORK USING A GATEWAY DEVICE | US | 09/458,602 | 08-Dec-1999 | 8,713,641 | 29-Apr-2014 |
| 13 | SYSTEMS AND METHODS FOR PROVIDING CONTENT AND SERVICES ON A NETWORK SYSTEM | US | 14/059,213 | 21-Oct-2013 | 8,725,888 | 13-May-2014 |
| 14 | SYSTEMS AND METHODS FOR PROVIDING CONTENT AND SERVICES ON A NETWORK SYSTEM | US | 14/059,263 | 21-Oct-2013 | 8,725,899 | 13-May-2014 |
| 15 | SYSTEMS AND METHODS FOR PROVIDING CONTENT AND SERVICES ON A NETWORK SYSTEM | US | 14/094,712 | 02-Dec-2013 | 8,788,690 | 22-Jul-2014 |
| 16 | SYSTEMS AND METHODS FOR PROVIDING CONTENT AND SERVICES ON A NETWORK SYSTEM | US | 12/875,043 | 02-Sep-2010 | 8,244,886 | 14-Aug-2014 |
| 17 | SYSTEMS AND METHODS FOR PROVIDING CONTENT AND SERVICES ON A NETWORK SYSTEM | US | 14/335,587 | 18-Jul-2014 | 9,548,935 | 17-Jan-2017 |
| 18 | SYSTEMS AND METHODS FOR CONTROLLING USER PERCEIVED CONNECTION SPEED | US | 14/675,563 | 31-Mar-2015 | 9,160,672 | 30-Oct-2015 |
| 19 | METHODS AND SYSTEMS PROVIDING FAIR QUEUING AND PRIORITY SCHEDULING TO ENHANCE QUALITY OF SERVICE IN A NETWORK | US | 10/060,273 | 30-Jan-2002 | 6,810,426 | 26-Oct-2004 |
| 20 | SYSTEMS AND METHODS FOR DYNAMIC BANDWIDTH MANAGEMENT ON A PER SUBSCRIBER BASIS IN A COMMUNICATIONS NETWORK | US | 12/579,820 | 15-Oct-2009 | 7,698,432 | 13-Apr-2010 |
| 21 | SYSTEMS AND METHODS FOR DYNAMIC BANDWIDTH MANAGEMENT ON A PER SUBSCRIBER BASIS IN A COMMUNICATIONS NETWORK | US | 09/693,481 | 20-Oct-2000 | 7,739,383 | 15-Jun-2010 |
| 22 | SYSTEMS AND METHODS FOR DYNAMIC DATA TRANSFER MANAGEMENT ON A PER SUBSCRIBER BASIS IN A COMMUNICATIONS NETWORK | US | 12/771,915 | 30-Apr-2010 | 7,953,857 | 31-May-2011 |
| 23 | SYSTEMS AND METHODS FOR DYNAMIC DATA TRANSFER MANAGEMENT ON A PER SUBSCRIBER BASIS IN A COMMUNICATIONS NETWORK | US | 13/094,769 | 26-Apr-2011 | 8,626,922 | 07-Jan-2014 |

| No | Title | Country | Application No. | Filing Date | Patent Number | Issue Date |
|---|---|---|---|---|---|---|
| 24 | SYSTEMS AND METHODS FOR DYNAMIC DATA TRANSFER MANAGEMENT ON A PER SUBSCRIBER BASIS IN A COMMUNICATIONS NETWORK | US | 14/146,971 | 03-Jan-2014 | 9,160,674 | 13-Oct-2015 |
| 25 | SYSTEMS AND METHODS FOR GROUP BANDWIDTH MANAGEMENT IN A COMMUNICATION SYSTEMS NETWORK | US | 13/352,255 | 17-Jan-2012 | 9,118,578 | 25-Aug-2015 |
| 26 | SYSTEMS AND METHODS FOR INTEGRATING A NETWORK GATEWAY DEVICE WITH MANAGEMENT SYSTEMS | US | 09/693,061 | 20-Oct-2000 | 6,868,399 | 15-Mar-2005 |
| 27 | GATEWAY DEVICE HAVING AN XML INTERFACE AND ASSOCIATED METHOD | US | 09/693,512 | 20-Oct-2000 | 8,190,708 | 29-May-2012 |
| 28 | SYSTEMS AND METHODS OF COMMUNICATING USING XML | US | 13/462,585 | 02-May-2012 | 8,516,083 | 20-Aug-2013 |
| 29 | ZONE MIGRATION IN NETWORK ACCESS | US | 13/478,458 | 23-May-2012 | 8,566,912 | 22-Oct-2013 |
| 30 | ZONE MIGRATION IN NETWORK ACCESS | US | 14/057,481 | 18-Oct-2013 | 9,141,773 | 22-Sep-2015 |
| 31 | SYSTEM FOR PROVIDING INTERNET ACCESS FROM LOCATIONS DIFFERENT FROM THOSE FOR WHICH THE USER'S SOFTWARE WAS CONFIGURED | US | 09/097,603 | 15-Jun-1998 | 6,377,990 | 23-Apr-2002 |
| 32 | INFORMATION AND CONTROL CONSOLE FOR USE WITH A NETWORK GATEWAY INTERFACE | US | 09/541,877 | 03-Apr-2000 | 6,789,110 | 07-Sep-2004 |
| 33 | LOCATION-BASED IDENTIFICATION FOR USE IN A COMMUNICATIONS NETWORK | US | 09/693,511 | 20-Oct-2000 | 7,197,556 | 27-Mar-2007 |
| 34 | SERIAL REDIRECTOR DEVICE AND ASSOCIATED METHODS | US | 13/481,060 | 25-May-2012 | 8,804,717 | 12-Aug-2014 |
| 35 | SYSTEMS AND METHODS FOR INJECTING CONTENT | US | 11/864,319 | 28-Sep-2007 | 8,868,740 | 21-Oct-2014 |
| 36 | SYSTEMS AND METHODS FOR INJECTING CONTENT | US | 14/517,066 | 17-Oct-2014 | 9,330,400 | 03-May-2016 |
| 37 | SYSTEM AND METHOD FOR NETWORK ACCESS WITHOUT RECONFIGURATION | US | 09/694,577 | 23-Oct-2000 | 6,857,009 | 15-Feb-2005 |
| 38 | METHOD AND APPARATUS FOR ESTABLISHING DYNAMIC TUNNEL ACCESS SESSIONS IN A COMMUNICATION NETWORK | US | 09/693,369 | 20-Oct-2000 | 7,117,526 | 03-Oct-2006 |
| 39 | INTELLIGENT NETWORK ADDRESS TRANSLATOR AND METHODS FOR NETWORK ADDRESS TRANSLATION | US | 10/271,640 | 15-Oct-2002 | 7,752,334 | 06-Jul-2010 |
| 40 | INTELLIGENT NETWORK ADDRESS TRANSLATOR AND METHODS FOR NETWORK ADDRESS TRANSLATION | US | 12/830,264 | 2-Jul-2010 | 7,822,873 | 26-Oct-2010 |

| No | Title | Country | Application No. | Filing Date | Patent Number | Issue Date |
|---|---|---|---|---|---|---|
| 41 | INTELLIGENT NETWORK ADDRESS TRANSLATOR AND METHODS FOR NETWORK ADDRESS TRANSLATION | US | 12/908,341 | 20-Oct-2010 | 8,051,206 | 01-Nov-2011 |
| 42 | INTELLIGENT NETWORK ADDRESS TRANSLATOR AND METHODS FOR NETWORK ADDRESS TRANSLATION | US | 13/276,217 | 18-Oct-2011 | 8,234,409 | 31-Jul-2012 |
| 43 | SYSTEMS AND METHODS FOR NETWORK ADDRESS TRANSLATION | US | 13/550,079 | 16-Jul-2012 | 8,370,524 | 05-Feb-2013 |
| 44 | SYSTEMS AND METHODS FOR NETWORK ADDRESS TRANSLATION | US | 13/756,341 | 31-Jan-2013 | 8,832,315 | 09-Sep-2014 |
| 45 | SYSTEMS AND METHODS FOR NETWORK ADDRESS TRANSLATION | US | 14/478,429 | 05-Sep-2014 | 9,491,136 | 08-Nov-2016 |
| 46 | AUTOMATIC NETWORK CONNECTION | US | 08/712,502 | 11-Sep-1996 | 6,795,852 | 21-Sep-2004 |
| 47 | CLASS BASED QUEUEING | US | 14/880,099 | 09-Oct-2015 | 9,641,424 | 02-May-2017 |
| 48 | SYSTEM AND METHOD FOR ESTABLISHING NETWORK CONNECTION WITH UNKNOWN NETWORK AND/OR USER DEVICE | US | 09/684937 | 06-Oct-2000 | 7,088,727 | 08-Aug-2006 |
| 49 | SYSTEM AND METHOD FOR ESTABLISHING NETWORK CONNECTION WITH UNKNOWN NETWORK AND/OR USER DEVICE | US | 11/097925 | 01-Apr-2005 | 7,554,995 | 30-Jun-2009 |
| 50 | SYSTEM AND METHOD FOR ESTABLISHING NETWORK CONNECTION | US | 12/240427 | 29-Sep-2008 | 8,027,339 | 27-Sep-2011 |

**CURRENTLY PENDING U.S. APPLICATIONS**

| No | Title | Country | Application No. | Filing Date | Patent No. | Grant Date |
|---|---|---|---|---|---|---|
| 1 | SYSTEMS AND METHODS FOR GROUP BANDWIDTH MANAGEMENT IN A COMMUNICATION SYSTEMS NETWORK | US | 14/832,945 | 21-Aug-2015 | | |
| 2 | TRAVELER TRACKING SYSTEM | US | 14/538,580 | 11-Nov-2014 | | |
| 3 | CLASS BASED QUEUEING | US | 15/497,919 62/094,894 | 09-Oct-2015 19-Dec-2014 | | |