UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NOMADIX, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.,<br><br>　　　　　Defendant. | Case No. 2:16-CV-08033-AB-FFM<br><br>**[PROPOSED] ORDER GRANTING GATE WORLDWIDE HOLDINGS LLC'S MOTION TO SUBSTITUTE AS PLAINTIFF**<br><br>Judge:　Hon. Andrè Birotte, Jr.<br>Ctrm:　7B |

　　　Having reviewed and considered Gate Worldwide Holdings LLC's ("GWH") Motion to Substitute as Plaintiff, or, in the Alternative, Motion to Intervene, and good cause appearing, it is hereby ORDERED:

1. GWH is substituted as the plaintiff in place and stead of Nomadix, Inc. for Nomadix, Inc.'s affirmative claims under the License Agreement as asserted in the Amended Complaint (ECF No. 32);

2. Nomadix remains in this case subject to Guest-Tek Interactive Entertainment Ltd.'s pending counterclaims as asserted in the Second Amended Answer and Counterclaims (ECF No. 170); and

1

3. The Court's ECF system shall be updated to reflect these changes.

**IT IS SO ORDERED**

Dated: _____          _____

Honorable Andrè Birotte, Jr.

la-1371757