IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NOMADIX, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.,<br><br>　　　　Defendant. | Case No.<br>CV16-08033 AB (FFMx)<br><br>**ORDER ON NOMADIX'S MOTION FOR PROTECTIVE ORDER PREVENTING *EX PARTE* COMMUNICATIONS WITH CHARLES REED**<br><br>Honorable Frederick F. Mumm |

Having considered Plaintiff Nomadix's Motion for Protective Order Preventing *Ex Parte* Communications with Charles Reed and finding good cause therefor based on the danger that Mr. Reed will disclose (whether inadvertently or not) attorney client information if questioned about Nomadix by Guest-Tek, its counsel, or anyone working in connection with either, the Court hereby GRANTS Plaintiff's motion.

Guest-Tek's attorneys, employees, or representatives shall not communicate with, or otherwise have contact with, Mr. Reed on any topic relating to Nomadix unless Nomadix's attorneys are present.

If Guest-Tek, including its counsel, discovers any failure to comply with this order or any contact with Mr. Reed at odds with this order, Guest-Tek shall promptly notify Nomadix and the Court of the nature and circumstances of the contact, including the method of contact, the information communicated, the date of contact, and the individuals involved in the contact.

**IT IS SO ORDERED.**

Dated: February 1, 2018          /S/ Frederick F. Mumm
                                 Honorable Frederick F. Mumm
                                 United States Magistrate Judge