IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NOMADIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> GUEST-TEK INTERACTIVE ENTERTAINMENT LTD., <br><br> Defendant. | Case No. <br> CV16-08033 AB (FFMx) <br><br> **[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION** <br><br> Honorable Frederick F. Mumm |

Having considered Plaintiff Nomadix's *Ex Parte* Application for Limited Stay or Modification of Order Compelling Production and any opposition thereto, and finding good cause therefor, the Court grants the application. The Court modifies its February 12, 2018 order compelling production of license agreements (Dkt. No. 203) as follows:

- By February 27, 2018, Nomadix shall produce to Guest-Tek copies of the license agreements, with redactions that either Nomadix believes are appropriate in light of the Court's February 12 order (Dkt. No. 203) or that an affected third-party licensee demands.

- By March 27, 2018, if the parties and affected third parties are unable to agree on the scope of redactions, Nomadix shall submit the disputed documents to the Court for *in camera* review, and any party or third party wishing to argue the issue may file a short brief.

- Until the Court issues a ruling on the scope of redactions after any *in camera* review, Nomadix need not produce further copies of the license agreements.

**IT IS SO ORDERED.**

Dated: March 1, 2018              /s/ Frederick F. Mumm
                                  FREDERICK F. MUMM
                                  UNITED STATES MAGISTRATE JUDGE

- 1 -