UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | CV 16-08033-AB (FFMx) | Date: | March 9, 2018 |
|---|---|---|---|

| Title: | *Nomadix, Inc. v. Guest-Tek Interactive Entertainment Ltd.* |
|---|---|

| Present: The Honorable | **ANDRÉ BIROTTE JR., United States District Judge** |
|---|---|

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**   [In Chambers] Order GRANTING Nomadix's *Ex Parte* Application to Continue March 16, 2018 Hearing Date

    On January 31, 2018, Gate Worldwide Holdings, LLC filed a Motion to Substitute as Plaintiff, or in the alterative, Intervene.  (Dkt. No. 193.)  That motion is scheduled for hearing on March 16, 2017.  On March 7, 2018, Guest-Tek moved *ex parte* to take the March 16, 2018 hearing of calendar.  (Dkt. No. 229.)  Guest-Tek claims that it intends to file a motion to stay the case, and that Gate Worldwide Holdings, LLC's motion should be heard *after* its motion to stay has been decided.

    Nomadix and Gate Worldwide Holdings, LLC do not oppose continuing the March 16, 2018 hearing date.  (*See* Dkt. Nos. 231, 232.)  However, both request that the motion be heard before or concurrently with Guest-Tek's motion to stay and not be postponed idefinitely.

    Because the request is essentially unopposed, the Court will postpone the March 16, 2018 hearing to give Guest-Tek the opportunity to respond to Gate Worldwide Holdings, LLC's motion to substitute.  The hearing shall be recalendared once Guest-Tek files its motion to stay, and both matters shall be heard on the same date.  In the event Guest-Tek

does not timely file the anticipated motion to stay, Gate Worldwide Holdings, LLC's motion shall be recalendared and heard on the earliest possible hearing date.

**IT IS SO ORDERED.**