Steven J. Rocci (Admitted *Pro Hac Vice*)
Email: srocci@bakerlaw.com
Kevin M. Bovard, SBN 247521
Email: kbovard@bakerlaw.com
**BAKER & HOSTETLER LLP**
2929 Arch Street, 12th Floor
Philadelphia, PA 19104-2891
Telephone: 215.568.3100
Facsimile: 215.568.3439

*Attorneys for Defendant/Counter-Claimant*
GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.

(*additional counsel listed on following page*)

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| NOMADIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> GUEST-TEK INTERACTIVE ENTERTAINMENT LTD., <br><br> Defendant/Counter-Claimant, <br><br> v. <br><br> NOMADIX, INC., <br><br> Counter-Defendant. | Case No.: 2:16-cv-08033-AB-FFM <br><br> [*Honorable André Birotte Jr.*] <br><br> **GUEST-TEK'S APPLICATION FOR LEAVE TO FILE UNDER SEAL ITS SUPPLEMENTAL MEMORANDUM IN SUPPORT OF ITS MOTION TO COMPEL NOMADIX, INC. TO RESPOND TO REQUEST FOR PRODUCTION NOS. 17 AND 25** <br><br> [Filed concurrently with Ahn Declaration; (Proposed) Order] <br><br> Action Filed: 10/28/16 <br> Amended Complaint Filed: 03/23/17 |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

| | |
|---|---|
| 1 | Michael J. Swope (Admitted *Pro Hac Vice*) |
| | Email: mswope@bakerlaw.com |
| 2 | Curt R. Hineline (Admitted *Pro Hac Vice*) |
| | Email: chineline@bakerlaw.com |
| 3 | **BAKER & HOSTETLER LLP** |
| | 999 Third Avenue, Suite 3500 |
| 4 | Seattle, WA 98104-4040 |
| | Telephone: 206.332.1379 |
| 5 | Facsimile: 206.624.7317 |
| 6 | Michael R. Matthias, SBN 57728 |
| | Email: mmatthias@bakerlaw.com |
| 7 | Jihee Ahn, SBN 292659 |
| | Email: jahn@bakerlaw.com |
| 8 | **BAKER & HOSTETLER LLP** |
| | 11601 Wilshire Boulevard, Suite 1400 |
| 9 | Los Angeles, CA 90025-0509 |
| | Telephone: 310.820.8800 |
| 10 | Facsimile: 310.820.8859 |
| 11 | *Attorneys for Defendant/Counter-Claimant* |
| | GUEST-TEK INTERATIVE |
| 12 | ENTERTAINMENT LTD. |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -

GUEST-TEK'S APPLICATION FOR LEAVE TO FILE UNDER SEAL ITS SUPPLEMENTAL MEMORANDUM ISO ITS MOTION TO COMPEL NOMADIX TO RESPOND TO REQUEST FOR PRODUCTION NOS. 17 AND 25; CASE NO.: 2:16-CV-08033-AB-FFM

Defendant/Counter-Claimant Guest-Tek Interactive Entertainment Ltd. ("Guest-Tek") respectfully seeks leave to file under seal portions of its Supplemental Memorandum in support of its Motion to Compel Nomadix, Inc. ("Nomadix") to Respond to Request for Production Nos. 17 and 25 (the "Supplemental Memorandum").

Along with this Application, Guest-Tek is submitting a redacted version of its Supplemental Memorandum. Under Guest-Tek's proposal, most of its Supplemental Memorandum will be publicly available.

Guest-Tek seeks to seal only select portions of its Supplemental Memorandum relating to or describing certain confidential portions of a written patent license agreement between Nomadix and Guest-Tek (the "License Agreement") (see Declaration of Jihee Ahn ("Ahn Decl."), ¶ 3). The License Agreement includes provisions regarding its confidentiality (id. at ¶ 4). This Court has previously granted the parties leave to file the License Agreement under seal. [D.I. 36, 38].

Dated: March 13, 2018                Respectfully submitted,

                                                    BAKER & HOSTETLER LLP

                                                    By:  */s/ Steven J. Rocci*
                                                             Steven J. Rocci
                                                             Kevin M. Bovard
                                                             Michael J. Swope
                                                             Curt R. Hineline
                                                             Michael R. Matthias
                                                             Jihee Ahn

                                              *Attorneys for Defendant/Counter-Claimant*
                                              GUEST-TEK INTERATIVE ENTERTAINMENT LTD.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES