# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| NOMADIX, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.,<br><br>    Defendant/Counter-Claimant,<br><br>    v.<br><br>NOMADIX, INC.,<br><br>    Counter-Defendant. | Case No.: 2:16-cv-08033-AB-FFM<br><br>[*Honorable André Birotte Jr.*]<br><br>**[PROPOSED] ORDER GRANTING GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.'S MOTION FOR AN ORDER MODIFYING THE SCHEDULING ORDER**<br><br>[Filed concurrently with Motion; Declaration of Steven Rocci]<br><br>Hearing Date:  April 27, 2018<br>Time:            10:00 a.m.<br>Courtroom:    7B<br><br>Action Filed: 10/28/16<br>Amended Complaint Filed: 03/23/17 |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

The Court, having considered Defendant/Counter-Claimant Guest-Tek Interactive Entertainment, Ltd.'s Motion for an Order Modifying the Scheduling Order (the "Motion"), and all opposing and reply papers, hereby ORDERS as follows:

Guest-Tek's Motion is GRANTED.

The case schedule, D.I. 56, is modified as follows

| | Current deadline | Proposed deadline |
|---|---|---|
| Exchange of terms for claim construction | None | 7/31/2018 |
| Exchange proposed claim constructions and any extrinsic evidence | None | 8/21/2018 |
| Joint Claim Construction and Prehearing Statement | None | 9/17/2018 |
| Opening Claim Construction Brief | None | 10/24/2018 |
| Responsive Claim Construction Brief | None | 11/7/2018 |
| Reply Claim Construction Brief | None | 11/14/2018 |
| Claim Construction Hearing | None | 11/27/2018 |
| Non-expert Discovery Cut-Off | 5/31/2018 | 11/27/2018 |
| Expert Disclosure (Initial) | 6/29/2018 | 1/04/2019 |
| Expert Disclosure (Rebuttal) | 7/27/2018 | 1/30/2019 |
| Expert Discovery Cut-off | 8/27/2018 | 2/22/2019 |
| Last Day to Hear Motions | 8/27/2018 | 2/22/2019 |
| Last Day to Conduct ADR Proceeding | 9/10/2018 | 3/11/2019 |
| File Memorandum of Contentions of Fact and Law, Exhibit and Witness Lists, Status Report regarding settlement, and all Motions in *Limine* | 10/15/2018 | 4/18/2019 |
| Lodge Pretrial Conference Order, file agreed set of Jury Instructions and Verdict Forms, file statement regarding Disputed Instructions and Verdict Forms, and File Oppositions to Motions in *Limine* | 10/22/2018 | 4/25/2019 |
| Final Pretrial Conference and Hearing on | 11/5/2018 | 5/13/2019 |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

| Motions in *Limine* | | |
|---|---|---|
| Trial Date (Est. __ Days) | 12/4/2018 (4 days) | 6/10/2019 (6-8 days) |

IT IS SO ORDERED.

Dated: _____    _____
Honorable André Birotte Jr.
United States District Judge

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -
[PROPOSED] ORDER GRANTING GUEST-'S MOTION FOR AN ORDER MODIFYING THE SCHEDULING ORDER;
CASE NO.: 2:16-CV-08033-AB-FFM