## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-8033 AB (FFMx) | Date | April 3, 2018 |
|---|---|---|---|
| Title | *Nomadix, Inc. v. Guest-Tek Interactive Entertainment Ltd.* | | |

Present: The Honorable    Frederick F. Mumm, United States Magistrate Judge

| James Munoz | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:            Attorneys Present for Defendant:

None present                         None present

**Proceedings:**      **(IN CHAMBERS) ORDER RE DEFENDANT'S MOTION TO CLARIFY COURT ORDER; VACATING MAY 1, 2018 HEARING DATE**

On April 3, 2018, defendant filed a motion for clarification of the Court's February 1, 2018 order on plaintiff's motion for a protective order (the "Protective Order"). (Dkt. 194.) Defendant set the hearing on its motion for May 1, 2018. The Protective Order had precluded defendant from contacting Mr. Reed outside the presence of plaintiff's counsel. Defendant now contends that plaintiff has been interpreting the Protective Order as precluding contact between defendant and Mr. Reed other than in a formal deposition setting.

The Court finds that neither additional briefing nor a hearing on the motion is necessary. The Court's order is clear on its face and requires no clarification. Plaintiff neither requested nor did the Court grant any restriction on contact between defendant and Mr. Reed other than the restriction that plaintiff was entitled to have an attorney witness any such contact. The Court expects plaintiff to cooperate with defendant in arranging such contacts.

Nonetheless, to the extent plaintiff has proved or proves to be uncooperative, the Court will entertain a motion to amend the order to provide that defendant must only give reasonable notice to plaintiff for any such meeting. Defendant could then meet with

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-8033 AB (FFMx) | Date | April 3, 2018 |
|----------|----------------------|------|---------------|
| Title | *Nomadix, Inc. v. Guest-Tek Interactive Entertainment Ltd.* | | |

Mr. Reed outside the presence of plaintiff's counsel if such counsel does not appear at the meeting.

      IT IS SO ORDERED.

                                                                                    : _____

Initials of                         JM
Preparer