Douglas G. Muehlhauser (SBN 179495)
doug.muehlhauser@knobbe.com
Mark Lezama (SBN 253479)
mark.lezama@knobbe.com
Alexander J. Martinez (SBN 293925)
alex.martinez@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: 949-760-0404
Facsimile: 949-760-9502

Attorneys for Plaintiff
NOMADIX, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NOMADIX, INC.,<br><br>              Plaintiff,<br><br>      v.<br><br>GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.,<br><br>              Defendant. | Case No.<br>CV16-08033 AB (FFMx)<br><br>**NOMADIX'S APPLICATION FOR LEAVE TO FILE UNDER SEAL NOMADIX'S SUPPLEMENTAL COMPLAINT**<br><br>Honorable André Birotte Jr. |

1   Plaintiff Nomadix respectfully seeks leave to file under seal portions of Nomadix's Supplemental Complaint for Breach of Contract ("Supplemental Complaint").

Along with the present application, Nomadix is submitting a redacted version of the Supplemental Complaint. Nomadix seeks to seal only select portions of the Supplemental Complaint referring to or describing certain confidential portions of a patent license agreement between Nomadix and Defendant Guest-Tek Interactive Entertainment Ltd.; the Court previously granted Nomadix leave to file that agreement under seal. (*E.g.*, Dkt. No. 36 (granting leave to file Exhibit 1 to Amended Complaint under seal); *see also* Dkt. No. 38 (sealed filings).) The agreement includes provisions regarding its confidentiality. (Lezama Decl. ¶ 3.)

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: April 4, 2018

/s/ *Mark Lezama*
Douglas G. Muehlhauser
Mark Lezama
Alexander J. Martinez

Attorneys for Plaintiff
NOMADIX, INC.

27989507

- 1 -