1
2
3
4
5
6
7
8
9
10

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| NOMADIX, INC., | Case No. CV16-08033 AB (FFMx) |
|---|---|
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL NOMADIX'S SUPPLEMENTAL COMPLAINT** |
| GUEST-TEK INTERACTIVE ENTERTAINMENT LTD., | |
| Defendant. | |
| | Honorable André Birotte Jr. |

Having considered Plaintiff Nomadix's Application for Leave to File under Seal Nomadix's Supplemental Complaint for Breach of Contract, and finding good cause therefor, the Court grants the application. Plaintiff may file the following documents under seal:

| No. | Description |
|---|---|
| 1 | Nomadix's Supplemental Complaint for Breach of Contract |

As Plaintiff has filed a redacted version of the sealed Supplemental Complaint for Breach of Contract, only the following portions of the sealed document will not be fully publicly available:

| Page | Lines |
|---|---|
| 1 | 22–28 |
| 2 | 1–15, 26 |
| 3 | 1–6, 9–10, 13 |
| 4 | 2, 11–13 |

**IT IS SO ORDERED.**

Dated: _____

                                              Honorable André Birotte Jr.