| | |
|---|---|
| 1 | Steven J. Rocci (Admitted *Pro Hac Vice*) |
| 2 | Email: srocci@bakerlaw.com<br>Kevin M. Bovard, SBN 247521 |
| 3 | Email: kbovard@bakerlaw.com<br>**BAKER & HOSTETLER LLP** |
| 4 | 2929 Arch Street, 12th Floor<br>Philadelphia, PA 19104-2891 |
| 5 | Telephone: 215.568.3100<br>Facsimile: 215.568.3439 |
| 6 | *Attorneys for Defendant/Counter-Claimant* |
| 7 | GUEST-TEK INTERACTIVE ENTERTAINMENT LTD. |
| 8 | (*additional counsel listed on following page*) |

### IN THE UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| NOMADIX, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.,<br><br>    Defendant/Counter-Claimant,<br><br>    v.<br><br>NOMADIX, INC.,<br><br>    Counter-Defendant. | Case No.: 2:16-CV-08033-AB-FFM<br><br>[*Honorable André Birotte Jr.*]<br><br>**DECLARATION OF KEVIN M. BOVARD IN SUPPORT OF GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.'S RESPONSE TO NOMADIX'S BRIEF ON THE ISSUE OF REFACTIONS IN RESPONSE TO THE COURT'S MARCH 28, 2018 ORDER (DKT. NO. 254)**<br><br>[Filed concurrently with Response to Nomadix's Brief on Issue of Redactions]<br><br>Action Filed: 10/28/16<br>Amended Complaint Filed: 03/23/17<br>Fact Discovery Cutoff: 5/31/2018<br>Trial: 12/4/2018 |

1  Michael J. Swope (Admitted *Pro Hac Vice*)
   *Email: mswope@bakerlaw.com*
2  **BAKER & HOSTETLER LLP**
   999 Third Avenue, Suite 3500
3  Seattle, WA 98104-4040
   Telephone:  206.332.1379
4  Facsimile:  206.624.7317

5  Michael R. Matthias, SBN 57728
   *Email: mmatthias@bakerlaw.com*
6  Joelle A. Berle, SBN 252532
   *Email: jberle@bakerlaw.com*
7  **BAKER & HOSTETLER LLP**
   11601 Wilshire Boulevard, Suite 1400
8  Los Angeles, CA 90025-0509
   Telephone: 310.820.8800
9  Facsimile: 310.820.8859

10 *Attorneys for Defendant/Counter-Claimant*
   GUEST-TEK INTERATIVE
11 ENTERTAINMENT LTD.

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

BOVARD DECL. ISO GUEST-TEK'S RESPONSE TO NOMADIX'S BRIEF ON THE ISSUE OF REDACTIONS IN RESPONSE TO THE COURT'S MARCH 28, 2018 ORDER (DKT. NO. 254)
CASE NO. 2:16-CV-08033-AB-FFM

I, Kevin M. Bovard, hereby declare and state:

1. I am an attorney at law duly licensed to practice before all the Courts of the State of California and the Commonwealth of Pennsylvania. I am a partner at the law firm of Baker & Hostetler LLP, counsel of record for Defendant/Counter-Claimant Guest-Tek Interactive Entertainment, Ltd. ("Guest-Tek"). I submit this declaration in support of Guest-Tek's Response to Nomadix's Brief on the Issue of Redactions in Response to the Court's March 28, 2018 Order (Dkt. No. 254). I have personal knowledge of the facts set forth below and if called as a witness, I could and would testify competently as follows.

2. Attached as Exhibit 1 is a true and correct copy of an email chain correspondence dated March 27, 2018 between myself, Mark Lezama and R. Blois Colpitts.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 5th day of April 2018, at Philadelphia, Pennsylvania.

*/s/ Kevin M. Bovard*
Kevin M. Bovard

# Exhibit 1

| | |
|---|---|
| **From:** | Blois Colpitts |
| **To:** | Bovard, Kevin M.; Mark.Lezama |
| **Cc:** | Guest-Tek; Nomadix.Guest-Tek; Warren Chornoby; Glen Lavigne |
| **Subject:** | RE: Nomadix-SolutionInc Technologies license |
| **Date:** | Tuesday, March 27, 2018 11:31:56 AM |

Kevin

Thank you for your time on the call this afternoon. I understand the position of Guest-Tek per your email.

I indicated in our discussion that SolutionInc reads the order dated February 12, 2018 as amended by the order dated March 1, 2018 as requiring it to reveal the fact of its license with Nomadix and its scope . It says:

"Therefore, plaintiff is ordered to produce redacted copies of the third party licenses (as extant at whatever point in each year of the agreement between the parties that plaintiff selects) that reveal only the scope of the license. To the extent the scope of the license qualifies under clause 1.21.4, the name of the licensee must also be revealed. The remainder of the license agreements (i.e., everything other than the scope, except at to qualifying licenses which would also reveal the licensee's name) may be redacted."

Our redaction would seem to be in compliance and by incorporation it also includes the patents subject to the license agreement. SolutionInc further read the order as allowing it to redact all other "business terms," including royalty rates as per the above.

Your email is reflective of this position as expressed to you in our discussion.

**Kind Regards,**
**R. Blois Colpitts**
**RBC LAW INC.**
**(902) 431-3000** (Phone)
**(902) 431-3001** (Fax)
**1549 Birmingham Street**
**Halifax, Nova Scotia, B3J 2J6**
**www.rbclaw.ca**

**The information contained herein is confidential for the person(s) named above. It may not be used, reproduced or disclosed to others except as specifically permitted in writing by the originator of the information. The recipient(s) of this information, by its retention and use, agrees to protect it from any loss, theft or compromise.**
**THIS EMAIL, ALONG WITH ANY ATTACHMENTS, IS CONFIDENTIAL AND MAY WELL BE LEGALLY PRIVILEGED. IF YOU HAVE RECEIVED IT IN ERROR, YOU ARE ON NOTICE OF ITS STATUS. PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL AND THEN DELETE THIS MESSAGE FROM YOUR SYSTEM. PLEASE DO NOT COPY IT OR USE IT FOR ANY PURPOSES, OR DISCLOSE ITS CONTENTS TO ANY OTHER PERSON. THANK YOU FOR YOUR COOPERATION.**

**From:** Bovard, Kevin M. [mailto:KBovard@bakerlaw.com]
**Sent:** March-27-18 2:35 PM
**To:** Mark.Lezama <Mark.Lezama@knobbe.com>; Blois Colpitts <rbc@rbclaw.ca>
**Cc:** Guest-Tek <Guest-Tek@bakerlaw.com>; Nomadix.Guest-Tek <Nomadix.Guest-Tek@knobbe.com>; Warren Chornoby <wchornoby@rbclaw.ca>; Glen Lavigne <glavigne@solutioninc.com>

**Subject:** RE: Nomadix-SolutionInc Technologies license

Blois,

Thank you for your time on the call this afternoon.  To summarize, I indicated that Guest-Tek's  understanding of the Court's Order was that the following information needed to be revealed in the license agreement:

- ·       The scope of the license agreement (e.g., the patents subject to the license agreement)
- ·       The duration or term of the license agreement
- ·       All financial terms in the agreement, including but not limited to lump sum payments and any royalty rate(s).

You indicated that SolutionInc reads the order as requiring it to reveal the fact of its license with Nomadix and the patents subject to the license agreement.  You further read the order as allowing you to redact all other "business terms," including royalty rates.  You stated that Highly-Confidential Attorneys' Eyes Only designation did not give you much comfort in Canada.

We will bring this disagreement to the Court's attention so that it may clarify what was required in its Order.  You indicated that if the Court orders fewer redactions (e.g., royalty rates), you will comply, and of course, if the Court agrees that the current redactions are satisfactory, nothing else will be required.  You indicated that at this time SolutionInc does not intend to file a brief to the Court on the subject matter.

I agreed to provide this summary to the Court.  Please let me know if I have misstated anything.

Best regards,
Kevin

**From:** Mark.Lezama [mailto:Mark.Lezama@knobbe.com]
**Sent:** Tuesday, March 27, 2018 12:31 PM
**To:** Bovard, Kevin M. <KBovard@bakerlaw.com>; Blois Colpitts <rbc@rbclaw.ca>
**Cc:** Guest-Tek <Guest-Tek@bakerlaw.com>; Nomadix.Guest-Tek <Nomadix.Guest-Tek@knobbe.com>; Warren Chornoby <wchornoby@rbclaw.ca>; Glen Lavigne <glavigne@solutioninc.com>
**Subject:** RE: Nomadix-SolutionInc Technologies license

Nomadix can join for a brief call.

**Mark Lezama**
Partner
mark.lezama@knobbe.com

949-721-5362  Direct

**Knobbe** Martens

2040 Main St., 14th Fl.
Irvine, CA 92614
www.knobbe.com/mark-lezama

**From:** Bovard, Kevin M. [mailto:KBovard@bakerlaw.com]
**Sent:** Tuesday, March 27, 2018 9:22 AM
**To:** Blois Colpitts; Mark.Lezama
**Cc:** Guest-Tek; Nomadix.Guest-Tek; Warren Chornoby; Glen Lavigne
**Subject:** RE: Nomadix-SolutionInc Technologies license

Mark, please confirm you will be joining as well. We can use this conference number:

1-800-747-5150
Access code: 7384864

**From:** Blois Colpitts [mailto:rbc@rbclaw.ca]
**Sent:** Tuesday, March 27, 2018 10:01 AM
**To:** Bovard, Kevin M. <KBovard@bakerlaw.com>; Mark.Lezama <Mark.Lezama@knobbe.com>
**Cc:** Guest-Tek <Guest-Tek@bakerlaw.com>; Nomadix.Guest-Tek <Nomadix.Guest-Tek@knobbe.com>; Warren Chornoby <wchornoby@rbclaw.ca>; Glen Lavigne <glavigne@solutioninc.com>
**Subject:** RE: Nomadix-SolutionInc Technologies license

That is 2 pm ast which is fine with me.

**Kind Regards,**
**R. Blois Colpitts**
**RBC LAW INC.**
**(902) 431-3000 (Phone)**
**(902) 431-3001 (Fax)**
**1549 Birmingham Street**
**Halifax, Nova Scotia, B3J 2J6**
**www.rbclaw.ca**

**The information contained herein is confidential for the person(s) named above. It may not be used, reproduced or disclosed to others except as specifically permitted in writing by the originator of the information. The recipient(s) of this information, by its retention and use, agrees to protect it from any loss, theft or compromise.**
**THIS EMAIL, ALONG WITH ANY ATTACHMENTS, IS CONFIDENTIAL AND MAY WELL BE LEGALLY PRIVILEGED. IF YOU HAVE RECEIVED IT IN ERROR, YOU ARE ON NOTICE OF ITS STATUS. PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL AND THEN DELETE THIS MESSAGE FROM YOUR SYSTEM. PLEASE DO NOT COPY IT OR USE IT FOR ANY PURPOSES, OR DISCLOSE ITS CONTENTS TO ANY OTHER PERSON. THANK YOU FOR YOUR COOPERATION.**

**From:** Bovard, Kevin M. [mailto:KBovard@bakerlaw.com]
**Sent:** March-27-18 10:55 AM
**To:** Blois Colpitts <rbc@rbclaw.ca>; Mark.Lezama <Mark.Lezama@knobbe.com>
**Cc:** Guest-Tek <Guest-Tek@bakerlaw.com>; Nomadix.Guest-Tek <Nomadix.Guest-Tek@knobbe.com>; Warren Chornoby <wchornoby@rbclaw.ca>
**Subject:** RE: Nomadix-SolutionInc Technologies license

How about 1pm Eastern time? If another time works better for you, please let me know.

**From:** Blois Colpitts [mailto:rbc@rbclaw.ca]
**Sent:** Tuesday, March 27, 2018 8:08 AM
**To:** Bovard, Kevin M. <KBovard@bakerlaw.com>; Mark.Lezama <Mark.Lezama@knobbe.com>
**Cc:** Guest-Tek <Guest-Tek@bakerlaw.com>; Nomadix.Guest-Tek <Nomadix.Guest-Tek@knobbe.com>; Warren Chornoby <wchornoby@rbclaw.ca>
**Subject:** RE: Nomadix-SolutionInc Technologies license

I received your email. Please let me know what time(s) are proposed.

**Kind Regards,**
**R. Blois Colpitts**
**RBC LAW INC.**
**(902) 431-3000 (Phone)**
**(902) 431-3001 (Fax)**
**1549 Birmingham Street**
**Halifax, Nova Scotia, B3J 2J6**
**www.rbclaw.ca**

**The information contained herein is confidential for the person(s) named above. It may not be used, reproduced or disclosed to others except as specifically permitted in writing by the originator of the information. The recipient(s) of this information, by its retention and use, agrees to protect it from any loss, theft or compromise.**
**THIS EMAIL, ALONG WITH ANY ATTACHMENTS, IS CONFIDENTIAL AND MAY WELL BE LEGALLY PRIVILEGED. IF YOU HAVE RECEIVED IT IN ERROR, YOU ARE ON NOTICE OF ITS STATUS. PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL AND THEN DELETE THIS MESSAGE FROM YOUR SYSTEM. PLEASE DO NOT COPY IT OR USE IT FOR ANY PURPOSES, OR DISCLOSE ITS CONTENTS TO ANY OTHER PERSON. THANK YOU FOR YOUR COOPERATION.**

**From:** Bovard, Kevin M. [mailto:KBovard@bakerlaw.com]
**Sent:** March-26-18 8:09 PM
**To:** Mark.Lezama <Mark.Lezama@knobbe.com>
**Cc:** Blois Colpitts <rbc@rbclaw.ca>; Guest-Tek <Guest-Tek@bakerlaw.com>; Nomadix.Guest-Tek <Nomadix.Guest-Tek@knobbe.com>
**Subject:** Re: Nomadix-SolutionInc Technologies license

Mark, Blois,

I'm happy to confer tomorrow on this subject. What times are you available?

Kevin

On Mar 26, 2018, at 7:03 PM, Mark.Lezama <Mark.Lezama@knobbe.com> wrote:

> Kevin, I am copying Blois Colpitts, a Canadian attorney for SolutionInc, on this response to your e-mail.
>
> Blois, Kevin represents Guest-Tek; please review his e-mail further below. I'm attaching the Court's March 1 order mentioned below in my response to Kevin.
>
> Kevin,

4

The redactions to the license agreement between Nomadix and SolutionInc do not violate the Court's order. On March 1, the Court modified the earlier order referenced in your e-mail to permit Nomadix to produce to Guest-Tek copies of license agreements with redactions "that an affected third-party licensee demands." (Dkt. No. 223.) Nomadix produced to Guest-Tek a copy of the license agreement between Nomadix and SolutionInc with redactions that SolutionInc demanded.

The Court's March 1 order provided for licenses to be submitted for *in camera* review only if the parties and affected third party were unable to agree on the scope of redactions. The order provided a four-week period after Guest-Tek received the redacted license agreement for Nomadix, Guest-Tek, and SolutionInc to attempt to agree on the scope of redactions. This extended conferral period was justified because it is reasonable that SolutionInc, a third party to this case, would require more time than the parties to prepare to protect its interests in response to any objections to its redactions, including, for example, time to retain local counsel. But Guest-Tek waited nearly the full four weeks to express disagreement with the scope of SolutionInc's redactions, leaving just three business days for the parties and SolutionInc to attempt to agree on the scope of those redactions before March 27.

Even though Guest-Tek failed to raise its objection in sufficient time for the parties and SolutionInc to confer and attempt agreement before tomorrow, March 27, Nomadix will submit the license agreement between Nomadix and SolutionInc to the Court tomorrow for *in camera* review. But before filing any briefs regarding the scope of redactions, Nomadix, Guest-Tek, and SolutionInc should meaningfully confer to attempt to agree on the scope of redactions. Please suggest a time that you would like to confer. In the meantime, please confirm that Guest-Tek agrees not to submit briefs to the Court on this issue until after the conference, on a date to be agreed upon by all three parties.

Best regards,

Mark

**Mark Lezama**
Partner
mark.lezama@knobbe.com

949-721-5362 **Direct**

Knobbe Martens

2040 Main St., 14th Fl.
Irvine, CA 92614
www.knobbe.com/mark-lezama

---

**From:** Bovard, Kevin M. [mailto:KBovard@bakerlaw.com]
**Sent:** Thursday, March 22, 2018 5:17 PM
**To:** Mark.Lezama
**Cc:** Guest-Tek; Nomadix.Guest-Tek
**Subject:** Nomadix-SolutionInc Technologies license

5

Mark,

Nomadix's redactions to the SolutionInc Technologies Ltd ("STL") license agreement violate Judge Mumm's 2/12/2018 Order (D.I. 203). You will recall that Guest-Tek argued in its motion to compel that financial terms of certain license agreements were relevant to determining what a fair and reasonable royalty rate would be for the asserted patents. The Court rejected Nomadix's counterarguments, and agreed with Guest-Tek that such terms were relevant to the case:

> the Court has determined that if plaintiff were to prevail on its claim that defendant did not pay the license fee on all of its uses of plaintiff's patents, <u>the reasonable royalty rate may very well become implicated. Specifically, if plaintiff does not prevail on its argument that the course of performance will establish the rate, the damages issue will require determination of a reasonable rate.</u>

(emphasis added). Nevertheless, you have redacted the critical terms. Please immediately provide us with a copy of the STL license agreement showing at least the following:

- The scope of the license agreement (e.g., the patents subject to the license agreement)
- The duration or term of the license agreement
- All financial terms in the agreement, including but not limited to lump sum payments and any royalty rate(s).

If you do not agree to do so, please proceed in accordance with Judge Mumm's 3/1/2018 order by submitting the documents to the Court for *in camera* review.

Regards,
Kevin


**Kevin Bovard**
Partner

<image001.jpg>
Cira Centre
2929 Arch Street | 12th Floor
Philadelphia, PA 19104-2891
T +1.215.564.2727

kbovard@bakerlaw.com
bakerlaw.com
<image002.jpg><image003.jpg>

6

This email is intended only for the use of the party to which it is addressed and may contain information that is privileged, confidential, or protected by law. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this email or its contents is strictly prohibited. If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content of this email is limited to the matters specifically addressed herein and may not contain a full description of all relevant facts or a complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of inaccuracies as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this email, or any attachment, that have arisen as a result of e-mail transmission.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

<2018-03-01 [223] Order Granting [214] Nomadix_s Ex Parte Application for Limited Stay or Modificatio.PDF>

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.