Douglas G. Muehlhauser (SBN 179495)
doug.muehlhauser@knobbe.com
Mark Lezama (SBN 253479)
mark.lezama@knobbe.com
Alexander J. Martinez (SBN 293925)
alex.martinez@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: 949-760-0404
Facsimile: 949-760-9502

Attorneys for Plaintiff
NOMADIX, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NOMADIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> GUEST-TEK INTERACTIVE ENTERTAINMENT LTD., <br><br> Defendant. | Case No. CV16-08033 AB (FFMx) <br><br> **DECLARATION OF MARK LEZAMA IN SUPPORT OF NOMADIX'S OPPOSITION TO GUEST-TEK'S MOTION FOR AN ORDER MODIFYING THE SCHEDULING ORDER** <br><br> Honorable André Birotte Jr. |

1. I, Mark Lezama, hereby declare as follows:

2. 1. I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP, and am counsel of record for Plaintiff Nomadix.

3. 2. Attached as Exhibit 1 is a copy of an e-mail I sent to counsel for Guest-Tek on November 18, 2017. The e-mail includes a chain of earlier e-mails exchanged between the parties' counsel dating back to July 25, 2017. This chain includes e-mails that appear to be attached as Exhibits A and B to the declaration of Steven Rocci (Dkt. No. 256-1), but the e-mail chain in Exhibit 1 here includes more e-mails.

4. 3. Attached as Exhibit 2 is a copy of Nomadix's Second Set of Interrogatories.

5. 4. Attached as Exhibit 3 is a copy of Guest-Tek's Objections and Responses to Nomadix's Second Set of Interrogatories.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed April 6, 2018, in Irvine, California.

/s/ *Mark Lezama*
Mark Lezama

27997146

- 1 -