Steven J. Rocci (Admitted *Pro Hac Vice*)
Email: srocci@bakerlaw.com
Kevin M. Bovard, SBN 247521
Email: kbovard@bakerlaw.com
**BAKER & HOSTETLER LLP**
2929 Arch Street, 12th Floor
Philadelphia, PA 19104-2891
Telephone: 215.568.3100
Facsimile: 215.568.3439

*Attorneys for Defendant/Counter-Claimant*
GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.

(*additional counsel listed on following page*)

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| NOMADIX, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.,<br><br>    Defendant/Counter-Claimant,<br><br>    v.<br><br>NOMADIX, INC.,<br><br>    Counter-Defendant. | Case No.: 2:16-cv-08033-AB-FFM<br><br>[*Honorable André Birotte Jr.*]<br><br>**GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.'S NOTICE OF RELIANCE ON ADDITIONAL AUTHORITY IN SUPPORT OF ITS MOTION TO STAY PENDING RESOLUTION OF RELATED PROCEEDING**<br><br>Hearing Date: April 13, 2018<br>Time: 10:00 a.m.<br>Courtroom: 7B<br><br>Action Filed: 10/28/16<br>Amended Complaint Filed: 03/23/17 |

Michael J. Swope (Admitted *Pro Hac Vice*)
Email:  mswope@bakerlaw.com
**BAKER & HOSTETLER LLP**
999 Third Avenue, Suite 3500
Seattle, WA 98104-4040
Telephone:    206.332.1379
Facsimile:    206.624.7317

Thomas D. Warren, SBN 160921
*Email:* twarren@bakerlaw.com
Joelle A. Berle, SBN 252532
Email:  jberle@bakerlaw.com
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA  90025-0509
Telephone:  310.820.8800
Facsimile:  310.820.8859

*Attorneys for Defendant/Counter-Claimant*
GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.'S NOTICE OF RELIANCE ON ADDITIONAL AUTHORITY IN SUPPORT OF ITS MOTION TO STAY PENDING RESOLUTION OF RELATED PROCEEDING; CASE NO.: 2:16-CV-08033-AB-FFM

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that in connection with Defendant/Counter-Claimant Guest-Tek Interactive Entertainment Ltd.'s Motion to Stay Pending Resolution of Related Proceeding, scheduled for hearing on April 13, 2018 (D.I. 241), Guest-Tek will rely on the following additional authority in support of its motion to stay the instant federal proceedings pending summary judgment in the New York state court action between Nomadix, Inc. and Gate Worldwide Holdings LLC:

*Canopus Biopharma, Inc. v. Supportive Therapeutics, LLC*, No. CV15-9439 PSG (DTBX), 2016 WL 7438795 (C.D. Cal. Mar. 25, 2016).

Guest-Tek informed Nomadix of its intent to rely on this decision, and provided a copy.

Dated: April 10, 2018

Respectfully submitted,

BAKER & HOSTETLER LLP

By: */s/ Thomas D. Warren*
Steven J. Rocci
Michael J. Swope
Thomas D. Warren
Kevin M. Bovard
Joelle A. Berle

*Attorneys for Defendant/Counter-Claimant*
GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

- 1 -