UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | CV 16-08033-AB (FFMx) | Date: | April 13, 2018 |
|---|---|---|---|

| Title: | Nomadix, Inc. v. Guest-Tek Interactive Entertainment Ltd. |
|---|---|

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | Amy Diaz |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Douglas G Muehlhauser | Michael J Swope, PHV |
| Mark Lezama | Thomas D Warren |

**Proceedings:** 1) GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.'S MOTION TO STAY PENDING RESOLUTION OF RELATED PROCEEDING [241];
2) MOTION TO SUBSTITUTE AS PLAINTIFF, OR, IN THE ALTERNATIVE, MOTION TO INTERVENE FOR GATE WORLDWIDE HOLDINGS LLC [193]

Also present for Movant Gate Worldwide Holdings LLC, are Joseph L Clasen and Sylvia Rivera.

The Courtroom Deputy Clerk distributes the Court's tentative ruling prior to the case being called.

The Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, hereby takes the motions under submission.