<div style="margin-left:2em">

1  Steven J. Rocci (Admitted *Pro Hac Vice*)
   *Email:  srocci@bakerlaw.com*
2  Kevin M. Bovard, SBN 247521
   *Email: kbovard@bakerlaw.com*
3  **BAKER & HOSTETLER LLP**
   2929 Arch Street, 12th Floor
4  Philadelphia, PA 19104-2891
   Telephone:  215.568.3100
5  Facsimile:   215.568.3439

6  *Attorneys for Defendant/Counter-Claimant*
   GUEST-TEK INTERACTIVE
7  ENTERTAINMENT LTD.

8  (*additional counsel listed on following page*)

</div>

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| NOMADIX, INC., | Case No.: 2:16-cv-08033-AB-FFM |
| Plaintiff, | [*Honorable André Birotte Jr.*] |
| v. | **DECLARATION OF STEVEN J. ROCCI IN SUPPROT OF GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.'S REPLY IN SUPPORT OF ITS MOTION FOR AN ORDER MODIFYING THE SCHEDULING ORDER** |
| GUEST-TEK INTERACTIVE ENTERTAINMENT LTD., | |
| Defendant/Counter-Claimant, | [Filed concurrently with Motion] |
| v. | Hearing Date: April 27, 2018<br>Time:            10:00 a.m.<br>Courtroom:   7B |
| NOMADIX, INC., | |
| Counter-Defendant. | Action Filed: 10/28/16<br>Amended Complaint Filed: 03/23/17 |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

1  Michael J. Swope (Admitted *Pro Hac Vice*)
   *Email:* mswope@bakerlaw.com
2  Curt R. Hineline (Admitted *Pro Hac Vice*)
   *Email:* chineline@bakerlaw.com
3  **BAKER & HOSTETLER LLP**
   999 Third Avenue, Suite 3500
4  Seattle, WA 98104-4040
   Telephone:   206.332.1379
5  Facsimile:    206.624.7317

6  Michael R. Matthias, SBN 57728
   *Email:* mmatthias@bakerlaw.com
7  Joelle A. Berle, SBN 252532
   *Email:* jberle@bakerlaw.com
8  **BAKER & HOSTETLER LLP**
   11601 Wilshire Boulevard, Suite 1400
9  Los Angeles, CA  90025-0509
   Telephone:  310.820.8800
10 Facsimile:   310.820.8859

11 *Attorneys for Defendant/Counter-Claimant*
   GUEST-TEK INTERACTIVE
12 ENTERTAINMENT LTD.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

ROCCI DECL. ISO GUEST-TEK'S REPLY ISO OF ITS MOTION FOR AN ORDER MODIFYING THE SCHEDULING ORDER
CASE NO.: 2:16-CV-08033-AB-FFM

I, Steven J. Rocci, hereby declare and state:

1. I am an attorney at law duly licensed to practice before all the Courts of the State of Pennsylvania. I am a partner at the law firm of Baker & Hostetler LLP, counsel of record for Defendant/Counter-Claimant Guest-Tek Interactive Entertainment, Ltd. ("Guest-Tek"). I submit this declaration in support of Guest-Tek's Reply in Support of its Motion for an Order Modifying the Scheduling Order (the "Motion"). I have personal knowledge of the facts set forth below and if called as a witness, I could and would testify competently as follows.

2. Attached hereto as Exhibit D is a true and correct copy of an email chain dated April 13, 2018 between Steven Rocci and Mark Lezama.

3. Attached hereto as Exhibit E is a true and correct copy of an excerpt from Guest-Tek's Second Set of Interrogatories propounded to Nomadix, Inc. on January 31, 2018.

4. Attached hereto as Exhibit F is a true and correct copy of an email chain dated April 11, 2018 between Steven Rocci and Justin Gillett.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 13th day of April 2018, at Philadelphia, Pennsylvania.

*/s/ Steven J. Rocci*
Steven J. Rocci