Steven J. Rocci (Admitted *Pro Hac Vice*)
Email: srocci@bakerlaw.com
Kevin M. Bovard, SBN 247521
Email: kbovard@bakerlaw.com
**BAKER & HOSTETLER LLP**
2929 Arch Street, 12th Floor
Philadelphia, PA 19104-2891
Telephone: 215.568.3100
Facsimile: 215.568.3439

*Attorneys for Defendant/Counter-Claimant*
GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.

(*additional counsel listed on following page*)

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| NOMADIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> GUEST-TEK INTERACTIVE ENTERTAINMENT LTD., <br><br> Defendant/Counter-Claimant, <br><br> v. <br><br> NOMADIX, INC., <br><br> Counter-Defendant. | Case No.: 2:16-CV-08033-AB-FFM <br><br> [Honorable André Birotte Jr.] <br><br> **GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.'S APPLICATION FOR LEAVE TO FILE UNDER SEAL ITS ANSWER TO NOMADIX, INC.'S SUPPLEMENTAL COMPLAINT** <br><br> [Filed concurrently with Berle Declaration; (Proposed) Order] <br><br> Action Filed: 10/28/16 <br> Amended Complaint Filed: 03/23/17 |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

1  Michael J. Swope (Admitted *Pro Hac Vice*)
   *Email: mswope@bakerlaw.com*
2  **BAKER & HOSTETLER LLP**
   999 Third Avenue, Suite 3500
3  Seattle, WA 98104-4040
   Telephone:   206.332.1379
4  Facsimile:   206.624.7317

5  Michael R. Matthias, SBN 57728
   *Email: mmatthias@bakerlaw.com*
6  Joelle A. Berle, SBN 252532
   *Email: jberle@bakerlaw.com*
7  **BAKER & HOSTETLER LLP**
   11601 Wilshire Boulevard, Suite 1400
8  Los Angeles, CA 90025-0509
   Telephone: 310.820.8800
9  Facsimile:   310.820.8859

10 *Attorneys for Defendant/Counter-Claimant*
   GUEST-TEK INTERATIVE
11 ENTERTAINMENT LTD.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

1  Defendant/Counter-Claimant Guest-Tek Interactive Entertainment Ltd.
2  ("Guest-Tek") respectfully seeks leave to file under seal a portion of its Answer to
3  Plaintiff/Counter-Defendant Nomadix, Inc.'s ("Nomadix") Supplemental
4  Complaint (the "Answer").

5  Along with this Application, Guest-Tek is submitting a redacted version of
6  its Answer. Under Guest-Tek's proposal, most of its Answer will be publicly
7  available.

8  Guest-Tek seeks to seal a select portion of its Answer relating to and quoting
9  a portion of a written patent license agreement between Nomadix and Guest-Tek
10 (the "License Agreement") (*see* Declaration of Joelle A. Berle ("Berle Decl."), ¶
11 3). The License Agreement includes provisions regarding its confidentiality (*id.* at
12 ¶ 4).

13 This Court has previously granted the parties leave to file the License
14 Agreement under seal. [D.I. 36, 38].

16 Dated: April 17, 2018          Respectfully submitted,

17                                BAKER & HOSTETLER LLP

19                                By:  */s/ Michael R. Matthias*
                                       Steven J. Rocci
20                                     Michael J. Swope
                                       Kevin M. Bovard
21                                     Michael R. Matthias
                                       Joelle A. Berle

22                                *Attorneys for Defendant/Counter-Claimant*
23                                GUEST-TEK INTERACTIVE
                                  ENTERTAINMENT LTD.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES