# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| NOMADIX, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.,<br><br>　　　　Defendant/Counter-Claimant,<br><br>　　v.<br><br>NOMADIX, INC.,<br><br>　　　　Counter-Defendant. | Case No.: 2:16-CV-08033-AB-FFM<br><br>[Honorable André Birotte Jr.]<br><br>**[PROPOSED] ORDER GRANTING GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.'S APPLICATION FOR LEAVE TO FILE UNDER SEAL ITS ANSWER TO NOMADIX, INC.'S SUPPLEMENTAL COMPLAINT**<br><br>[Filed concurrently with Application; and Berle Declaration]<br><br>Action Filed: 10/28/16<br>Amended Complaint Filed: 03/23/17 |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

Having considered Defendant/Counter-Claimant GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.'S ("Guest-Tek") Application for Leave to File Under Seal its Answer to Nomadix, Inc.'s Supplemental Complaint ("Application"), and finding good cause therefor, the court GRANTS the Application. As Guest-Tek has filed a redacted version of the sealed document, only the following portions of the sealed document will not be fully publicly available:

| Page | Lines |
|------|-------|
| 2    | 5-8   |

**IT IS SO ORDERED.**

Dated: _____

Honorable André Birotte Jr.

- 1 -

[PROPOSED] ORDER GRANTING GUEST-TEK'S APPLICATION FOR LEAVE TO FILE UNDER SEAL ANSWER TO NOMADIX, INC.'S SUPPLEMENTAL COMPLAINT; CASE NO. 2:16-CV-08033-AB-FFM