Steven J. Rocci (Admitted *Pro Hac Vice*)
Email: srocci@bakerlaw.com
Kevin M. Bovard, SBN 247521
Email: kbovard@bakerlaw.com
**BAKER & HOSTETLER LLP**
2929 Arch Street, 12th Floor
Philadelphia, PA 19104-2891
Telephone: 215.568.3100
Facsimile: 215.568.3439

*Attorneys for Defendant/Counter-Claimant*
GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.

(*additional counsel listed on following page*)

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| NOMADIX, INC., <br><br>  Plaintiff, <br><br> v. <br><br> GUEST-TEK INTERACTIVE ENTERTAINMENT LTD., <br><br>  Defendant/Counter-Claimant, <br><br> v. <br><br> NOMADIX, INC., <br><br>  Counter-Defendant. | Case No.: 2:16-cv-08033-AB-FFM <br><br> [*Honorable André Birotte Jr.*] <br><br> **GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.'S ANSWER TO NOMADIX, INC.'S SUPPLEMENTAL COMPLAINT** <br><br> Action Filed: 10/28/16 <br> Amended Complaint Filed: 03/23/17 |

Michael J. Swope (Admitted *Pro Hac Vice*)
Email:   mswope@bakerlaw.com
**BAKER & HOSTETLER LLP**
999 Third Avenue, Suite 3500
Seattle, WA 98104-4040
Telephone:     206.332.1379
Facsimile:     206.624.7317

Michael R. Matthias, SBN 57728
*Email: mmatthias@bakerlaw.com*
Joelle A. Berle, SBN 252532
*Email:   jberle@bakerlaw.com*
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA  90025-0509
Telephone:  310.820.8800
Facsimile:   310.820.8859

*Attorneys for Defendant/Counter-Claimant*
GUEST-TEK INTERACTIVE
ENTERTAINMENT LTD.

Defendant/Counter-Claimant GUEST-TEK INTERACTIVE ENTERTAINMENT LTD. ("Guest-Tek") hereby submits this Answer to the Supplemental Complaint of Plaintiff/Counter-Defendant NOMADIX, INC. ("Nomadix"), as follows. To the extent not specifically admitted, Guest-Tek denies the allegations of the Supplemental Complaint.

## JURISDICTION, PARTIES, AND VENUE

1. With respect to Paragraph 1 of the Supplemental Complaint: Admitted only that the parties entered into the License Agreement on December 30, 2010, and that the Supplemental Complaint purports to state a cause of action for breach of the License Agreement. Guest-Tek denies that the Court has subject matter jurisdiction over this dispute. Otherwise denied.

2. With respect to Paragraph 2 of the Supplemental Complaint: Guest-Tek incorporates by reference its responses from paragraphs 2 and 3 of its Second Amended Answer and Counterclaims.

3. With respect to Paragraph 3 of the Supplemental Complaint: Admitted only that Paragraph 3 of the Supplemental Complaint purports to state that Nomadix's damages exceed $16,000,000, and that $16,000,000 is greater than $75,000. Otherwise denied.

4. With respect to Paragraph 4 of the Supplemental Complaint: Guest-Tek incorporates by reference its responses from paragraphs 5 through 11 of its Second Amended Answer and Counterclaims.

## SECOND CLAIM FOR RELIEF (FIRST SUPPLEMENTAL CLAIM): BREACH OF CONTRACT

5. With respect to Paragraph 5 of the Supplemental Complaint: Guest-Tek incorporates by reference its responses from paragraphs 12 through 14 of its Second Amended Answer and Counterclaims.

///

///

1   6. With respect to Paragraph 6 of the Supplemental Complaint: Admitted
2 that this paragraph accurately recites a portion of Clause 2.10 of the License
3 Agreement.  Otherwise denied.
4   7. With respect to Paragraph 7 of the Supplemental Complaint: Admitted
5 that Clause 2.10 of the License Agreement states: "███████████████████
6 ████████████████████████████████████████████████████████████
7 ████████████████████████████████████████████████████████████
8 ██████████████████████████████████████." Otherwise denied.
9   8. With respect to Paragraph 8 of the Supplemental Complaint: Admitted
10 that Guest-Tek has pled Patent Invalidity as its Eleventh Affirmative Defense and
11 Patent Misuse as its Fifteenth Affirmative Defense in its Second Amended Answer.
12 Further admitted that Guest-Tek has challenged the validity and enforceability of
13 those patents asserted by Nomadix in this action.  Otherwise denied.
14   9. With respect to Paragraph 9 of the Supplemental Complaint: Admitted.
15   10. With respect to Paragraph 10 of the Supplemental Complaint:
16 Admitted.
17   11. With respect to Paragraph 11 of the Supplemental Complaint: Denied.
18   12. With respect to Paragraph 12 of the Supplemental Complaint: Denied.
19   13. With respect to Paragraph 13 of the Supplemental Complaint: Denied.
20   14. With respect to Paragraph 14 of the Supplemental Complaint: Denied.
21   15. With respect to Paragraph 15 of the Supplemental Complaint: Denied.
22   16. With respect to Paragraph 11 of the Supplemental Complaint: Denied.
23 / / /
24 / / /
25 / / /

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.'S ANSWER TO NOMADIX'S SUPPLEMENTAL COMPLAINT;
CASE NO.: 2:16-CV-08033-AB-FFM

# PRAYER FOR RELIEF

With respect to the Prayer for Relief, Guest-Tek denies that Nomadix is entitled to the requested relief or any other relief.

Dated: April 17, 2018

Respectfully submitted,

BAKER & HOSTETLER LLP

By: */s/ Michael R. Matthias*
Steven J. Rocci
Michael J. Swope
Kevin M. Bovard
Michael R. Matthias
Joelle A. Berle

*Attorneys for Defendant/Counter-Claimant*
GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

- 3 -
GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.'S ANSWER TO NOMADIX'S SUPPLEMENTAL COMPLAINT;
CASE NO.: 2:16-CV-08033-AB-FFM