Steven J. Rocci (Admitted *Pro Hac Vice*)
Email: srocci@bakerlaw.com
Kevin M. Bovard, SBN 247521
Email: kbovard@bakerlaw.com
**BAKER & HOSTETLER LLP**
2929 Arch Street, 12th Floor
Philadelphia, PA 19104-2891
Telephone: 215.568.3100
Facsimile: 215.568.3439

*Attorneys for Defendant/Counter-Claimant*
GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.

(*additional counsel listed on following page*)

**IN THE UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| NOMADIX, INC., | Case No.: 2:16-cv-08033-AB-FFM |
| Plaintiff, | [*Honorable André Birotte Jr.*] |
| v. | **GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.'S ANSWER TO NOMADIX, INC.'S SUPPLEMENTAL COMPLAINT** |
| GUEST-TEK INTERACTIVE ENTERTAINMENT LTD., | |
| Defendant/Counter-Claimant, | Action Filed: 10/28/16<br>Amended Complaint Filed: 03/23/17 |
| v. | |
| NOMADIX, INC., | |
| Counter-Defendant. | |

1 | Michael J. Swope (Admitted *Pro Hac Vice*)
Email: mswope@bakerlaw.com
2 | **BAKER & HOSTETLER LLP**
999 Third Avenue, Suite 3500
3 | Seattle, WA 98104-4040
Telephone: 206.332.1379
4 | Facsimile: 206.624.7317

5 | Michael R. Matthias, SBN 57728
Email: mmatthias@bakerlaw.com
6 | Joelle A. Berle, SBN 252532
Email: jberle@bakerlaw.com
7 | **BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
8 | Los Angeles, CA 90025-0509
Telephone: 310.820.8800
9 | Facsimile: 310.820.8859

10 | *Attorneys for Defendant/Counter-Claimant*
GUEST-TEK INTERACTIVE
11 | ENTERTAINMENT LTD.

Defendant/Counter-Claimant GUEST-TEK INTERACTIVE ENTERTAINMENT LTD. ("Guest-Tek") hereby submits this Answer to the Supplemental Complaint of Plaintiff/Counter-Defendant NOMADIX, INC. ("Nomadix"), as follows. To the extent not specifically admitted, Guest-Tek denies the allegations of the Supplemental Complaint.

## JURISDICTION, PARTIES, AND VENUE

1. With respect to Paragraph 1 of the Supplemental Complaint: Admitted only that the parties entered into the License Agreement on December 30, 2010, and that the Supplemental Complaint purports to state a cause of action for breach of the License Agreement. Guest-Tek denies that the Court has subject matter jurisdiction over this dispute. Otherwise denied.

2. With respect to Paragraph 2 of the Supplemental Complaint: Guest-Tek incorporates by reference its responses from paragraphs 2 and 3 of its Second Amended Answer and Counterclaims.

3. With respect to Paragraph 3 of the Supplemental Complaint: Admitted only that Paragraph 3 of the Supplemental Complaint purports to state that Nomadix's damages exceed $16,000,000, and that $16,000,000 is greater than $75,000. Otherwise denied.

4. With respect to Paragraph 4 of the Supplemental Complaint: Guest-Tek incorporates by reference its responses from paragraphs 5 through 11 of its Second Amended Answer and Counterclaims.

## SECOND CLAIM FOR RELIEF (FIRST SUPPLEMENTAL CLAIM): BREACH OF CONTRACT

5. With respect to Paragraph 5 of the Supplemental Complaint: Guest-Tek incorporates by reference its responses from paragraphs 12 through 14 of its Second Amended Answer and Counterclaims.

/ / /

/ / /

6. With respect to Paragraph 6 of the Supplemental Complaint: Admitted that this paragraph accurately recites a portion of Clause 2.10 of the License Agreement. Otherwise denied.

7. With respect to Paragraph 7 of the Supplemental Complaint: Admitted that Clause 2.10 of the License Agreement states: "███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████." Otherwise denied.

8. With respect to Paragraph 8 of the Supplemental Complaint: Admitted that Guest-Tek has pled Patent Invalidity as its Eleventh Affirmative Defense and Patent Misuse as its Fifteenth Affirmative Defense in its Second Amended Answer. Further admitted that Guest-Tek has challenged the validity and enforceability of those patents asserted by Nomadix in this action. Otherwise denied.

9. With respect to Paragraph 9 of the Supplemental Complaint: Admitted.

10. With respect to Paragraph 10 of the Supplemental Complaint: Admitted.

11. With respect to Paragraph 11 of the Supplemental Complaint: Denied.

12. With respect to Paragraph 12 of the Supplemental Complaint: Denied.

13. With respect to Paragraph 13 of the Supplemental Complaint: Denied.

14. With respect to Paragraph 14 of the Supplemental Complaint: Denied.

15. With respect to Paragraph 15 of the Supplemental Complaint: Denied.

16. With respect to Paragraph 11 of the Supplemental Complaint: Denied.

/ / /

/ / /

/ / /

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

# PRAYER FOR RELIEF

With respect to the Prayer for Relief, Guest-Tek denies that Nomadix is entitled to the requested relief or any other relief.

Dated:  April 17, 2018

Respectfully submitted,

BAKER & HOSTETLER LLP

By: */s/ Michael R. Matthias*
Steven J. Rocci
Michael J. Swope
Kevin M. Bovard
Michael R. Matthias
Joelle A. Berle

*Attorneys for Defendant/Counter-Claimant*
GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.