# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| NOMADIX, INC., | Case No.: 2:16-CV-08033-AB-FFM |
| Plaintiff, | [Honorable André Birotte Jr.] |
| v. | **[PROPOSED] ORDER GRANTING GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.'S APPLICATION FOR LEAVE TO FILE UNDER SEAL ITS ANSWER TO NOMADIX, INC.'S SUPPLEMENTAL COMPLAINT** |
| GUEST-TEK INTERACTIVE ENTERTAINMENT LTD., | |
| Defendant/Counter-Claimant, | |
| v. | [Filed concurrently with Application; and Berle Declaration] |
| NOMADIX, INC., | |
| Counter-Defendant. | Action Filed: 10/28/16<br>Amended Complaint Filed: 03/23/17 |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

Having considered Defendant/Counter-Claimant GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.'S ("Guest-Tek") Application for Leave to File Under Seal its Answer to Nomadix, Inc.'s Supplemental Complaint ("Application"), and finding good cause therefor, the court GRANTS the Application. As Guest-Tek has filed a redacted version of the sealed document, only the following portions of the sealed document will not be fully publicly available:

| Page | Lines |
|---|---|
| 2 | 5-8 |

**IT IS SO ORDERED.**

Dated: April 18, 2018

_____
Honorable André Birotte Jr.