UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-8033- AB - FFM | Date | April 23, 2018 |
|---|---|---|---|
| Title | Nomadix, Inc. v. Guest-Tek Interactive Entertainment Ltd. | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge |
|---|---|

| James Munoz | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:**   **ORDER AFTER IN CAMERA REVIEW**

On March 27, 2018 Plaintiff Nomadix, Inc. filed a Notice of Submission of Documents for In Camera Review, informing the Court about a dispute over the scope of the redactions to the License Document produced by Plaintiff. (Docket No. 252.) The Court directed Plaintiff and any affected licensee to explain why an attorneys' eyes only designation would not protect their interests. Plaintiff and defendant filed briefs, but the licensee did not. After reviewing the briefs the Court concludes that an attorneys' eyes only designation sufficiently protects all concerned parties.

The Court notes that this action has been temporarily stayed. Therefore, *upon the lifting of the stay* Plaintiff is ordered to produce the subject license without redaction subject to an attorneys' eyes only designation.

IT IS SO ORDERED.

:

Initials of Preparer       JM