# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| NOMADIX, INC., | Case No.: 2:16-cv-08033-AB-FFM |
| Plaintiff, | [*Honorable Frederick F. Mumm*] |
| v. | **[PROPOSED] ORDER GRANTING GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.'S MOTION TO DISSOLVE OR, IN THE ALTERNATIVE, TO MODIFY PROTECTIVE ORDER (D.I. 194)** |
| GUEST-TEK INTERACTIVE ENTERTAINMENT LTD., | |
| Defendant/Counter-Claimant, | |
| v. | Hearing Date: July 3, 2018<br>Time: 10:00 a.m.<br>Courtroom: 580 |
| NOMADIX, INC., | |
| Counter-Defendant. | Action Filed: 10/28/16<br>Amended Complaint Filed: 03/23/17 |

Baker & Hostetler LLP
Attorneys at Law
Los Angeles

The Court, having considered Defendant/Counter-Claimant Guest-Tek Interactive Entertainment, Ltd.'s Motion to Dissolve, Or, In The Alternative, To Modify Protective Order (D.I. 194) (the "Motion"), and all opposing and reply papers, hereby ORDERS as follows:

Guest-Tek's Motion is **GRANTED**.

(1) The Court's Protective Order (D.I. 194) is hereby **dissolved**. There shall be no restriction on Guest-Tek's attorneys, employees, or representatives' communications with Mr. Reed.

**In the Alternative,**

(2) The Court's Protective Order (D.I. 194) in accordance with the Court's Order Clarifying the Protective Order (D.I. 260) is hereby **modified** as follows:

(a) Guest-Tek's attorneys, employees, or representatives' are permitted to communicate and meet with Mr. Reed upon reasonable notice to Nomadix; and

(b) Only outside counsel for Nomadix may be present at any meeting between or among Guest-Tek's attorneys, employees, or representatives and Mr. Reed; and

(c) Kelly Hughes is not permitted to be present in any meeting or in any communication between or among Guest-Tek's attorneys, employees, or representatives and Mr. Reed.

**IT IS SO ORDERED.**

Dated: _____   _____
Honorable Frederick F. Mumm
United States District Judge