# EXHIBIT 1

| | |
|---|---|
| **From:** | Alan.Laquer |
| **Sent:** | Tuesday, April 24, 2018 5:39 PM |
| **To:** | 'Swope, Michael' |
| **Cc:** | Guest-TekCA; Nomadix.Guest-Tek |
| **Subject:** | Nomadix v. Guest-Tek - Meeting with Charles Reed |

Mike,

As I explained during our conversation last Friday, Nomadix is disappointed that Guest-Tek moved to stay the case, obtained a stay, and yet still insists upon proceeding with meeting Charles Reed in Bangkok next week.  Mr. Reed has stated that he may be available in the US in August; it would be far more convenient and consistent with the stay for the meeting to occur then.

You told Mr. Reed that Guest-Tek will not attempt to use anything that he says during the meeting in court.  Please confirm that Guest-Tek agrees not use anything from the meeting for any purpose in the litigation, including for impeachment.  Please also confirm whether Guest-Tek intends to call Mr. Reed as a witness at trial.

Kelly Hughes and I will attend the meeting as attorneys for Nomadix.

Nomadix reserves its right to take Mr. Reed's deposition whenever he is available, at least because Guest-Tek is proceeding with the meeting despite the case being stayed.

Best regards,
Alan

**Alan Laquer**
Partner
alan.laquer@knobbe.com

949-721-5285  Direct

**Knobbe Martens**
2040 Main St., 14th Fl.
Irvine, CA 92614
www.knobbe.com/alan-laquer