# EXHIBIT 3

| | |
|---|---|
| **From:** | Alan.Laquer |
| **Sent:** | Monday, April 23, 2018 7:08 PM |
| **To:** | 'charles_reed@usa.net' |
| **Cc:** | Guest-TekCA; 'Swope, Michael'; Nomadix.Guest-Tek |
| **Subject:** | RE: Meeting Request -- Nomadix v. Guest-Tek |

Hi Charles,

Thank you for the update. To clarify, I was not suggesting taking your deposition in Thailand using US Embassy personnel, because that would not be required for the deposition. The information that I provided below was intended to explain that depositions in Thailand for US cases may be taken by US consular officers, or by US private attorneys (such as me), or by Thailand private attorneys. The information was also intended to explain that while such depositions in Thailand may be taken at the US Embassy, they may also be taken at a hotel, or at some other location. Thus, we could schedule your deposition to occur at the Grande Erawan Hyatt in Bangkok that you previously mentioned, and without any US Embassy personnel present.

Please let us know when you have dates for your prospective travel to the US in August; that might in fact work out well. But it would also be useful if you would please also let us know alternate dates and locations that you would be available for a deposition.

Best regards,
Alan

**Alan Laquer**
Partner

949-721-5285  Direct

**Knobbe Martens**

---

**From:** charles_reed@usa.net [mailto:charles_reed@usa.net]
**Sent:** Thursday, April 19, 2018 6:37 PM
**To:** Alan.Laquer <Alan.Laquer@knobbe.com>; charles_reed@usa.net
**Cc:** Guest-TekCA <Guest-TekCA@bakerlaw.com>; 'Swope, Michael' <MSwope@bakerlaw.com>; Nomadix.Guest-Tek <Nomadix.Guest-Tek@knobbe.com>
**Subject:** RE: Meeting Request -- Nomadix v. Guest-Tek

Hi Alan

I have sent your request to my lawyer and other advisers in Thailand and asked them for advise about your request for a deposition using US Embassy personnel. I am not sure if you are aware but I am not a US citizen.

In terms of travel, I am gong to the UK to visit my kids and prefer not to take any meetings. I may be in the US in August if that helps.

Regards

Charles

------ Original Message ------
Received: Thu, 19 Apr 2018 08:50:09 AM +08
From: Alan.Laquer <Alan.Laquer@knobbe.com>
To: "charles_reed@usa.net" <charles_reed@usa.net>Cc: Guest-TekCA <Guest-TekCA@bakerlaw.com>, "'Swope, Michael'" <MSwope@bakerlaw.com>, Nomadix.Guest-Tek <Nomadix.Guest-Tek@knobbe.com>
Subject: RE: Meeting Request -- Nomadix v. Guest-Tek

Hi Charles,

Thanks for the update. The deposition shouldn't take all day, so we could schedule it for the afternoon of May 3, after the meeting that Mike mentioned and at the same hotel. Or, would you prefer to hold the meeting on May 2 and then the deposition on May 3? Please confirm if either of those options works for you. If they don't, please let me know if there is some other date and location that would work in the next few weeks. For example, will you be in the UK long? Or, do you have any upcoming travel plans to the US or Singapore?

Best regards,
Alan

Alan Laquer
Partner
949-721-5285 Direct
Knobbe Martens

From: charles_reed@usa.net <charles_reed@usa.net>
Sent: Tuesday, April 17, 2018 7:29 PM
To: Alan.Laquer <Alan.Laquer@knobbe.com>; charles_reed@usa.net
Cc: Guest-TekCA <Guest-TekCA@bakerlaw.com>; 'Swope, Michael' <MSwope@bakerlaw.com>; Nomadix.Guest-Tek <Nomadix.Guest-Tek@knobbe.com>; Justin.Gillett <Justin.Gillett@knobbe.com>
Subject: RE: Meeting Request -- Nomadix v. Guest-Tek

Hi Alan,

I'm afraid the 4 May will not work for me as I am flying to the UK the next day.

Regards

Charles

------ Original Message ------
Received: Tue, 17 Apr 2018 09:15:18 AM +08
From: Alan.Laquer <Alan.Laquer@knobbe.com<mailto:Alan.Laquer@knobbe.com>>
To: "charles_reed@usa.net<mailto:charles_reed@usa.net>" <charles_reed@usa.net<mailto:charles_reed@usa.net>>Cc: Guest-TekCA <Guest-TekCA@bakerlaw.com<mailto:Guest-TekCA@bakerlaw.com>>, "'Swope, Michael'" <MSwope@bakerlaw.com<mailto:MSwope@bakerlaw.com>>, Nomadix.Guest-Tek <Nomadix.Guest-Tek@knobbe.com<mailto:Nomadix.Guest-Tek@knobbe.com>>, Justin.Gillett <Justin.Gillett@knobbe.com<mailto:Justin.Gillett@knobbe.com>>
Subject: RE: Meeting Request -- Nomadix v. Guest-Tek

Dear Mr. Reed,

As you know, I am an attorney for Nomadix.

Nomadix would like to take your deposition on topics including the Nomadix/Guest-Tek License Agreement, any discussions you might have had with Arnon Levy or others at Guest-Tek, and any other subject matter from the meeting mentioned by Mr. Swope. We suggest that the deposition occur the next day, May 4th, at whatever location in Bangkok is convenient for you. Such depositions are easily and conveniently permitted under Thai law. See https://travel.state.gov/content/travel/en/legal/Judicial-Assistance-Country-Information/Thailand.html<https://travel.state.gov/content/travel/en/legal/Judicial-Assistance-Country-Information/Thailand.html>
("Oral depositions or depositions on written questions may be taken by U.S. consular officers or by private attorneys from the United States or Thailand at the U.S. Embassy or at another location such as a hotel or office, either on notice or pursuant to a commission.")

Guest-Tek's attorneys would be invited to attend and participate in the deposition if they so choose. Nomadix would arrange for a court reporter to be present in order to administer the deposition oath under U.S. law and transcribe the deposition. As with Guest-Tek's proposal, the deposition proposed by Nomadix would be completely voluntary to you. And, you may of course choose to have a lawyer present to represent you.

Please confirm whether you will agree to the above, and please reply-all to this email when providing that confirmation.

Best regards,
Alan

Alan Laquer
Partner
alan.laquer@knobbe.com<mailto:alan.laquer@knobbe.com<mailto:alan.laquer@knobbe.com%3cmailto:alan.laquer@knobbe.com>>
949-721-5285 Direct
Knobbe Martens
2040 Main St., 14th Fl.
Irvine, CA 92614
www.knobbe.com/alan-laquer<http://www.knobbe.com/alan-laquer><http://www.knobbe.com/alan-laquer<http://www.knobbe.com/alan-laquer>>

From: Swope, Michael [mailto:MSwope@bakerlaw.com]
Sent: Monday, April 16, 2018 1:50 PM
To: charles_reed@usa.net<mailto:charles_reed@usa.net>
Cc: Guest-TekCA <Guest-TekCA@bakerlaw.com<mailto:Guest-TekCA@bakerlaw.com>>; Nomadix.Guest-Tek <Nomadix.Guest-Tek@knobbe.com<mailto:Nomadix.Guest-Tek@knobbe.com>>; Justin.Gillett <Justin.Gillett@knobbe.com<mailto:Justin.Gillett@knobbe.com>>
Subject: RE: Meeting Request -- Nomadix v. Guest-Tek

Dear Mr. Reed,

Thank you for your reply.

Can you please suggest an area of Bangkok that is convenient for you to attend
the meeting? Based on that I will locate a facility with a meeting room and
let you know the location. Regarding the time of the meeting, I suggest 10 am
if that's convenient for you. If not, I can adjust my schedule accordingly.

Best regards,
Mike


-----Original Message-----
From:
charles_reed@usa.net<mailto:charles_reed@usa.net<mailto:charles_reed@usa.net%3cmailto:charles_reed@usa.net>>
<charles_reed@usa.net<mailto:charles_reed@usa.net<mailto:charles_reed@usa.net%3cmailto:charles_reed@usa.net>>>
Sent: Wednesday, April 11, 2018 9:02 PM
To: Swope, Michael <MSwope@bakerlaw.com<mailto:MSwope@bakerlaw.com<mailto:MSwope@bakerlaw.com%3cmailto:MSwope@bakerlaw.com>>>; charles_reed@usa.net<mailto:charles_reed@usa.net<mailto:charles_reed@usa.net%3cmailto:charles_reed@usa.net>>

Cc: Guest-TekCA <Guest-TekCA@bakerlaw.com<mailto:Guest-TekCA@bakerlaw.com<mailto:Guest-TekCA@bakerlaw.com%3cmailto:Guest-TekCA@bakerlaw.com>>>;
Nomadix.Guest-Tek <Nomadix.Guest-Tek@knobbe.com<mailto:Nomadix.Guest-Tek@knobbe.com<mailto:Nomadix.Guest-Tek@knobbe.com%3cmailto:Nomadix.Guest-Tek@knobbe.com>>>;
Justin.Gillett <Justin.Gillett@knobbe.com<mailto:Justin.Gillett@knobbe.com<mailto:Justin.Gillett@knobbe.com%3cmailto:Justin.Gillett@knobbe.com>>>
Subject: Re: Meeting Request -- Nomadix v. Guest-Tek

Dear Mr Swope,

I am available on the 3rd of May 2018 in Bangkok.

First, I understand I am under no obligation whatsoever to meet with you.

Second, I understand this is not a deposition, but merely an informal meeting.

Third, I understand Nomadix lawyers may appear at this meeting.

Fourth, neither you nor your law firm, BakerHostetler, represents me.

Fifth, I may bring a lawyer or other persons to this meeting.

Sixth, I note your point on contacting you and Nomadix at the same time. I have done so with this email.

Seventh, I confirm Guest-Tek is not paying me, or compensating me, in any manner, for this meeting, and has not promised to do so.


Best regards


Charles Reed

------ Original Message ------
Received: Thu, 12 Apr 2018 09:35:13 AM +08
From: "Swope, Michael"
<MSwope@bakerlaw.com<mailto:MSwope@bakerlaw.com<mailto:MSwope@bakerlaw.com%3cmailto:MSwope@bakerlaw.com>>>

To: "charles_reed@usa.net<mailto:charles_reed@usa.net><mailto:charles_reed@usa.net%3cmailto:charles_reed@usa.net%3e>"
<charles_reed@usa.net<mailto:charles_reed@usa.net<mailto:charles_reed@usa.net%3cmailto:charles_reed@usa.net>>>Cc:
Guest-TekCA <Guest-TekCA@bakerlaw.com<mailto:Guest-TekCA@bakerlaw.com<mailto:Guest-TekCA@bakerlaw.com%3cmailto:Guest-TekCA@bakerlaw.com>>>,
"Nomadix.Guest-Tek" <Nomadix.Guest-Tek@knobbe.com<mailto:Nomadix.Guest-Tek@knobbe.com<mailto:Nomadix.Guest-Tek@knobbe.com%3cmailto:Nomadix.Guest-Tek@knobbe.com>>>,
"Justin.Gillett" <Justin.Gillett@knobbe.com<mailto:Justin.Gillett@knobbe.com<mailto:Justin.Gillett@knobbe.com%3cmailto:Justin.Gillett@knobbe.com>>>
Subject: Meeting Request -- Nomadix v. Guest-Tek

Dear Mr. Reed,

I write to request that you meet with me in Bangkok on May 3rd or 4th, 2018. If you are available on either day, I will arrange for a meeting in a location convenient for you.

As you know, I represent Guest Tek Interactive Entertainment Ltd. As you are also aware, Nomadix sued Guest-Tek in October, 2016 in U.S. federal court in California. In that lawsuit, Nomadix has alleged that Guest-Tek breached the 2010 License Agreement between Nomadix and Guest-Tek by allegedly underpaying royalties that Nomadix asserts should have been paid.

In general, the focus of the meeting will be on any discussions that you may have had with Guest-Tek's CEO, Arnon Levy, regarding the License Agreement. If we meet, I do not seek and request that you do not reveal to me any discussions that you have had with lawyers for Nomadix.

I am aware that, in July, 2016, you received a letter from the law firm of Rajah & Tann, written on behalf of Intertouch Pte. Ltd., directing you not to speak with Guest Tek or its lawyers regarding Nomadix. However, Guest-Tek has received approval from the federal Magistrate Judge overseeing the above mentioned lawsuit to meet and speak with you, provided that Nomadix is given an opportunity to be present. I have attached a copy of the Magistrate Judge's Order for your review. Nomadix is aware that we are reaching out to you and we have copied Nomadix's lawyers on this e-mail.

Assuming that you will agree to meet with me, there are a few important points
of which you should be aware.

First, you are under no obligation whatsoever to meet with me. Your meeting with me would be completely voluntary, and there are no consequences if you choose not to meet me. Moreover, should you choose to meet with me, you may terminate or leave the meeting at any time that you wish and for any reason.

Second, this is not a deposition, but merely an informal meeting. The meeting will not be recorded. No court reporter will be present and Guest-Tek will not
attempt to use anything you say during the meeting in court. Moreover, even if we wanted to take your deposition, because you are not a US citizen or resident in the US, we would need to follow very strict international and Thailand legal procedures in order to obtain your testimony involuntarily. Otherwise, unless you voluntarily agree, the parties in this lawsuit are not entitled to depose you. If we asked to voluntarily arrange your deposition, you could simply say that you decline.

Of course, Nomadix may try to arrange to take your deposition after you meet with us. They are similarly bound to abide by international law and the laws of Thailand.

Third, Nomadix lawyers will likely appear at this meeting. Nonetheless, we have advised Nomadix that this is Guest-Tek's meeting only, that Nomadix lawyers may only listen, and its lawyers may not ask questions except to the extent needed to ensure that you do not disclose the legally protected substance of communications that are properly attorney-client privileged.

Fourth, neither I nor my law firm, BakerHostetler, represent you. We are appearing on behalf of our client Guest Tek only. Similarly, we are advised that Nomadix's lawyers, Knobbe Martens, do not represent you. To the extent that they may attempt to intervene during my meeting with you, they may do so only to protect Nomadix's attorney-client privileged information.

Fifth, even though this is an informal meeting, you may choose to have a lawyer present to represent you. Since it would be inappropriate for either Guest Tek or Nomadix to pay for any counsel that you may wish to have present,
you will need to arrange for payment of that counsel's fees, should you retain
one.

Sixth, if you wish to contact me either before or after the meeting, it is

important to include Nomadix's lawyers on that communication. Likewise, if you
wish to contact Nomadix or its lawyers before or after the meeting, I'd
appreciate it if you would let me know. Of course, if Nomadix or its lawyers
reach out to you without notifying us, please let me know.

Seventh, Guest-Tek is not paying you, or compensating you, in any manner, for
you to meet with me, and has not promised to do so. As I understand it, you
have no financial or other interest in the outcome of this matter.

Please "Reply All" to this email.
Best regards,
Mike


Michael J. Swope
Partner




[cid:image001.jpg@01D3D1C3.B02FB1E0]

999 Third Avenue | Suite 3600
Seattle, WA 98104-4040
T +1.206.332.1386
M +1.206.313.0143

mswope@bakerlaw.com<mailto:mswope@bakerlaw.com<mailto:mswope@bakerlaw.com%3cmailto:mswope@bakerlaw.com<mailto:mswope@bakerlaw.com%3cmailto:mswope@bakerlaw.com%3cmailto:mswope@bakerlaw.com%3cmailto:mswope@bakerlaw.com>>>
bakerlaw.com<http://bakerlaw.com><http://bakerlaw.com<http://bakerlaw.com><http://www.bakerlaw.com/<http://www.bakerlaw.com/><http://www.bakerlaw.com/<http://www.bakerlaw.com/>>>
[cid:image002.jpg@01D3D1C3.B02FB1E0]<http://www.bakerlaw.com/FindLawyers.aspx?Lookup_By_Email=mswope<http://www.bakerlaw.com/FindLawyers.aspx?Lookup_By_Email=mswope><http://www.bakerlaw.com/FindLawyers.aspx?Lookup_By_Email=mswope<http://www.bakerlaw.com/FindLawyers.aspx?Lookup_By_Email=mswope>>>[cid:image003.jpg@01D3D1C3.B02FB1E0]<http://www.bakerlaw.com/vcards/mswope.vcf<http://www.bakerlaw.com/vcards/mswope.vcf><http://www.bakerlaw.com/vcards/mswope.vcf<http://www.bakerlaw.com/vcards/mswope.vcf>>>[cid:image004.jpg@01D3D1C3.B02FB1E0]<https://www.linkedin.com/in/michael-swope-488a2b13<https://www.linkedin.com/in/michael-swope-488a2b13><https://www.linkedin.com/in/michael-swope-488a2b13<https://www.linkedin.com/in/michael-swope-488a2b13>>>

_____

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content
of this email is limited to the matters specifically addressed herein
and may not contain a full description of all relevant facts or a
complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.


> ---------------------------------------------
> Attachment: DI 194 - 2018-02-01 - Order on Nomadix's Motion for
ProtectiveOrder Pre....pdf
> MIME Type: application/pdf
> ---------------------------------------------

NOTICE: This email message is for the sole use of the intended recipient(s)
and may contain confidential and privileged information. Any unauthorized
review, use, disclosure or distribution is prohibited. If you are not the
intended recipient, please contact the sender by reply email and destroy all
copies of the original message.

NOTICE: This email message is for the sole use of the intended recipient(s)
and may contain confidential and privileged information. Any unauthorized
review, use, disclosure or distribution is prohibited. If you are not the
intended recipient, please contact the sender by reply email and destroy all
copies of the original message.