GREGORY B. KOLTUN (CA SBN 130454)
GKoltun@mofo.com
JEREMIAH LEVINE (CA SBN 288377)
JLevine@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California  90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

JOSEPH L. CLASEN
jclasen@rc.com
IAN T. CLARKE-FISHER
iclarke-fisher@rc.com
ROBINSON & COLE LLP
666 Third Avenue, 20th Floor
New York, New York 10017
Telephone:  (212) 451-2900

Attorneys for Gate Worldwide Holdings LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NOMADIX, INC., | Case No. 2:16-CV-08033-AB-FFM |
| Plaintiff, | **GATE WORLDWIDE HOLDINGS LLC'S NOTICE OF RULING** |
| v. | |
| GUEST-TEK INTERACTIVE ENTERTAINMENT LTD., | |
| | Honorable Andrè Birotte, Jr. |
| Defendant. | |

Pursuant to the Court's Order Granting in Part Defendant's Motion to Stay Case (Doc. 284), we write to report that a relevant ruling was provided by the New York Court in the action entitled *Gate Worldwide Holdings LLC v. interTouch Holdings LLC, et al.*, Index No.: 650026/2018. More specifically, on June 25, 2018, the New York Court entered an order on liability against Nomadix, Inc. and, on June 29, 2018, entered a Judgment in the amount of $49,658,725.62 against Nomadix, Inc., among other defendants (the "Judgment"). A copy of the Decision and Order is attached as **Exhibit A**, a copy of the transcript from the June 20, 2018 hearing is attached as **Exhibit B**, and a copy of the Judgment is attached as **Exhibit C**.

With regard to the Nomadix Patents, the Court held that if the Judgment is satisfied and the outstanding issues relating to Gate Worldwide Holdings LLC's ("GWH") claims for interest and attorney's fees are resolved, then Nomadix will be entitled to redeem the Nomadix Patents. Until then, the Court held that GWH will "continue to hold the collateral," which includes the Nomadix Patents. *See* June 20, 2018 Transcript, p. 10.

Dated: July 2, 2018

GREGORY B. KOLTUN
JEREMIAH LEVINE
MORRISON & FOERSTER LLP


By: /s/ Jeremiah Levine
JEREMIAH LEVINE

Attorneys for
GATE WORLDWIDE
HOLDINGS LLC