GREGORY B. KOLTUN (CA SBN 130454)
GKoltun@mofo.com
JEREMIAH LEVINE (CA SBN 288377)
JLevine@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California  90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

JOSEPH L. CLASEN
jclasen@rc.com
IAN T. CLARKE-FISHER
iclarke-fisher@rc.com
ROBINSON & COLE LLP
666 Third Avenue, 20th Floor
New York, New York 10017
Telephone:  (212) 451-2900

Attorneys for Gate Worldwide Holdings LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NOMADIX,<br><br>    Plaintiff,<br><br>    v.<br><br>GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.,<br><br>    Defendant. | Case No. 2:16-CV-08033-AB-FFM<br><br>**REQUEST FOR JUDICIAL NOTICE FILED IN SUPPORT OF NOTICE OF RULING** |

1

la-1389336

Pursuant to Federal Rule of Evidence 201, Gate Worldwide Holdings LLC ("GWH") respectfully requests that the Court take judicial notice of the following materials in connection with GWH's Notice of Ruling:

**Exhibit A:** A true and correct copy of the Decision and Order in *Gate Worldwide Holdings LLC v. interTouch Holdings LLC, et al.*, Supreme Court of New York, Index No.: 650026/2018 (the "New York Action"), dated June 22, 2018;

**Exhibit B:** A true and correct copy of the June 20, 2018 hearing in the New York Action that gave rise to that Decision and Order;

**Exhibit C:** A true and correct copy of the Judgment in the New York Action dated June 29, 2018.

Judicial notice may be taken of information that is "not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." *Ritter v. Hughes Aircraft Co.*, 58 F.3d 454, 458 (9th Cir. 1995) (quoting Fed. R. Evid. 201(b)).

Courts may take judicial of the records of another court. *See Mullis v. U.S. Bankr. Court for Dist. of Nevada*, 828 F.2d 1385, 1392 (9th Cir. 1987) (taking judicial notice of docket items in proceedings of another court); *Estate of Levingston v. Cty. of Kern*, 320 F.R.D. 520, 528 (E.D. Cal. 2017) ("judicial notice may be taken of court records"); *Copple v. Astrella & Rice, P.C.*, 442 F. Supp. 2d 829, 834 (N.D. Cal. 2006) ("existence of court records is a proper subject of judicial notice"); ROBERT I. WEIL ET AL., THE RUTTER GROUP CALIFORNIA

la-1389336

1  PRACTICE GUIDE: CIVIL PROCEDURE BEFORE TRIAL § 14:190] (2018) ("Judicial
2  notice may be taken of 'adjudicative facts' (e.g., court records, pleadings, etc.)."
3
4  Dated:   July 2, 2018            GREGORY B. KOLTUN
                                    JEREMIAH LEVINE
5                                   MORRISON & FOERSTER LLP
6
7                                   By:   /s/ Jeremiah Levine
                                          JEREMIAH LEVINE
8
9                                         Attorneys for
                                          GATE WORLDWIDE
10                                        HOLDINGS LLC

la-1389336