# EXHIBIT A

INDEX NO. 650026/2018
NYSCEF DOC. NO. 85
RECEIVED NYSCEF: 06/25/2018

# SUPREME COURT OF THE STATE OF NEW YORK
# NEW YORK COUNTY

| | | |
|---|---|---|
| PRESENT: HON. BARRY R. OSTRAGER | | PART 61 |
| Justice | | |

------------------------------------------------------------------X

GATE WORLDWIDE HOLDINGS LLC,

          Plaintiff,

- v -

INTERTOUCH HOLDINGS LLC, ST HOLDINGS LLC, INTERTOUCH TOPCO LLC, and NOMADIX, INC.,

          Defendants.

------------------------------------------------------------------X

INDEX NO.            650026/2018

MOTION DATE       3/12/2018

MOTION SEQ. NO.   001

**DECISION AND ORDER**

The following e-filed documents, listed by NYSCEF document number 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 62, 63, 64, 65, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83

were read on this application to/for            SUMMARY JUDGMENT (AFTER JOINDER)

Upon the foregoing documents, it is

    ORDERED that plaintiff's motion for summary judgment is granted to the extent provided in the decision on the record on June 20, 2018. The Clerk is directed to enter judgment in favor of plaintiff Gate Worldwide Holdings LLC against defendants Intertouch Holdings LLC, Intertouch Topco LLC and Nomadix, Inc., jointly and severally, in the sum of $49,548,768.08 through June 20, 2018, without prejudice to plaintiff's claim for any additional interest from November 16, 2017 to June 20, 2018 or other fees and without prejudice to plaintiff's claim for a judgment against defendant ST Holdings LLC. Interest at the statutory rate of 9% per annum shall run from June 20, 2018 through the entry of judgment.

650026/2018   GATE WORLDWIDE HOLDINGS LLC vs. INTERTOUCH HOLDINGS LLC          Page 1 of 2
Motion No. 001

1 of 2

Plaintiff shall efile and submit to the Judgment Clerk a Proposed Judgment. No settlement of a judgment before the Court is required. Additionally, counsel shall obtain the transcript of the June 20 proceedings and submit it to the courtroom to be "So Ordered" by the Court to reflect the additional rulings made by the Court on that date.

Counsel shall appear in room 232 on July 24, 2018 at 9:30 a.m. for a preliminary conference.

6/22/2018
DATE

BARRY R. OSTRAGER, J.S.C.
**BARRY R. OSTRAGER**
**JSC**

| CHECK ONE: | ☐ CASE DISPOSED | | ☒ NON-FINAL DISPOSITION | |
|---|---|---|---|---|
| | ☐ GRANTED | ☐ DENIED | ☒ GRANTED IN PART | ☐ OTHER |
| APPLICATION: | ☐ SETTLE ORDER | | ☐ SUBMIT ORDER | |
| CHECK IF APPROPRIATE: | ☐ DO NOT POST | | ☐ FIDUCIARY APPOINTMENT | ☐ REFERENCE |

650026/2018 GATE WORLDWIDE HOLDINGS LLC vs. INTERTOUCH HOLDINGS LLC
Motion No. 001

Page 2 of 2

2 of 2