# EXHIBIT C

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
--------------------------------------------------------------x
GATE WORLDWIDE HOLDINGS LLC,

      Plaintiff,

  - against -

INTERTOUCH HOLDINGS LLC;
ST HOLDINGS LLC;
INTERTOUCH TOPCO LLC; and
NOMADIX, INC.

      Defendants.
--------------------------------------------------------------x

Index No.: 650026/2018
(ECF)

**JUDGMENT**

Upon plaintiff Gate Worldwide Holdings LLC's Notice of Motion for Summary Judgment (the "Motion"), dated March 12, 2018, and the Decision and Order of the Honorable Barry R. Ostrager, dated June 25, 2018, granting the Motion to the extent provided in the decision on the record on June 20, 2018, it is

**ADJUDGED** that plaintiff Gate Worldwide Holdings LLC, with a place of business at 405 Lexington Ave., 26th Floor, New York, New York, shall have judgment and recover against the defendants, InterTouch Holdings LLC, with a place of business at 480 Olde Worthington Road, Suite 350, Westerville, Ohio, InterTouch Topco LLC, with a place of business at 480 Olde Worthington Road, Suite 350, Westerville, Ohio, and Nomadix, Inc., with a place of business at 30851 Agoura Road, Suite 102, Agoura Hills, California, jointly and severally, in the amount of $49,548,768.08, together with interest at the rate of 9% from the date of June 20, 2018 ~~until the~~ of $109,957.54 ~~date of the entry of judgment~~, as calculated by the Clerk, for a total of $49,658,725.62, and that Plaintiff have execution thereon.

**FILED**

**JUN 29 2018**

COUNTY CLERK'S OFFICE
NEW YORK

/s/ M.A.T.
_____
CLERK

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
----------------------------------------------------------x
GATE WORLDWIDE HOLDINGS LLC,

                        Plaintiff,

        - against -

INTERTOUCH HOLDINGS LLC;
ST HOLDINGS LLC;
INTERTOUCH TOPCO LLC; and
NOMADIX, INC.

                      Defendants.
----------------------------------------------------------x

Index No.: 650026/2018
(ECF)

**AFFIRMATION WAIVING COSTS AND DISBURSEMENTS**

IAN T. CLARKE-FISHER, an attorney admitted to practice law before the Courts of the State of New York, hereby affirms under penalty of perjury and pursuant to CPLR 2106 as follows:

1. I am an attorney at the law firm of Robinson & Cole LLP, attorney's for Gate Worldwide Holdings LLC ("GWH").

2. Pursuant to the Decision and Order of the Honorable Barry R. Ostrager, dated June 25, 2018, granting GWH's Motion for Summary Judgment to the extent provided in the decision on the record on June 20, 2018, GWH filed a Proposed Judgment on June 25, 2018.

3. In furtherance of the Proposed Judgment, GWH hereby waives costs and disbursements relating to GWH's Motion for Summary Judgment.

Dated: New York, New York
       June 28, 2018

                                               Ian T. Clarke-Fisher

**FILED**

JUN 29 2018

COUNTY CLERK'S OFFICE
NEW YORK

18132583-v1

ROBINSON & COLE LLP

By: /s/ Joseph L. Clasen
Joseph L. Clasen, Esq.
Ian Clarke-Fisher, Esq.
Chrysler East Building
666 Third Avenue, 20th Floor
New York, New York 10017
212-451-2900
Email: jclasen@rc.com
Email: iclarke-fisher@rc.com

*Attorneys for Plaintiff, Gate Worldwide Holdings LLC*

650026/18

JudgmenT

1-3

**FILED AND DOCKETED**
JUN 29 2018
AT 10:54 AM
N.Y., CO. CLK'S OFFICE