UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV16-8033 AB (FFMx) | Date | July 3, 2018 |
|---|---|---|---|
| Title | Nomadix v. Guest-Tek Interactive Entertainment Ltd. | | |

Present: The Honorable   Frederick F. Mumm, United States Magistrate Judge

| James Munoz | CS 07/03/18 |
|---|---|
| Deputy Clerk | Court Smart / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Mark Lezama | Steven Rocci |
| Alan Laquer | Michael Swope |

**Proceedings:**   **DEFENDANT'S MOTION TO MODIFY PROTECTIVE ORDER – 288**
**PLAINTIFF'S EX PARTE APPLICATION TO STRIKE MOTION TO MODIFY PROTECTIVE ORDER - 289**

Case called.  Counsel make their appearance.  Court hears argument.

Plaintiff's ex parte application to strike the motion to vacate the protective order is denied.

Defendant's motion to modify the protective order is granted in part.  The Court limits the conversations the defense will have with Mr. Reed to his recollections of his communications with Mr. Levy.  Mr. Hughes is precluded from attending those meetings but Nomadix is entitled to have an outside counsel appear at those meetings.

The meetings between defense counsel and Mr. Reed are not subject to the stay of discovery.

:35
JM