UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 16-08033-AB (FFMx) | Date: | August 31, 2018 |

| | |
|---|---|
| Title: | Nomadix, Inc. v. Guest-Tek Interactive Entertainment Ltd. |

| | |
|---|---|
| Present: The Honorable | **ANDRÉ BIROTTE JR., United States District Judge** |

| Carla Badirian | Chia Mei Jui |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Mark Lezama | Michael J Swope, PHV |
| James Frederick Smith | Thomas D Warren |

**Proceedings:**   STATUS CONFERENCE

    Also present is Gregory B Koltun on behalf of Movant Gate Worldwide Holdings, LLC.

    Court and counsel confer.

    For the reasons stated on the record, the Court sets a further Status Conference for Friday, November 9, 2018, at 10:00 am.

    The Pretrial Conference is continued to Friday, December 14, 2018, at 11:00 am and the Jury Trial is continued to Tuesday, February 12, 2019, at 8:30 am.

    IT IS SO ORDERED.