

DENIED
BY ORDER OF
Magistrate Judge Mumm
ON October 5, 2018

Failure to show good cause.

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| NOMADIX, INC., | Case No.: 2:16-CV-08033-AB-FFM |
| Plaintiff, | [*Honorable Frederick F. Mumm*] |
| v. | **[PROPOSED] ORDER GRANTING GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.'S APPLICATION FOR LEAVE TO FILE UNDER SEAL ITS EXHIBIT TO MOTION TO DISSOLVE OR, IN THE ALTERNATIVE, TO MODIFY PROTECTIVE ORDER (D.I. 194)** |
| GUEST-TEK INTERACTIVE ENTERTAINMENT LTD., | |
| Defendant/Counter-Claimant, | |
| v. | |
| NOMADIX, INC., | Action Filed: 10/28/16 |
| Counter-Defendant. | Amended Complaint Filed: 03/23/17 |

Having considered Defendant/Counter-Claimant GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.'S ("Guest-Tek") Application for Leave to File Under Seal its Exhibit to Motion to Dissolve Or, In The Alternative, to Modify Protective Order (D.I. 194) ("Application"), and finding good cause therefore, the court GRANTS the Application. As Guest-Tek has filed a redacted version of the sealed document, only the following exhibit to the sealed document will not be fully publicly available:

| Description |
|---|
| Exhibit 4 to the Declaration of Michael J. Swope |

**IT IS SO ORDERED.**

Dated: _____

Honorable Frederick F. Mumm
United States Magistrate Judge