UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | CV 16-08033-AB (FFMx) | Date: | November 7, 2018 |
|---|---|---|---|

| Title: | *Nomadix, Inc. v. Guest-Tek Interactive Entertainment Ltd.* |
|---|---|

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** **[In Chambers] Order re Continuance of Status Conference and Litigation Stay**

Pursuant to Guest-Tek Interactive Entertainment Ltd.'s request to continue the November 9, 2018 Status Conference and current stay of the case, and finding good cause therefore, the Court hereby **ORDERS** as follows:

1. The Status Conference in this matter, previously set for Friday, November 9, 2018, at 10:00 a.m., is hereby continued to Friday, December 14, 2018, at 11:00 a.m.

2. The parties shall file a Joint Status Report at least 5 court days in advance of the new Status Conference.

3. The current litigation stay shall continue in effect until the date of the continued Status Conference.

**IT IS SO ORDERED.**