Steven J. Rocci (admitted *pro hac vice*)
*srocci@bakerlaw.com*
Kevin M. Bovard, SBN 247521
*kbovard@bakerlaw.com*
**BAKER & HOSTETLER LLP**
2929 Arch Street, 12th Floor
Philadelphia, PA 19104-2891
Telephone: 215.568.3100
Facsimile: 215.568.3439

*Attorneys for Defendant/Counter-Claimant*
GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.

(*additional counsel listed on following page*)

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| NOMADIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> GUEST-TEK INTERACTIVE ENTERTAINMENT LTD., <br><br> Defendant/Counter-Claimant, <br><br> v. <br><br> NOMADIX, INC., <br><br> Counter-Defendant. | Case No.: 2:16-cv-08033-AB-FFM <br><br> Honorable André Birotte Jr. <br><br> **GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.'S AND GATE WORLDWIDE HOLDINGS LLC'S STATUS REPORT** <br><br> Status Conference: December 14, 2018 <br> Time: 11:00 a.m. <br> Courtroom: 7B <br><br> Action Filed: 10/28/16 <br> Amended Complaint Filed: 03/23/17 |

1  Michael J. Swope (admitted *pro hac vice*)
   *mswope@bakerlaw.com*
2  **BAKER & HOSTETLER LLP**
   999 Third Avenue, Suite 3500
3  Seattle, WA 98104-4040
   Telephone:   206.332.1379
4  Facsimile:   206.624.7317

5  Michael R. Matthias, SBN 57728
   *mmatthias@bakerlaw.com*
6  Thomas D. Warren, SBN 160921
   *twarren@bakerlaw.com*
7  **BAKER & HOSTETLER LLP**
   11601 Wilshire Boulevard, Suite 1400
8  Los Angeles, CA  90025-0509
   Telephone:  310.820.8800
9  Facsimile:   310.820.8859

10 *Attorneys for Defendant/Counter-Claimant*
   GUEST-TEK INTERACTIVE
11 ENTERTAINMENT LTD.

12 Gregory B. Koltun (CA SBN 130454)
   *GKoltun@mofo.com*
13 **MORRISON & FOERSTER LLP**
   707 Wilshire Boulevard
14 Los Angeles, California  90017-3543
   Telephone: 213.892.5200
15 Facsimile: 213.892.5454

16 Joseph L. Clasen (admitted *pro hac vice*)
17 *jclasen@rc.com*
   Ian T. Clarke-Fisher (admitted *pro hac vice*)
18 *iclarke-fisher@rc.com*
19 **ROBINSON &COLE LLP**
   666 Third Ave, 20th Floor
20 New York, NY 10017
21 Telephone: 212.451.2900
   Facsimile: 212.451.2999
22

23 *Attorneys for Third Party*
   GATE WORLDWIDE HOLDINGS LLC
24

25

26

27

28

This case has been stayed so that a New York state court can resolve a foreclosure and patent ownership dispute involving all of the licensed patents at issue in this case. (D.I. 284.) The stay was extended to November 9, 2018 (D.I. 301), and then to December 14, 2018 while the New York action proceeded. (D.I. 305). The stay order kept under submission Gate Worldwide Holdings LLC's ("GWH") pending motion to substitute, or in the alternative, to intervene (D.I. 193), until the stay is lifted. (D.I. 284 at 2.)

Guest-Tek and GWH submit this status report pursuant to the Court's November 7, 2018 Order re Continuance of Status Conference and Litigation Stay (D.I. 305). The parties were unable to agree upon a joint report, and Nomadix is filing a separate report.

Today, Judge Ostrager (the judge in the New York action) entered an order stating that "all right, title and interest in and to all membership interests in" InterTouch Holdings LLC ("InterTouch"), the parent and owner of the 100% of the stock of plaintiff Nomadix, Inc., "be transferred to" GWH. Exhibit A.

Also, today, Intertouch, and its related company, interTouch Topco LLC, filed Chapter 11 bankruptcy petitions that seek to stay "all attempts to collect debts against them." Exhibit B.

Further, the United States Patent and Trademark Office records reflect an assignment of the licensed patents from Nomadix, Inc. to GWH. The enforceability of that assignment has previously been called into question by Nomadix, and, as Guest Tek and GWH understand it, the issue of ownership of the licensed patents remains unresolved.

Under these circumstances, GWH asks the Court to extend the stay for a period of 60 days or 14 days following the resolution of the Chapter 11 bankruptcy proceedings, whichever comes first. To the extent the Chapter 11 bankruptcy proceedings are still ongoing in 60 days, the parties will provide a joint status

- 1 -

GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.'S AND GATE WORLDWIDE HOLDINGS LLC'S STATUS REPORT
CASE NO.: 2:16-CV-08033-AB-FFM

update of the Chapter 11 bankruptcy proceedings. Guest-Tek joins in GWH's request.

    Should the Court deny a further stay, GWH respectfully requests that the Court provide a ruling on GWH's Motion to Substitute, or in the alternative, Intervene (D.I. 193) and the case schedule will need to be modified.

Dated:  December 10, 2018       Respectfully submitted,

BAKER & HOSTETLER LLP

By:   */s/Steven J. Rocci/*
     Steven J. Rocci
     Michael J. Swope
     Michael R. Matthias
     Thomas D. Warren
     Kevin M. Bovard

*Attorneys for Defendant/Counter-Claimant*
GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.

ROBINSON & COLE LLP

By:   */s/Joseph L. Clasen /*
     Joseph L. Clasen
     Ian T. Clarke-Fisher

*Attorneys for Third Party*
GATE WORLDWIDE HOLDINGS LLC