# EXHIBIT A

# SUPREME COURT OF THE STATE OF NEW YORK
# NEW YORK COUNTY

**PRESENT:**    Hon. <u>Barry R. Ostrager</u>                    **PART 61**
                                              *Justice*

---

GATE WORLDWIDE HOLDINGS, LLC,                    INDEX NO. <u>650026/18</u>

                              **Plaintiff,**    MOTION DATE_____

             - v -                    MOTION SEQ. NO. *005*

INTERTOUCH HOLDINGS LLC; ST HOLDINGS LLC;
INTERTOUCH TOPCO LLC; and NOMADIX, INC.,

                              **Defendants.**

---

The following papers, numbered 1 to _____ were read on this motion to/for

Notice of Motion/Order to Show Cause— Affidavits — Exhibits    ⬜No(s).
Answering Affidavits — Exhibits    ⬜No(s).
Replying Affidavits    ⬜No(s).

Upon the foregoing papers, it is order that this motion is *granted in accordance with the accompanying long-form order.*

**MOTION/CASE IS RESPECTFULLY REFERRED TO JUSTICE FOR THE FOLLOWING REASON(S):**

Dated: *12-10-18*                    *Barry Ostrager*, J.S.C.
                                    **BARRY R. OSTRAGER**
                                    **JSC**

1. Check one:.............................................  ⬜CASE DISPOSED  ☒NON-FINAL DISPOSITION
2. Check if appropriate:........ MOTION IS:  ☒ GRANTED  ⬜ DENIED  ⬜ GRANTED IN PART  ⬜ OTHER
3. Check if appropriate:...........................  ⬜ SETTLE ORDER  ⬜ SUBMIT ORDER
                                    ⬜ DO NOT POST  ⬜ FIDUCIARY APPOINTMENT  ⬜ REFERENCE

Case 2:16-cv-08033-AB-FFM   Document 206-1   Filed 12/10/18   Page 3 of 4   Page ID #:9137

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---------- -------------------------------------------------- x

GATE WORLDWIDE HOLDINGS LLC,                    :

                        Plaintiff,     :          Index No.: 650026/2018

        - against -                        :

                              :          **[~~PROPOSED~~] ORDER**
                              :          **CONFIRMING SALE OF**
INTERTOUCH HOLDINGS LLC;                        :          **INTERTOUCH HOLDINGS LLC**
ST HOLDINGS LLC;                                :
INTERTOUCH TOPCO LLC; and                       :
NOMADIX, INC.                                   :

                      Defendants.    :

---------- -------------------------------------------------- x

      Upon Plaintiff Gate Worldwide Holdings LLC's ("GWH") Motion to Confirm the Sale of

interTouch Holdings LLC (the "Motion"), dated October 30, 2018, and the supporting filings,

and according to the Court proceedings of December 7, 2018, before the Honorable Barry R.

Ostrager,

      **IT IS HEREBY ORDERED THAT:**

      1.     **Transfer of Membership Interests**.  As of the date that this Order Confirming

Sale of interTouch Holdings LLC is "so ordered" (the "Effective Date"), all right, title, and

interest in and to all membership interests (the "Interests") in InterTouch Holdings LLC, a

Delaware limited liability company, are hereby transferred to GWH (the "Transfer").  The

Interests are the entire ownership interests in interTouch Holdings LLC.  The Interests are being

transferred free and clear of all liens, claims and encumbrances of any kind.

      2.     **Binding Parties**.  This Transfer shall be binding upon, and shall inure to the

benefit of, the Parties to the Action hereto and their respective heirs, personal representatives,

successors and assigns.

18583115

Case 2:16-cv-08033-AB-FFM Document 306-1 Filed 12/10/18 Page 4 of 4 Page ID #:9138

3. **Choice of Law**. This Transfer shall be governed by and construed in accordance with the law of the State of New York (without reference to the choice of law principles thereof).

4. **Agent**. interTouch Holdings LLC does hereby irrevocably constitute and appoint Jack Brannelly to act as its attorney to transfer and reissue said Interests on the books of interTouch Holdings LLC to GWH with full power of substitution in the premises.

5. **Reduction of Judgment**. As of the Effective Date, the amount of the Judgment, dated June 29, 2018 (Doc. No. 91), is reduced by Ten Million Dollars ($10,000,000). This reduction is without prejudice to GWH's claims for any additional interest or other fees and without prejudice to GWH's claims for judgment against defendant ST Holdings LLC, as provided for in the Court's Decision and Order, dated June 22, 2018 (Doc. No. 85).

6. **Jurisdiction**. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

7. **Additional Documents**. The Parties to the action shall from time to time execute and deliver such additional documents and take such further actions as GWH may from time to time request to fully implement the terms of this Transfer.

8. **Stay of Proceedings**. Other than the enforcement of this Order, further proceedings in this action are hereby stayed for a period of 30 days from the Effective Date to allow defendants interTouch Topco LLC and ST Holdings LLC to retain new counsel.

SO ORDERED
J.S.C

BARRY R. OSTRAGER
JSC
12-10-18

2