# EXHIBIT B

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------X

GATE WORLDWIDE HOLDINGS LLC,                         Index No. 650026/2018

                                  Plaintiff,         Part 61
                                                     Justice Barry Ostrager
            -against-
                                                     **NOTICE OF BANKRUPTCY**
INTERTOUCH HOLDINGS LLC; ST HOLDINGS LLC;            **CASE**
INTERTOUCH TOPCO LLC;
and NOMADIX, INC.,

                                  Defendants.
-------------------------------------------------------------------X

         Defendants interTouch Holdings LLC and interTouch Topco LLC, hereby give notice

that all attempts to collect debts against them have been stayed, pursuant to 11 U.S.C. §362, by

the filing of Chapter 11 bankruptcy petitions on December 10, 2018 with the U.S. Bankruptcy

Court, District of Delaware, case numbers 18-12772 and 18-12773.  Copies of the petitions are

attached.

Dated: Portland, Oregon
            December 10, 2018


                                   TONKON TORP LLP

                                   By  /s/ Caroline Harris Crowne
                                       Caroline Harris Crowne (admitted *pro hac vice*)
                                       Timothy J. Conway (admitted *pro hac vice*)
                                       888 SW Fifth Avenue, Suite 1600
                                       Portland, Oregon 97204
                                       Phone: 503-802-2056
                                       caroline.harris.crowne@tonkon.com
                                       tim.conway@tonkon.com

                                   GANFER SHORE LEEDS & ZAUDERER LLP
                                       Craig S. Kesch
                                       360 Lexington Avenue, 14th Floor
                                       New York, New York 10017
                                       Phone: 212-412-9522
                                       ckesch@ganfershore.com
                                       *Attorneys for Defendants*

Fill in this information to identify your case:

United States Bankruptcy Court for the:

**DISTRICT OF DELAWARE**

Case number *(if known)* _____ Chapter __11__

☐ Check if this an
amended filing

# Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy        4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **interTouch Holdings LLC** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number (EIN)** | **61-1772091** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **480 Olde Washington Road** **Ste 350** **Westerville, OH 43082** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Delaware** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website (URL)** | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

FILED: NEW YORK COUNTY CLERK 12/10/2018 01:06 PM INDEX NO. 650026/2018

NYSCEF DOC. NO. 16 Case 2:16-cv-08033-ABFFM72Document 34led 12/10/18/1Page 2 of 114 of 23 Page ID NYSCEF: 12/10/2018
#:9142

| Debtor | interTouch Holdings LLC | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**7. Describe debtor's business**

**A.** *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

**B.** *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list.

| | Debtor | **interTouch Topco LLC** | | Relationship | _____ |
|---|---|---|---|---|---|
| | District | **Delaware** | When _____ | Case number, if known | _____ |

| Debtor | interTouch Holdings LLC | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**11. Why is the case filed in this district?**  *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

### ▇ Statistical and administrative information

**13. Debtor's estimation of available funds**  .  *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ■ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | interTouch Holdings LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___December 10, 2018___
MM / DD / YYYY

**X** /s/ Seale A. Moorer, Jr.                    Seale A. Moorer, Jr.
Signature of authorized representative of debtor        Printed name

Title    **Sole Member**

**18. Signature of attorney**

**X** /s/ Julia Bettina Klein                    Date **December 10, 2018**
Signature of attorney for debtor                    MM / DD / YYYY

**Julia Bettina Klein**
Printed name

**Klein LLC**
Firm name

**919 N. Market Street**
**Suite 600**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone   **(302) 438-0456**    Email address   **klein@kleinllc.com**

**5198 (DE)**
Bar number and State

FILED: NEW YORK COUNTY CLERK 12/10/2018 01:06 PM
INDEX NO. 650026/2018
NYSCEF DOC. NO. 16  Case 2:16-cv-08033-AB-FFM Document 340 Filed 12/10/18 Page 5 of 17 NYSCEF: 12/10/2018  RECEIVED NYSCEF: 12/10/2018
Case 2:16-cv-08033-AB-FFM Document 340 Filed 12/10/18 Page 5 of 17 Page ID
#:9145

## UNANIMOUS WRITTEN CONSENT OF SOLE MEMBER
## OF interTOUCH HOLDINGS LLC

### December 10, 2018

The undersigned sole member ("Member") of interTouch Holdings LLC, a Delaware limited liability company (the "Company"), does hereby consent to the taking of the following actions and does hereby adopt the following resolutions (collectively, this "Consent"), pursuant to the Limited Liability Company Agreement of interTouch Holdings LLC (the "LLC Agreement") and the Limited Liability Company Act of the State of Delaware:

WHEREAS, the Member has reviewed and considered the materials presented by the management and legal advisors of the Company regarding the Company's liabilities and liquidity situation;

WHEREAS, the Member has consulted with the Company's management and legal advisors and has considered fully each of the strategic alternatives available to the Company;

WHEREAS, the Member has been briefed on the proposed voluntary petition to be filed by the Company in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

NOW, THEREFORE, BE IT RESOLVED, that the Company file a petition in the Bankruptcy Court seeking relief under the provisions of chapter 11 of the Bankruptcy Code, and the filing of such petition is authorized hereby;

RESOLVED, FURTHER, that Seale A, Moorer, Jr. (the "Authorized Officer") be, and hereby is, authorized, empowered and directed in the name and on behalf of the Company to execute and verify a voluntary petition under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the Bankruptcy Court at such time as said Authorized Officer shall determine it to be in the best interest of the Company;

RESOLVED, FURTHER, that the Authorized Officer hereby is, authorized and directed to employ the law firm of Klein LLC as general bankruptcy counsel to represent and assist the Company in carrying out its respective duties under the Bankruptcy Code and related matters, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Officer hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the case under chapter 11 of the Bankruptcy Code, and to cause to be filed an appropriate application for authority to retain the services of Klein LLC;

RESOLVED, FURTHER, that the Authorized Officer be, and hereby is, authorized and directed to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code and related matters; and in connection therewith, the Authorized Officer be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the case under

chapter 11 of the Bankruptcy Code, and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary;

**RESOLVED FURTHER,** that the Authorized Officer hereby is, authorized and directed, in the name and on behalf of the Company, to execute all petitions, schedules, motions, lists, applications, pleadings, and other papers or documents, and to take any and all such other and further actions which such Authorized Officer or the Company's legal counsel may deem necessary, proper, or desirable in connection with the case under chapter 11 of the Bankruptcy Code, with a view to the successful prosecution of such case;

**RESOLVED FURTHER,** that the Authorized Officer hereby is, authorized and directed, in the name and on behalf of the Company, to take such actions and to make, sign, execute, acknowledge, and deliver any and all such additional documents, agreements, affidavits, applications for approvals or rulings of governmental or regulatory authorities, motions, orders, directions, certificates, requests, receipts, financing statements, or other instruments as may be reasonably required to give effect to the foregoing resolutions and to consummate the transactions contemplated by the foregoing resolutions, to execute and deliver such instruments, and to fully perform the terms and provisions thereof; and

**RESOLVED FURTHER,** that to the extent that any of the actions authorized by any of the foregoing resolutions have been taken by the Authorized Officer on behalf of the Company, such actions are hereby ratified and confirmed in their entirety.

This Consent may be executed either by manual or electronic signature or a facsimile version of a manual or electronic signature

IN WITNESS WHEREOF, the undersigned has executed this Consent as of the day and year first written above.

**SOLE MEMBER OF interTOUCH HOLDINGS LLC**

By: _____

Name: Seale A, Moorer, Jr.

Fill in this information to identify the case:

Debtor name __interTouch Holdings LLC__

United States Bankruptcy Court for the: _____ District of __Delaware__
                                                                    (State)

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 CMS Cameron McKenna Nabarro Olswang LLP<br>Attn: Helen Johnson<br>Cannon Place<br>78 Cannon Street<br>London EC4N 6AF<br>United Kingdom | Helen Johnson<br>Helen.Johnson@cms-cmno.com<br>+44 20 7367 3339 | Professional services | | | | $152,576.58 |
| 2 Buchalter, A Professional Corporation<br>Attn: Jeffery Ekbom<br>16435 North Scottsdale Road<br>Suite 440<br>Scottsdale, AZ 85254-1754 | Jeffery Ekbom<br>jekbom@buchalter.com<br>(480) 383-1821 | Professional services | | | | $33,646.00 |
| 3 Morris, Nichols, Arsht & Tunnell LLP<br>Attn: Patricia Vella, Esq.<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347 | Patricia Vella, Esq.<br>pvella@mnat.com<br>(302) 351-9303 | Professional services | | | | $69,356.90 |
| 4 Tonkon Torp LLP<br>Attn: Mark LeRoux<br>888 SW Fifth Ave., Suite 1600<br>Portland, OR 97204 | Mark LeRoux<br>mark.leroux@tonkon.com<br>(503) 802-2022 | Professional services | | | | $336,097.34 |
| 5 RAJAH & TANN SINGAPORE LLP<br>Attn: Nigel Pereira, Esq.<br>9 Battery Road #25-01<br>Singapore 049910 | Nigel Pereira, Esq.<br>nigel.pereira@rajahtann.com<br>+65 62320629 | Professional services | | | | $67,027.85 |
| 6 SKLAR WILLIAMS PLLC<br>LAW OFFICES<br>Attn: Bryan M. Williams, Esq.<br>410 South Rampart Boulevard<br>Suite 350<br>Las Vegas, Nevada 89145 | Bryan M. Williams, Esq.<br>bwilliams@sklar-law.com<br>(702) 360-6000 | Professional services | | | | $9,952.75 |
| 7 Fenwick & West LLP<br>Attn: David Forst<br>801 California St.<br>Mountain View, CA 94041 | David Forst<br>dfrost@fenwick.com<br>(650) 335-7254 | Professional services | | | | $112,035.70 |
| 8 Landis Rath & Cobb LLP<br>Attn: Richard Cobb, Esq.<br>919 Market Street, Suite 1800<br>PO Box 2087<br>Wilmington, DE 19899 | Richard Cobb, Esq.<br>Cobb@lrclaw.com<br>(302) 467-4400 | Professional services | | | | $3,295.35 |

| Debtor | interTouch Holdings LLC | Case number (if known) _____ |
|---|---|---|
| | Name | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Corporation Service Company<br>Attn: Morgan Dailey<br>251 Little Falls Drive<br>Wilmington, DE 19808 | Morgan Dailey<br>Morgan.Dailey@cscglobal.com<br>(800) 927-9801 Ext. 62808 | Professional services | | | | $912.00 |
| 10 | CMS Derks Star Busmann N.V.<br>Attn: Eduard Sxheenstra<br>Atrium-Parnassusweg 737<br>1077 DG  Amsterdam<br>PO Box 94700<br>1090 GS Amsterdam<br>Netherlands | Eduard Scheenstra<br>eduard.scheenstra@cms-dsb.com<br>+31 20 3016 447 | Professional services | | | | $4,513.53 |
| 11 | Ganfer Shore, Leeds & Zauderer LLP<br>360 Lexington Avenue<br>New York, New York 10017 | Craig S. Kesch<br>ckesch@ganfershore.com<br>(212) 922-9250 | Professional services | | | | $32,735.40 |
| 12 | Weil, Gotshal & Manges LLP<br>Attn: Gary Holtzer<br>767 Fifth Avenue<br>New York, NY 10153-0119 | Gary Holtzer<br>gary.holtzer@weil.com<br>(212) 310-8463 | Professional services | | | | $542,395.66 |
| 13 | interTouch Pte. Ltd<br>Attn: Toni Webber<br>30A Kallang Place #12-06<br>Singapore 339203 | Toni Webber<br>T<br>+65-6221-2012 Ext 2017 | Intercompany loans | | | | $22,881,194.36 |
| 14 | Nomadix, Inc.<br>30851 Agoura Hills Road, Suite 102<br>Agoura Hills, CA 91301 | Kelly Hughes<br>Kelly.hughes@nomadix.com<br>(503) 804-8575 | Intercompany loans | | | | $14,901,200.48 |
| 15 | interTouch (USA) Inc.<br>30851 Agoura Hills Road, Suite 102<br>Agoura Hills, CA 91301 | Kelly Hughes<br>Kelly.hughes@intertouch.com<br>(503) 804-8575 | Intercompany loans | | | | $2,277,433.80 |
| 16 | ST Holdings LLC<br>450 Olde Worthington Road, Suite 350<br>Westerville, OH 43082 | Seale A. Moorer<br>smoorer@exceptionalinnovation.com<br>(614) 806-4919 | Intercompany loans | | | | $500,000.00 |

Fill in this information to identify the case:

Debtor name    **interTouch Holdings LLC**

United States Bankruptcy Court for the:    **DISTRICT OF DELAWARE**

Case number (if known)    _____

☐ Check if this is an amended filing

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*
☐   *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
☐   *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*
☐   *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*
☐   *Schedule H: Codebtors (Official Form 206H)*
☐   *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*
☐   *Amended Schedule*
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
☐   Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 10, 2018**        X  **/s/ Seale A. Moorer, Jr.** _____
                                            Signature of individual signing on behalf of debtor

                                            **Seale A. Moorer, Jr.** _____
                                            Printed name

                                            **Sole Member** _____
                                            Position or relationship to debtor

---

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

INTERTOUCH HOLDINGS LLC
480 OLDE WASHINGTON ROAD
STE 350
WESTERVILLE, OH 43082

INTERTOUCH PTE LTD
30A KALLANG PLACE #12-06
ATTN TONI WEBER
SINGAPORE 339203

JULIA BETTINA KLEIN
KLEIN LLC
919 N. MARKET STREET
SUITE 600
WILMINGTON, DE 19801

KNOBBE MARTENS
2040 MAIN STREET
ATTN MARK LEZAMA
14TH FLOOR
IRVINE, CA 92614

BUCHALTER, A PROFESSIONAL CORPORATION
16435 N SCOTTSDALE RD
ATTN JEFFRY EKBOM
SCOTTSDALE, AZ 85254

LANDIS RATH & COBB LLP
ATTN RICHARD COBB ESQ
919 MARKET STREET STE 1800
WILMINGTON, DE 19801

CMS CAMERON MCKENNA NABARRO OLSWANG
78 CANNON STREET
ATTN HELEN JOHNSON
LONDON EC4N 6AF

MORRIS NICHOLS ARSHT & TUNNELL LLP
1201 N MARKET ST
ATTN PATRICIA VELLA, ESQ
WILMINGTON, DE 19801

CMS DERKS STAR BUSMANN NV
ATRIUM-PARNUSSWEG 737
ATTN EDUARD SXHEENSTRA
1077 DG AMSTERDAM
NETHERLANDS

NOMADIX INC
30851 AGOURA HILLS RD STE 102
ATTN KELLY HUGHES
AGOURA HILLS, CA 91301

CORPORATION SERVICES COMPANY
251 LITTLE FALLS DRIVE
ATTN MORGAN DAILEY
WILMINGTON, DE 19808

RAJAH & TANN SINGAPORE LLP
9 BATTERY RD # 25/01
ATTN NIGEL PEREIRA ESQ
SINGAPORE 049910

FENWICK & WEST LP
801 CALIFORNIA STREET
ATTN DAVID FORST
MOUNTAIN VIEW, CA 94041

SKLAR WILLIAMS PLLC
410 S RAMPART BLVD STE 350
ATTN BRIAN M WILLIAMS ESQ
LAS VEGAS, NV 89145

GANFER SHORE LEEDS & ZAUDERER LLP
360 LEXINGTON AVENUE
ATTN CRAIG S KESCH
NEW YORK, NY 10017

ISP HOLDINGS LLC
450 OLDE WORTHINGTON RD STE 350
ATTN SEALE MOORER
WESTERVILLE, OH 43082

GATE WORLDWIDE HOLDINGS LLC
ROBINSON & COLE LLP
ATTN IAN T CLARKE-FISHER ESQ
666 THIRD AVE 20TH FL
NEW YORK, NY 10017

TONKON TORP LLP
ATTN MARK LEROUX
888 SW 5TH AVE STE 1600
PORTLAND, OR 97204

INTERTOUCH (USA) INC
30851 AGOURA HILLS RD STE 102
ATTN KELLY HUGHES
AGOURA HILLS, CA 91301

WEIL GOTSHAL & MANGES LLP
767 FIFTH AVENUE
ATTN GARY HOLTZER
NEW YORK, NY 10153

FILED: NEW YORK COUNTY CLERK 12/10/2018 01:06 PM INDEX NO. 650026/2018

NYSCEF DOC. NO. 72 Case 2:16-cv-08033-ABFFM Document 30-6 Filed 12/10/18 Page 13 of 23 Page ID RECEIVED NYSCEF: 12/10/2018
#:9151

# United States Bankruptcy Court
### District of Delaware

In re  __interTouch Holdings LLC__                 Case No. _____
              Debtor(s)       Chapter    __11__


## VERIFICATION OF CREDITOR MATRIX


I, the Sole Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.


Date:    __December 10, 2018__        /s/ Seale A. Moorer, Jr. _____
                                 Seale A. Moorer, Jr./Sole Member
                                 Signer/Title

FILED: NEW YORK COUNTY CLERK 12/10/2018 01:06 PM INDEX NO. 650026/2018

NYSCEF DOC. NO. 16 Case 2:16-cv-08079 Case 18-12773 Document 3 Filed 12/10/18 Page 14 of 23 Page ID RECEIVED NYSCEF: 12/10/2018 #:9152

| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____ Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **interTouch Topco LLC** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number (EIN)** | **47-5146381** |
| **4.** | **Debtor's address** | **Principal place of business** **480 Olde Worthington Road Ste 350** **Westerville, OH 43082** Number, Street, City, State & ZIP Code  **Delaware** County | **Mailing address, if different from principal place of business** P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website (URL)** | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Official Form 201                    Voluntary Petition for Non-Individuals Filing for Bankruptcy                    page 1

| Debtor | interTouch Topco LLC | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**7. Describe debtor's business**

**A.** *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

**B.** *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| | Debtor | interTouch Holdings LLC | Relationship | _____ |
|---|---|---|---|---|
| | District | Delaware | When _____ | Case number, if known _____ |

| Debtor | **interTouch Topco LLC** | Case number (*if known*) _____ |
|---|---|---|
| | Name | |

**11. Why is the case filed in this district?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
       Contact name _____
       Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | interTouch Topco LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __December 10, 2018__
MM / DD / YYYY

X __/s/ Seale A. Moorer, Jr.__          __Seale A. Moorer, Jr.__
Signature of authorized representative of debtor          Printed name

Title __Sole Member__

**18. Signature of attorney**

X __/s/ Julia Bettina Klein__          Date __December 10, 2018__
Signature of attorney for debtor          MM / DD / YYYY

__Julia Bettina Klein__
Printed name

__Klein LLC__
Firm name

__919 N. Market Street__
__Suite 600__
__Wilmington, DE 19801__
Number, Street, City, State & ZIP Code

Contact phone __(302) 438-0456__     Email address __klein@kleinllc.com__

__5198 (DE)__
Bar number and State

FILED: NEW YORK COUNTY CLERK 12/10/2018 01:06 PM INDEX NO. 650026/2018

NYSCEF DOC. NO. 16 Case 2:16-cv-08033-AB-FFM Document 309 Filed 12/10/18 Page 1 of 23 Page ID RECEIVED NYSCEF: 12/10/2018
#:9156

## UNANIMOUS WRITTEN CONSENT OF SOLE MEMBER
## OF interTOUCH TOPCO LLC

### December 10, 2018

The undersigned sole member ("Member") of interTouch Topco LLC, a Delaware limited liability company (the "Company"), does hereby consent to the taking of the following actions and does hereby adopt the following resolutions (collectively, this "Consent"), pursuant to the Limited Liability Company Agreement of interTouch Topco LLC (the "LLC Agreement") and the Limited Liability Company Act of the State of Delaware:

WHEREAS, the Member has reviewed and considered the materials presented by the management and legal advisors of the Company regarding the Company's liabilities and liquidity situation;

WHEREAS, the Member has consulted with the Company's management and legal advisors and has considered fully each of the strategic alternatives available to the Company;

WHEREAS, the Member has been briefed on the proposed voluntary petition to be filed by the Company in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

NOW, THEREFORE, BE IT RESOLVED, that the Company file a petition in the Bankruptcy Court seeking relief under the provisions of chapter 11 of the Bankruptcy Code, and the filing of such petition is authorized hereby;

RESOLVED, FURTHER, that Seale A, Moorer, Jr. (the "Authorized Officer") be, and hereby is, authorized, empowered and directed in the name and on behalf of the Company to execute and verify a voluntary petition under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the Bankruptcy Court at such time as said Authorized Officer shall determine it to be in the best interest of the Company;

RESOLVED, FURTHER, that the Authorized Officer hereby is, authorized and directed to employ the law firm of Klein LLC as general bankruptcy counsel to represent and assist the Company in carrying out its respective duties under the Bankruptcy Code and related matters, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Officer hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the case under chapter 11 of the Bankruptcy Code, and to cause to be filed an appropriate application for authority to retain the services of Klein LLC;

RESOLVED, FURTHER, that the Authorized Officer be, and hereby is, authorized and directed to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code and related matters; and in connection therewith, the Authorized Officer be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the case under

chapter 11 of the Bankruptcy Code, and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary;

      **RESOLVED FURTHER,** that the Authorized Officer hereby is, authorized and directed, in the name and on behalf of the Company, to execute all petitions, schedules, motions, lists, applications, pleadings, and other papers or documents, and to take any and all such other and further actions which such Authorized Officer or the Company's legal counsel may deem necessary, proper, or desirable in connection with the case under chapter 11 of the Bankruptcy Code, with a view to the successful prosecution of such case;

      **RESOLVED FURTHER,** that the Authorized Officer hereby is, authorized and directed, in the name and on behalf of the Company, to take such actions and to make, sign, execute, acknowledge, and deliver any and all such additional documents, agreements, affidavits, applications for approvals or rulings of governmental or regulatory authorities, motions, orders, directions, certificates, requests, receipts, financing statements, or other instruments as may be reasonably required to give effect to the foregoing resolutions and to consummate the transactions contemplated by the foregoing resolutions, to execute and deliver such instruments, and to fully perform the terms and provisions thereof; and

      **RESOLVED FURTHER,** that to the extent that any of the actions authorized by any of the foregoing resolutions have been taken by the Authorized Officer on behalf of the Company, such actions are hereby ratified and confirmed in their entirety.

      This Consent may be executed either by manual or electronic signature or a facsimile version of a manual or electronic signature

      IN WITNESS WHEREOF, the undersigned has executed this Consent as of the day and year first written above.

      **SOLE MEMBER OF interTOUCH TOPCO LLC**

By: _____

      Name: Seale A. Moorer, Jr.

-2-

<table>
<tr><td colspan="2" style="background:black;color:white;">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>**InterTouch Topco LLC**</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>**DISTRICT OF DELAWARE**</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ *Amended Schedule* _____
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 10, 2018**    X **/s/ Seale A. Moorer, Jr.**
                                          Signature of individual signing on behalf of debtor

                                          **Seale A. Moorer, Jr.**
                                          Printed name

                                          **Sole Member**
                                          Position or relationship to debtor

Fill in this information to identify the case:

Debtor name   interTouch Topco LLC

United States Bankruptcy Court for the: _____   District of  Delaware
                                                                                (State)

Case number (If known):  _____

☐ Check if this is an
   amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 CMS Cameron McKenna Nabarro Olswang LLP<br>Attn: Helen Johnson<br>Cannon Place<br>78 Cannon Street<br>London EC4N 6AF<br>United Kingdom | Helen Johnson<br>Helen.Johnson@cms-cmno.com<br>+44 20 7367 3339 | Professional services | | | | $152,576.58 |
| 2 Buchalter, A Professional Corporation<br>Attn: Jeffery Ekbom<br>16435 North Scottsdale Road<br>Suite 440<br>Scottsdale, AZ 85254-1754 | Jeffery Ekbom<br>jekbom@buchalter.com<br>(480) 383-1821 | Professional services | | | | $33,646.00 |
| 3 Morris, Nichols, Arsht & Tunnell LLP<br>Attn: Patricia Vella, Esq.<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347 | Patricia Vella, Esq.<br>pvella@mnat.com<br>(302) 351-9303 | Professional services | | | | $69,356.90 |
| 4 Tonkon Torp LLP<br>Attn: Mark LeRoux<br>888 SW Fifth Ave., Suite 1600<br>Portland, OR 97204 | Mark LeRoux<br>mark.leroux@tonkon.com<br>(503) 802-2022 | Professional services | | | | $336,097.34 |
| 5 RAJAH & TANN SINGAPORE LLP<br>Attn: Nigel Pereira, Esq.<br>9 Battery Road #25-01<br>Singapore 049910 | Nigel Pereira, Esq.<br>nigel.pereira@rajahtann.com<br>+65 62320629 | Professional services | | | | $67,027.85 |
| 6 SKLAR WILLIAMS PLLC<br>LAW OFFICES<br>Attn: Bryan M. Williams, Esq.<br>410 South Rampart Boulevard<br>Suite 350<br>Las Vegas, Nevada 89145 | Bryan M. Williams, Esq.<br>bwilliams@sklar-law.com<br>(702) 360-6000 | Professional services | | | | $9,952.75 |
| 7 Fenwick & West LLP<br>Attn: David Forst<br>801 California St.<br>Mountain View, CA 94041 | David Forst<br>dfrost@fenwick.com<br>(650) 335-7254 | Professional services | | | | $112,035.70 |
| 8 Landis Rath & Cobb LLP<br>Attn: Richard Cobb, Esq.<br>919 Market Street, Suite 1800<br>PO Box 2087<br>Wilmington, DE 19899 | Richard Cobb, Esq.<br>Cobb@lrclaw.com<br>(302) 467-4400 | Professional services | | | | $3,295.35 |

Debtor    interTouch Holdings LLC
          Name

Case number (if known)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Corporation Service Company Attn: Morgan Dailey 251 Little Falls Drive Wilmington, DE 19808 | Morgan Dailey Morgan.Dailey@cscglobal.com (800) 927-9801 Ext. 62808 | Professional services | | | | $912.00 |
| 10 | CMS Derks Star Busmann N.V. Attn: Eduard Sxheenstra Atrium-Parnassusweg 737 1077 DG Amsterdam PO Box 94700 1090 GS Amsterdam Netherlands | Eduard Scheenstra eduard.scheenstra@cms-dsb.com +31 20 3016 447 | Professional services | | | | $4,513.53 |
| 11 | Ganfer Shore, Leeds & Zauderer LLP 360 Lexington Avenue New York, New York 10017 | Craig S. Kesch ckesch@ganfershore.com (212) 922-9250 | Professional services | | | | $32,735.40 |
| 12 | Weil, Gotshal & Manges LLP Attn: Gary Holtzer 767 Fifth Avenue New York, NY 10153-0119 | Gary Holtzer gary.holtzer@weil.com (212) 310-8463 | Professional services | | | | $542,395.66 |
| 13 | interTouch Pte. Ltd Attn: Toni Weber 30A Kallang Place #12-06 Singapore 339203 | Toni Webber T +65-6221-2012 Ext 2017 | Intercompany loans | | | | $22,881,194.36 |
| 14 | Nomadix, Inc. 30851 Agoura Hills Road, Suite 102 Agoura Hills, CA 91301 | Kelly Hughes Kelly.hughes@nomadix.com (503) 804-8575 | Intercompany loans | | | | $14,901,200.48 |
| 15 | interTouch (USA) Inc. 30851 Agoura Hills Road, Suite 102 Agoura Hills, CA 91301 | Kelly Hughes Kelly.hughes@intertouch.com (503) 804-8575 | Intercompany loans | | | | $2,277,433.80 |
| 16 | ST Holdings LLC 450 Olde Worthington Road, Suite 350 Westerville, OH 43082 | Seale A. Moorer smoorer@exceptionalinnovation.com (614) 806-4919 | Intercompany loans | | | | $500,000.00 |

**United States Bankruptcy Court**

**District of Delaware**

In re    __interTouch Topco LLC__                            Case No. _____

                                Debtor(s)                 Chapter    __11__

# VERIFICATION OF CREDITOR MATRIX

I, the Sole Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    __December 10, 2018__            __/s/ Seale A. Moorer, Jr.__ _____

                                         **Seale A. Moorer, Jr./Sole Member**

                                         Signer/Title