UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 16-08033-AB (FFMx) | Date: | December 14, 2018 |

| | |
|---|---|
| Title: | Nomadix, Inc. v. Guest-Tek Interactive Entertainment Ltd. |

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | Chia Mei Jui |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Mark Lezama | Steven J Rocci, PHV |
| Justin J Gillett | Michael J Swope, PHV |

**Proceedings:** STATUS CONFERENCE RE PRETRIAL CONFERENCE (held and completed)

Also present are counsel Gregory B Koltun and Nicole Smith, for Movant Gate Worldwide Holdings, LLC.

Court and counsel confer. For the reasons stated on the record, the Court sets a further Status Conference for Friday, January 4, 2019, at 10:00 AM.

The parties shall file a brief specifically on the issue of the Court's power to enjoin the filings in the patent court. The Court orders Plaintiff's brief to be filed on or before Friday, December 21, 2018, and the Defendant's be filed on or before December 28, 2018. Each brief shall not exceed 10 pages.

The current litigation stay shall continue in effect until the date of the continued Status Conference/Pretrial Conference.