# EXHIBIT A

NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DODOCASE VR, INC., fka Dodocase, Inc.,**
*Plaintiff-Appellee*

v.

**MERCHSOURCE, LLC, dba Sharper Image,**
*Defendant-Appellant*

**THREESIXTY BRANDS GROUP, LLC, dba Sharper Image,**
*Defendant*

---

2018-1724

---

Appeal from the United States District Court for the Northern District of California in No. 3:17-cv-07088-EDL, Magistrate Judge Elizabeth D. Laporte.

---

**ON MOTION**

---

Before DYK, MOORE, and REYNA, *Circuit Judges.*

DYK, *Circuit Judge.*

**O R D E R**

Case 2:16-cv-08033-AB-FFM Document 31-1 Filed 12/28/18 Page 3 of 3 Page ID #:9342
Case: 18-1724 Document: 22 Page: 2 Filed: 04/25/2018

2                              DODOCASE VR, INC. v. MERCHSOURCE, LLC

MerchSource, LLC has appealed from an order of the United States District Court for the Northern District of California directing MerchSource to, inter alia, withdraw its inter partes and post grant review petitions from consideration by the Patent Trial and Appeal Board. MerchSource now moves to stay that order pending appeal. DODOCASE VR, Inc. opposes the motion. MerchSource replies. DODOCASE separately moves for bond incident to MerchSource's motion to stay. MerchSource opposes the motion. DODOCASE replies.

This court considers four factors in evaluating a motion to stay an injunction pending appeal: (1) whether the movant has made a strong showing of likelihood of success on the merits; (2) whether the movant will be irreparably injured absent a stay; (3) whether issuance of the stay will substantially injure the other parties interested in the proceeding; and (4) where the public interest lies. *See Nken v. Holder*, 556 U.S. 418, 434 (2009). Without prejudicing the ultimate disposition of this case by a merits panel, the court concludes based upon the papers submitted that MerchSource has established the right to a stay of the injunction pending appeal.

Accordingly,

IT IS ORDERED THAT:

(1) MerchSource's motion to stay is granted.

(2) DODOCASE's motion for bond is denied.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s26