Douglas G. Muehlhauser (SBN 179495)
doug.muehlhauser@knobbe.com
Mark Lezama (SBN 253479)
mark.lezama@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: 949-760-0404
Facsimile: 949-760-9502

Attorneys for Plaintiff
NOMADIX, INC.

Steven J. Rocci (admitted *pro hac vice*)
srocci@bakerlaw.com
BAKER & HOSTETLER LLP
2929 Arch Street, 12th Floor
Philadelphia, PA 19104-2891
Telephone: 215-568-3100
Facsimile: 215-568-3439

Attorneys for Defendant
GUEST-TEK INTERACTIVE
ENTERTAINMENT LTD.

[*Attorney listing continued on next page*]

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NOMADIX, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.,<br><br>    Defendant. | Case No.<br>CV16-08033 AB (FFMx)<br><br>**JOINT STATUS REPORT**<br><br>Honorable André Birotte Jr. |

1  Joseph L. Clasen (admitted *pro hac vice*)
   jclasen@rc.com
2  Ian T. Clarke-Fisher (admitted *pro hac vice*)
   iclarke-fisher@rc.com
3  ROBINSON &COLE LLP
   666 Third Ave, 20th Floor
4  New York, NY 10017
   Telephone: 212-451-2900
5  Facsimile: 212-451-2999

6  Attorneys for Third Party
   GATE WORLDWIDE HOLDINGS LLC
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

A. **Background**

Nomadix filed this action against Guest-Tek Interactive Entertainment for breach of a patent license agreement in October 2016. Guest Tek has asserted that the Nomadix patents are invalid, and has counterclaimed for breach of the license agreement by Nomadix and for a declaration of no patent coverage.

In January 2018, Gate Worldwide Holdings LLC ("GWH") filed a lawsuit in the Supreme Court of New York against Nomadix, interTouch Holdings LLC (Nomadix's parent), interTouch Topco LLC, and ST Holdings LLC for causes of action relating to nonpayment of a promissory note, including foreclosure. That action is *Gate Worldwide Holdings LLC v. interTouch Holdings LLC et al.*, Index No. 650026/2018. Asserting ownership of Nomadix's patents, GWH also moved to be substituted for Nomadix as the plaintiff in this action. (Dkt. No. 193.)

This case has been stayed since April 2018 in view of the New York action and related events. (Dkt. Nos. 284, 301, 305, 313.)

In particular, on December 7, 2018, the New York court heard argument on GWH's motion to confirm a sale of interTouch Holdings LLC to GWH. On December 10, 2018, interTouch Holdings LLC and interTouch Topco LLC both filed voluntary Chapter 11 petitions for bankruptcy in the United States Bankruptcy Court for the District of Delaware. Later that same day, the New York court entered an order whose terms would have approved the sale and transferred interTouch Holdings LLC to GWH.

On January 3, 2019, the Court extended the stay in this case "(1) until February 12, 2019—sixty (60) days from December 14, 2018 and forty (40) days from the date of this Order—or (2) fourteen (14) days following the resolution of the Chapter 11 bankruptcy proceedings, whichever comes first." (Dkt. No. 313 (emphasis removed).) As set forth below, the bankruptcy proceedings have been dismissed.

B.  **Update on the Bankruptcy and New York Actions**

On January 10, 2019, the United States Bankruptcy Court for the District of Delaware dismissed the bankruptcy petitions interTouch Holdings LLC and interTouch Topco LLC had filed. (Ex. 1.)

On January 11, 2019, GWH applied in the New York litigation for an order to show cause why the New York court should not reissue its December 10 order approving the sale of interTouch Holdings to GWH. The court has issued the requested order to show cause and set a hearing for January 28, 2019. (Ex. 2.)

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: January 15, 2019      /s/ *Mark Lezama*
Douglas G. Muehlhauser
Mark Lezama

Attorneys for Plaintiff
NOMADIX, INC.

BAKER & HOSTETLER LLP

Dated: January 15, 2019      /s/ *Steven J. Rocci* (with permission)
Steven J. Rocci

Attorneys for Defendant
GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.

ROBINSON & COLE LLP

Dated: January 15, 2019    /s/ *Ian T. Clarke-Fisher* (with permission)
Joseph L. Clasen
Ian T. Clarke-Fisher

Attorneys for Third Party
GATE WORLDWIDE HOLDINGS LLC