FILED: NEW YORK COUNTY CLERK 01/14/2019 02:59 PM
NYSCEF DOC. NO. 185
INDEX NO. 650026/2018
RECEIVED NYSCEF: 01/14/2019

At IAS Part 61 of the Supreme Court of the State of New York held on the 14 day of January, 2019 in and for New York County, at the Courthouse, 60 Centre Street, New York, NY 10007

PRESENT:

HON. **BARRY R. OSTRAGER**
J.S.C.       JSC

---------------------------------------------------------------- x

GATE WORLDWIDE HOLDINGS LLC

      Plaintiff,

  -against-

INTERTOUCH HOLDINGS LLC;
ST HOLDINGS LLC; INTERTOUCH TOPCO LLC;
AND NOMADIX, INC.

      Defendants.

---------------------------------------------------------------- x

Index No.: 650026/2018
(ECF)

**ORDER TO SHOW CAUSE**

MS #6

  Upon the accompanying Affirmation of Joseph L. Clasen, sworn to on January 11, 2019, all prior pleadings and proceedings had herein, and sufficient cause having been shown,

  **IT IS HEREBY ORDERED** that Defendants Show Cause before this Court at Part 61, Courtroom 232, at the Courthouse located at 60 Centre Street, New York, NY 10007, on January 28, 2019 at 2:15 p.m. or as soon thereafter as counsel can be heard, why the Order Confirming the Sale of interTouch Holdings LLC (Doc. No. 166) should not be made and reissued; and

  **IT IS FURTHER ORDERED** that service of a copy of this order and a copy of the papers upon which it is based, via NYSEF (e-filing) upon Defendants' Counsel (Craig Kesch and

18869379-v1

Exhibit 2
-6-

-7-

Caroline Harris-Crowne) on or before January 16, 2019, shall be deemed good and sufficient; and

**IT IS FURTHER ORDERED** that service of papers in opposition to this application, if any, shall be made via NYSEF (e-filing), on or before January 23, 2019 @ noon, with working copies delivered to Room 232 by the service deadline.

ENTER:

_____
J.S.C.
BARRY R. OSTRAGER
JSC

**NO PREVIOUS APPLICATION HAS BEEN MADE FOR THE RELIEF REQUESTED HEREIN.**