UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | CV 16-08033-AB (FFMx) | Date: | January 30, 2019 |
|---|---|---|---|

| Title: | Nomadix, Inc. v. Guest-Tek Interactive Entertainment, Ltd. |
|---|---|

| Present: The Honorable | ANDRÉ BIROTTE JR., United States District Judge |
|---|---|

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**   [In Chambers] Order Re Parties' Joint Status Report

   The Court has reviewed the parties' Joint Status Report. (Dkt. No. 315.) The parties indicate that the United States Bankruptcy Court dismissed InterTouch Holdings LLC and InterTouch Topoco LLC's bankruptcy petitions. The parties also indicate the judge in the New York action held a hearing on January 28, 2019 to determine whether it should reissue its December 10, 2019 Order approving the sale of InterTouch Holdings to Gate Worldwide Holdings.

   On January 3, 2019 the Court issued an order extending the stay of proceedings until Friday, February 12, 2019 *or* fourteen days following the resolution of the Chapter 11 bankruptcy proceedings. (Dkt. No. 313.) Given the status of proceedings in the New York action, the Court extends the stay until **Tuesday, February 12, 2019**. The parties are **ORDERED** to file a joint status report on or before **Thursday, February 7, 2019**.

   **IT IS SO ORDERED.**