Douglas G. Muehlhauser (SBN 179495)
doug.muehlhauser@knobbe.com
Mark Lezama (SBN 253479)
mark.lezama@knobbe.com
KNOBBE, MARTENS OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: 949-760-0404
Facsimile: 949-760-9502

Vincent J. Belusko (CA SBN 100282)
VBelusko@mofo.com
Nicole M. Smith (CA SBN 189598)
NSmith@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

*(attorney listing continued on next page)*

Attorneys for Plaintiff
NOMADIX, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NOMADIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> GUEST-TEK INTERACTIVE ENTERTAINMENT LTD., <br><br> Defendant. | Case No. 2:16-CV-08033-AB-FFM <br><br> **JOINT STATUS REPORT** <br><br> Complaint filed: Oct. 28, 2016 <br><br> Honorable Andrè Birotte, Jr. |

1  Steven J. Rocci (admitted *pro hac vice*)
   srocci@bakerlaw.com
2  BAKER & HOSTETLER LLP
   2929 Arch Street, 12th Floor
3  Philadelphia, PA 19104-2891
   Telephone: 215-568-3100
4  Facsimile: 215-568-3439

5  Attorneys for Defendant
   GUEST-TEK INTERACTIVE
6  ENTERTAINMENT LTD.

7

   Gregory B. Koltun (SBN 130454)
8  gkoltun@mofo.com
   MORRISON & FOERSTER LLP
9  707 Wilshire Boulevard
   Los Angeles, California 90017-3543
10 Telephone: 213-892-5200
   Facsimile: 213-892-5454

11
   Joseph L. Clasen (admitted *pro hac vice*)
12 jclasen@rc.com
   Ian T. Clarke-Fisher (admitted *pro hac vice*)
13 iclarke-fisher@rc.com
   ROBINSON &COLE LLP
14 666 Third Ave, 20th Floor
   New York, NY 10017
15 Telephone: 212-451-2900
   Facsimile: 212-451-2999

16
   Attorneys for Third Party
17 GATE WORLDWIDE HOLDINGS LLC

18

19

20

21

22

23

24

25

26

27

28

**Background**

Nomadix filed this action against Guest-Tek Interactive Entertainment for breach of a patent license agreement in October 2016. Guest-Tek has asserted that the Nomadix patents are invalid, and has counterclaimed for breach of the license agreement by Nomadix and for a declaration of no patent coverage.

In January 2018, Gate Worldwide Holdings LLC ("GWH") filed a lawsuit in the Supreme Court of New York against Nomadix, interTouch Holdings LLC (Nomadix's parent), interTouch Topco LLC, and ST Holdings LLC for causes of action relating to nonpayment of a promissory note, including foreclosure. That action is *Gate Worldwide Holdings LLC v. interTouch Holdings LLC et al.*, Index No. 650026/2018. Asserting ownership of Nomadix's patents, GWH also moved to be substituted for Nomadix as the plaintiff in this action. (Dkt. No. 193.)

This case has been stayed since April 2018 in view of the New York action and related events. (Dkt. Nos. 284, 301, 305, 313, 318.)

**A.     Update on the New York Action and This Action**

On January 28, 2019, the New York court reissued its earlier order approving the sale of interTouch Holdings LLC to GWH (the "Sale Order"). (Ex. 1.) GWH now owns interTouch Holdings, which owns Nomadix. As confirmed by the Sale Order and the Stipulation and Order scheduling the sale (Ex. 2), Nomadix has at all times and continues to own the patents subject to the patent license agreement at issue in this action. Accordingly, GWH intends on withdrawing its motion to substitute as plaintiff, as this has been mooted by the Sale Order (Doc. No. 193).

**1.     Guest-Tek's Statement**

Guest-Tek notes that there are still claims and counterclaims on the docket in the NY action. One of the counterclaims is a Nomadix counterclaim for violation of UCC Article 9, which challenges the validity/enforceability of the Patent Security Agreement under which GWH alleges to own Nomadix's patents. (Ex. 3, Second Counterclaim). There are also other remaining claims of GWH.

### 2. Nomadix and GWH's Statement

Nomadix and GWH note that there are no pending claims or counterclaims in the NY action that have any bearing on this action. The counterclaim relating to UCC Article 9 has been mooted and explicitly extinguished by the Sale Order and related actions, and will be withdrawn from the NY action in due course. Nomadix will not be suing its parent company, GWH, and there is no dispute as to the ownership of the Nomadix patents.

### 3. Joint Statement

Nomadix requests that the stay that is in place until February 12, 2019 be lifted that same day, and that the Court set a scheduling conference. Guest-Tek does not oppose that request. The parties are prepared to submit their proposals for a Scheduling Order for this case, together with appropriate briefing to address any differences that they may have regarding scheduling. In addition, Guest-Tek intends to seek relief from Section 7 (c) of this Court's Standing Order insofar as it limits parties to a single summary judgment motion.

| | | | |
|---|---|---|---|
| 1 | Dated: | February 7, 2019 | MORRISON & FOERSTER LLP |
| 2 | | | By: _/s/ Nicole M. Smith_ |
| 3 | | | Nicole M. Smith |
| 4 | | | Attorneys for Plaintiff<br>NOMADIX, INC. |

Dated: February 7, 2019   BAKER & HOSTETLER LLP

By: _/s/ Steven J. Rocci_
Steven J. Rocci

Attorneys for Defendant
GUEST-TEK INTERACTIVE
ENTERTAINMENT LTD.

Dated: February 7, 2018   ROBINSON & COLE LLP

By: _/s/ Ian T. Clarke-Fisher_
Joseph L. Clasen
Ian T. Clarke-Fisher

Attorneys for Movant
GATE WORLDWIDE HOLDINGS
LLC

## **ATTESTATION PURSUANT TO L.R. 5-4.3.4(a)(2)(i)**

The filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.