Douglas G. Muehlhauser (SBN 179495)
doug.muehlhauser@knobbe.com
Mark Lezama (SBN 253479)
mark.lezama@knobbe.com
KNOBBE, MARTENS OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: 949-760-0404
Facsimile: 949-760-9502

Vincent J. Belusko (CA SBN 100282)
VBelusko@mofo.com
Nicole M. Smith (CA SBN 189598)
NSmith@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

*(attorney listing continued on next page)*

Attorneys for Plaintiff
NOMADIX, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NOMADIX, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.,<br><br>　　　　　Defendant. | Case No. 2:16-CV-08033-AB-FFM<br><br>**REVISED JOINT STATUS REPORT**<br><br>Complaint filed: Oct. 28, 2016<br><br>Honorable Andrè Birotte, Jr. |

Steven J. Rocci (admitted *pro hac vice*)
srocci@bakerlaw.com
BAKER & HOSTETLER LLP
2929 Arch Street, 12th Floor
Philadelphia, PA 19104-2891
Telephone: 215-568-3100
Facsimile: 215-568-3439

Attorneys for Defendant
GUEST-TEK INTERACTIVE
ENTERTAINMENT LTD.

Gregory B. Koltun (SBN 130454)
gkoltun@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: 213-892-5200
Facsimile: 213-892-5454

Joseph L. Clasen (admitted *pro hac vice*)
jclasen@rc.com
Ian T. Clarke-Fisher (admitted *pro hac vice*)
iclarke-fisher@rc.com
ROBINSON &COLE LLP
666 Third Ave, 20th Floor
New York, NY 10017
Telephone: 212-451-2900
Facsimile: 212-451-2999

Attorneys for Third Party
GATE WORLDWIDE HOLDINGS LLC

**Background**

Nomadix filed this action against Guest-Tek Interactive Entertainment for breach of a patent license agreement in October 2016. Guest-Tek has asserted that the Nomadix patents are invalid, and has counterclaimed for breach of the license agreement by Nomadix and for a declaration of no patent coverage.

In January 2018, Gate Worldwide Holdings LLC ("GWH") filed a lawsuit in the Supreme Court of New York against Nomadix, interTouch Holdings LLC (Nomadix's parent), interTouch Topco LLC, and ST Holdings LLC for causes of action relating to nonpayment of a promissory note, including foreclosure. That action is *Gate Worldwide Holdings LLC v. interTouch Holdings LLC et al.*, Index No. 650026/2018. Asserting ownership of Nomadix's patents, GWH also moved to be substituted for Nomadix as the plaintiff in this action. (Dkt. No. 193.)

This case has been stayed since April 2018 in view of the New York action and related events. (Dkt. Nos. 284, 301, 305, 313, 318.)

**A.   Update on the New York Action and This Action**

On January 28, 2019, the New York court reissued its earlier order approving the sale of interTouch Holdings LLC to GWH (the "Sale Order"). GWH now owns interTouch Holdings, which owns Nomadix. As confirmed by the Sale Order and the Stipulation and Order scheduling the sale, Nomadix has at all times and continues to own the patents subject to the patent license agreement at issue in this action. Accordingly, GWH intends on withdrawing its motion to substitute as plaintiff, as this has been mooted by the Sale Order (Doc. No. 193).

**1.   Guest-Tek's Statement**

Guest-Tek notes that there are still claims and counterclaims on the docket in the NY action. One of the counterclaims is a Nomadix counterclaim for violation of UCC Article 9, which challenges the validity/enforceability of the Patent Security Agreement under which GWH alleges to own Nomadix's patents. There are also other remaining claims of GWH.

**2.     Nomadix and GWH's Statement**

Nomadix and GWH note that there are no pending claims or counterclaims in the NY action that have any bearing on this action. The counterclaim relating to UCC Article 9 has been mooted and explicitly extinguished by the Sale Order and related actions, and will be withdrawn from the NY action in due course. Nomadix will not be suing its parent company, GWH, and there is no dispute as to the ownership of the Nomadix patents.

**3. Joint Statement**

Nomadix requests that the stay that is in place until February 12, 2019 be lifted that same day, and that the Court set a scheduling conference. Guest-Tek does not oppose that request. The parties are prepared to submit their proposals for a Scheduling Order for this case, together with appropriate briefing to address any differences that they may have regarding scheduling. In addition, Guest-Tek intends to seek relief from Section 7 (c) of this Court's Standing Order insofar as it limits parties to a single summary judgment motion.

Dated: February 8, 2019    MORRISON & FOERSTER LLP

By: */s/ Nicole M. Smith*
Nicole M. Smith

Attorneys for Plaintiff
NOMADIX, INC.

Dated: February 8, 2019    BAKER & HOSTETLER LLP

By: */s/ Steven J. Rocci*
Steven J. Rocci

Attorneys for Defendant
GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.

Dated: February 8, 2018    ROBINSON & COLE LLP

By: */s/ Ian T. Clarke-Fisher*
Joseph L. Clasen
Ian T. Clarke-Fisher

Attorneys for Movant
GATE WORLDWIDE HOLDINGS LLC

## **ATTESTATION PURSUANT TO L.R. 5-4.3.4(a)(2)(i)**

The filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

REVISED JOINT STATUS REPORT

la-1409435