UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | CV 16-08033-AB (FFMx) | Date: | February 8, 2019 |
|---|---|---|---|

| Title: | Nomadix, Inc. v. Guest-Tek Interactive Entertainment, Ltd. |
|---|---|

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):         Attorney(s) Present for Defendant(s):

None Appearing                                None Appearing

**Proceedings:**   **[In Chambers] Order re Joint Status Report and Schedule of Pretrial and Trial Deadlines**

The Court has reviewed the parties' Joint Status Report. The parties indicated that the New York court resolved the issue of who owns Nomadix and that Gate Worldwide Holdings LLC ("GWH") intends to withdraw its Motion to Substitute as Plaintiff, which the Court took under submission in April 2018 pending resolution of the New York action.

In light of the parties' Joint Status Report the Court:

- **VACATES** the trial date and status conference set on February 12, 2019;
- **ORDERS** the parties to review the Court's previous Order Setting the Scheduling Conference (Dkt. No. 30) and the Order re Jury/Court Trial on Judge Birotte's webpage for guidance on pretrial filings;
- **ORDERS** the parties to file a joint report attaching the Schedule of Pretrial and Trial Dates Worksheet reflecting their proposed new schedule, as well as

- a Proposed Order setting their agreed-upon dates no later than **March 13, 2019**;
- **ORDERS** GWH to withdraw its Motion to Substitute as Plaintiff no later than **February 25, 2019** if it intends to do so;
- will lift the stay on February 12, 2019.

**IT IS SO ORDERED.**