# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| NOMADIX, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.,<br><br>　　　　Defendant/Counter-Claimant,<br><br>　　v.<br><br>NOMADIX, INC.,<br><br>　　　　Counter-Defendant. | Case No.: 2:16-CV-08033-AB-FFM<br><br>[Honorable Frederick F. Mumm]<br><br>[~~PROPOSED~~] ORDER GRANTING GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.'S APPLICATION FOR LEAVE TO FILE UNDER SEAL ITS SUPPLEMENTAL MEMORANDUM ON ITS MOTION TO COMPEL NOMADIX, INC. TO RESPOND TO REQUEST FOR PRODUCTION NOS. 22 AND 27<br><br>[Filed concurrently with Ahn Declaration; (Proposed) Order]<br><br>Action Filed: 10/28/16<br>Amended Complaint Filed: 03/23/17 |

Having considered Defendant/Counter-Claimant GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.'S ("Guest-Tek") Application ("Application") for Leave to File Under Seal its Supplemental Memorandum on its Motion to Compel Plaintiff/Counter-Defendant NOMADIX, INC. ("Nomadix") to Respond to Request for Production Nos. 22 and 27 (the "Supplemental Memorandum") and the exhibits attached to the Declaration of Michael J. Swope (the "Swope Decl.") in support of the Supplemental Memorandum, and finding good cause therefor, the Court GRANTS the Application.  Guest-Tek may file the following documents under seal:

    1.    Guest-Tek's Supplemental Memorandum – as Guest-Tek has filed a redacted version of the Supplemental Memorandum, only the following portions of the sealed document will not be fully publicly available:

| Page | Lines |
| --- | --- |
| 1 | 7-8, 10-17, 23-28 |
| 2 | 1, 8-12, 28 |
| 3 | 1-8, 16-18, 28 |
| 4 | 2-3, 12-18, 22-23, 25-27 |
| 5 | 1-2, 13-17 |

    2.    Exhibit "1" to the Swope Decl.;

    3.    Exhibit "2" to the Swope Decl.; and

    4.    Exhibit "3" to the Swope Decl.;

**IT IS SO ORDERED.**

Dated: 2-19-19

Honorable Frederick F. Mumm
United States Magistrate Judge