UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-8033 AB (FFMx) | Date | February 19, 2019 |
|---|---|---|---|
| Title | *Nomadix, Inc. V. Guest-Tek Interactive Entertainment Ltd.* | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER DENYING GUEST-TEK'S APPLICATION FOR LEAVE TO FILE UNDER SEAL ITS SUPPLEMENTAL MEMORANDUM IN SUPPORT OF ITS MOTION TO COMPEL NOMADIX, INC. TO RESPOND TO REQUEST FOR PRODUCTION NOS. 17 AND 25 (DOCKET NO. 237)**

    The Court has reviewed Defendant/Counter-Claimant, Guest-Tek Interactive Entertainment Ltd.'s ("Guest-Tek") "Application for Leave to File Under Seal Its Supplemental Memorandum in Support of its Motion to Compel Nomadix, Inc. To Respond to Request for Production Nos. 17 and 25" (Dkt. No. 237). Guest-Tek has made no showing justifying depriving the public access to the referenced information. Therefore, the application is DENIED.

    IT IS SO ORDERED.

                                                                                                    :
Initials of Preparer                JM