Vincent J. Belusko (CA SBN 100282)
VBelusko@mofo.com
Nicole M. Smith (CA SBN 189598)
NSmith@mofo.com
Gregory B. Koltun (CA SBN 130454)
gkoltun@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California  90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

Joseph L. Clasen (admitted *pro hac vice*)
jclasen@rc.com
Ian T. Clarke-Fisher (admitted *pro hac vice*)
iclarke-fisher@rc.com
ROBINSON &COLE LLP
666 Third Ave, 20th Floor
New York, NY 10017
Telephone: 212-451-2900
Facsimile: 212-451-2999

Attorneys for Movant
GATE WORLDWIDE HOLDINGS LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NOMADIX, INC.,<br><br>                    Plaintiff,<br><br>         v.<br><br>GUEST-TEK INTERACTIVE<br>ENTERTAINMENT LTD.,<br><br><br>                    Defendant. | Case No. 2:16-CV-08033-AB-FFM<br><br>**NOTICE OF WITHDRAWAL OF MOTION TO SUBSTITUTE AS PLAINTIFF, OR, IN THE ALTERNATIVE, MOTION TO INTERVENE FOR GATE WORLDWIDE HOLDINGS LLC**<br><br>Hearing: April 13, 2018<br>Time: 10:00 AM<br>Ctrm: 7B<br><br>Honorable Andrè Birotte, Jr. |

1

la-1410585

TO ALL PARTIES AND THEIR ATTORNEY OF RECORD

PLEASE TAKE NOTICE that Gate Worldwide Holdings LLC ("GWH") hereby withdraws its Motion to Substitute as Plaintiff, or, in the Alternative, Motion to Intervene for Gate Worldwide Holdings LLC (Dkt. No. 193) in the above-entitled Court.


Dated:    February 22, 2019        MORRISON & FOERSTER LLP

By:   /s/ Nicole M. Smith
        Nicole M. Smith

        Attorneys for Movant
        GATE WORLDWIDE HOLDINGS
        LLC

NOTICE OF WITHDRAWAL OF MOTION TO SUBSTITUTE

la-1410585