*Name and address:*
Michael R. Matthias (SBN 57728)
Baker & Hostetler LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOMADIX, INC., <br><br> Plaintiff(s) <br> v. <br> GUEST-TEK INTERACTIVE ENTERTAINMENT LTD., <br><br> Defendant(s). | CASE NUMBER <br> 2:16-cv-08033-AB-FFM <br><br> **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Samuels, Andrew E.                               of   BAKER & HOSTETLER LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*   200 Civic Center Drive, Suite 1200

614.228.1541         614.462.2616                      Columbus, OH 43215-4138
*Telephone Number*     *Fax Number*

asamuels@bakerlaw.com
*E-Mail Address*                                  *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
GUEST-TEK INTERACTIVE ENTERTAINMENT LTD

*Name(s) of Party(ies) Represented*     ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☒ *Other:* Counter-Claimant

**and designating as Local Counsel**

Matthias, Michael R.                              of   BAKER & HOSTETLER LLP
*Designee's Name (Last Name, First Name & Middle Initial)*   11601 Wilshire Blvd., Suite 1400

57728          310.820.8800        310.820.8859         Los Angeles, CA 90025
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*

mmatthias@bakerlaw.com
*E-Mail Address*                                  *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
         ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
         ☐ for failure to complete Application: _____
         ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
         ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
         ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.
**Dated** _____

                                                                U.S. District Judge/U.S. Magistrate Judge


American LegalNet, Inc.
www.FormsWorkFlow.com