# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nomadix, Inc <br><br> PLAINTIFF(S) <br> v. <br> Guest-Tek Interactive Entertainment Ltd. <br><br> DEFENDANT(S). | CASE NUMBER <br> CV 16-08033-AB (FFMx) <br><br> **RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 2/20/2019 | 328 | Pro Hac Vice Application |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

- ☐ The document is accepted as filed
- ☑ The document is stricken ~~and counsel is ordered to file an amended or corrected document by~~ _____ .
- ☐ The hearing date has been rescheduled to _____ at _____
- ☐ Other

Clerk, U.S. District Court

Dated: 2/25/2019                By: C. Badirian
                                    Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge