Name and address:
Michael R. Matthias (SBN 57728)
Baker & Hostetler LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| NOMADIX, INC., | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:16-cv-08033-AB-FFM |
| v. | |
| GUEST-TEK INTERACTIVE ENTERTAINMENT LTD., | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Lesovitz, Jeff                                              of   BAKER & HOSTETLER LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*      Cira Centre 2929 Arch Street 12th Floor

215-568-3100          215-568-3439                              Philadelphia, PA 19104-2891
*Telephone Number*    *Fax Number*

JLesovitz@bakerlaw.com
*E-Mail Address*                                                *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
GUEST-TEK INTERACTIVE ENTERTAINMENT LTD

*Name(s) of Party(ies) Represented*    ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☒ *Other:* Counter-Claimant

**and designating as Local Counsel**

Matthias, Michael R.                                        of   BAKER & HOSTETLER LLP
*Designee's Name (Last Name, First Name & Middle Initial)*       11601 Wilshire Blvd., Suite 1400

57728              310.820.8800         310.820.8859            Los Angeles, CA 90025
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*

mmatthias@bakerlaw.com
*E-Mail Address*                                                *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
          ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
          ☐ for failure to complete Application: _____
          ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
          ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
          ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated** _____

                                                    U.S. District Judge/U.S. Magistrate Judge


American LegalNet, Inc.
www.FormsWorkFlow.com