Name and address:
Michael R. Matthias (SBN 57728)
Baker & Hostetler LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

NOMADIX, INC.,

                Plaintiff(s)

v.

GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.,

                Defendant(s).

CASE NUMBER
2:16-cv-08033-AB-FFM

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Samuels, Andrew E.    of    BAKER & HOSTETLER LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*    200 Civic Center Drive, Suite 1200
614.228.1541    614.462.2616    Columbus, OH 43215-4138
*Telephone Number*    *Fax Number*
asamuels@bakerlaw.com
*E-Mail Address*    *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
GUEST-TEK INTERACTIVE ENTERTAINMENT LTD

*Name(s) of Party(ies) Represented*    ☐ Plaintiff(s)   ☒ Defendant(s)   ☒ Other: Counter-Claimant

and designating as Local Counsel

Matthias, Michael R.    of    BAKER & HOSTETLER LLP
*Designee's Name (Last Name, First Name & Middle Initial)*    11601 Wilshire Blvd., Suite 1400
57728    310.820.8800    310.820.8859    Los Angeles, CA 90025
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*
mmatthias@bakerlaw.com
*E-Mail Address*    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
        ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
        ☐ for failure to complete Application: _____
        ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
        ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
        ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded ☐ not be refunded.

Dated    2/27/2019          *[signature]*
                             U.S. District Judge/~~U.S. Magistrate Judge~~


American LegalNet, Inc.
www.FormsWorkFlow.com