Name and address:
Michael R. Matthias (SBN 57728)
Baker & Hostetler LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

NOMADIX, INC.,

Plaintiff(s)

v.

GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.,

Defendant(s).

CASE NUMBER
2:16-cv-08033-AB-FFM

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Lesovitz, Jeff
*Applicant's Name (Last Name, First Name & Middle Initial)*

215-568-3100            215-568-3439
*Telephone Number*      *Fax Number*

JLesovitz@bakerlaw.com
*E-Mail Address*

of BAKER & HOSTETLER LLP
Cira Centre 2929 Arch Street 12th Floor
Philadelphia, PA 19104-2891
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
GUEST-TEK INTERACTIVE ENTERTAINMENT LTD

*Name(s) of Party(ies) Represented*    ☐ Plaintiff(s)  ☒ Defendant(s)  ☒ Other: Counter-Claimant

and designating as Local Counsel

Matthias, Michael R.
*Designee's Name (Last Name, First Name & Middle Initial)*

57728            310.820.8800         310.820.8859
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*

mmatthias@bakerlaw.com
*E-Mail Address*

of BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
  ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded ☐ not be refunded.

Dated   3/5/2019

U.S. District Judge/~~U.S. Magistrate Judge~~

G–64 ORDER (5/16)  (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1


American LegalNet, Inc.
www.FormsWorkFlow.com