Name and address:
Michael R. Matthias (SBN 57728)
Baker & Hostetler LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| NOMADIX, INC., | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:16-cv-08033-AB-FFM |
| v. | |
| GUEST-TEK INTERACTIVE ENTERTAINMENT LTD., | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE* |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Goettle, Daniel J.                                           of    BAKER & HOSTETLER LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*        Cira Centre 2929 Arch Street 12th Floor

215-568-3100            215-568-3439                                Philadelphia, PA 19104-2891
*Telephone Number*      *Fax Number*

dgoettle@bakerlaw.com
*E-Mail Address*                                                    *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
GUEST-TEK INTERACTIVE ENTERTAINMENT LTD

*Name(s) of Party(ies) Represented*     ☐ *Plaintiff(s)*   ☒ *Defendant(s)*   ☒ *Other:* Counter-Claimant

**and designating as Local Counsel**

Matthias, Michael R.                                          of    BAKER & HOSTETLER LLP
*Designee's Name (Last Name, First Name & Middle Initial)*          11601 Wilshire Blvd., Suite 1400

57728             310.820.8800             310.820.8859             Los Angeles, CA 90025
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

mmatthias@bakerlaw.com
*E-Mail Address*                                                    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
            ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
            ☐ for failure to complete Application: _____
            ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
            ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
            ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.
**Dated** _____

                                                                    U.S. District Judge/U.S. Magistrate Judge


American LegalNet, Inc.
www.FormsWorkFlow.com