UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nomadix, Inc.<br><br>PLAINTIFF(S)<br>v.<br>Guest-Tek Interactive Entertainment Ltd.<br><br>DEFENDANT(S). | CASE NUMBER<br>CV 16-08033-AB (FFMx)<br><br>RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 3/5/2019 | 336 | Pro Hac Vice Application |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

☐ The document is accepted as filed
☑ The document is stricken ~~and counsel is ordered to file an amended or corrected document by~~ _____ .
☐ The hearing date has been rescheduled to _____ at _____
☐ Other

Clerk, U.S. District Court

Dated: 3/7/2019         By: C. Badirian
                             Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge

---

RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS
G-112B (01/07)