Name and address:
Michael R. Matthias (SBN 57728)
Baker & Hostetler LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| NOMADIX, INC., | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:16-cv-08033-AB-FFM |
| v. | |
| GUEST-TEK INTERACTIVE ENTERTAINMENT LTD., | (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s). | |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Goettle, Daniel J.
*Applicant's Name (Last Name, First Name & Middle Initial)*

of BAKER & HOSTETLER LLP
Cira Centre 2929 Arch Street 12th Floor
Philadelphia, PA 19104-2891

215-568-3100       215-568-3439
*Telephone Number*   *Fax Number*

dgoettle@bakerlaw.com
*E-Mail Address*

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
GUEST-TEK INTERACTIVE ENTERTAINMENT LTD

*Name(s) of Party(ies) Represented*    ☐ Plaintiff(s)  ☒ Defendant(s)  ☒ Other: Counter-Claimant

and designating as Local Counsel

Matthias, Michael R.
*Designee's Name (Last Name, First Name & Middle Initial)*

of BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025

57728        310.820.8800      310.820.8859
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*

mmatthias@bakerlaw.com
*E-Mail Address*

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application:
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
  ☐ because

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid, ☐ be refunded ☒ not be refunded.
Dated 3/8/2019

                                                        U.S. District Judge/~~U.S. Magistrate Judge~~


American LegalNet, Inc.
www.FormsWorkFlow.com