# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| NOMADIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> GUEST-TEK INTERACTIVE ENTERTAINMENT LTD., <br><br> Defendant. | Case No. 2:16-CV-08033-AB-FFM <br><br> [PROPOSED] ORDER REGARDING CASE SCHEDULE |

Having reviewed the Parties' Joint Report Re: Case Schedule, IT IS HEREBY ORDERED THAT the case management schedule is amended as follows:

| | Original Date (D.I. 56) | Nomadix's Proposed Date | Guest-Tek's Proposed Date | Court-ordered Date |
|---|---|---|---|---|
| Exchange of terms for claim construction | None | None | 5/31/2019 | [consistent with substantive requirements of N.D. Cal. P.L.R.s]<br><br>4/26/2019 |
| Exchange proposed claim constructions and any extrinsic evidence | None | None | 6/21/2019 | [N.D. Cal. P.L.R.s apply]<br><br>5/24/2019 |
| Joint Claim Construction and Prehearing Statement | None | None | 7/17/2019 | [N.D. Cal. P.L.R.s apply]<br><br>6/7/2019 |
| Opening Claim Construction Brief | None | None. Any claim construction briefing shall be part of any motion for summary judgment. | 8/26/2019 | [simultaneous – 30 pages max]<br><br>7/12/2019 |
| Responsive Claim Construction Brief | None | None. Any claim construction briefing shall be part of any motion for summary judgment. | 9/9/2019 | [simultaneous – 20 pages max]<br><br>7/26/2019<br><br>[filing of claim construction demonstrative materials due] |

- 2 -

|  | Original Date (D.I. 56) | Nomadix's Proposed Date | Guest-Tek's Proposed Date | Court-ordered Date |
|---|---|---|---|---|
| Reply Claim Construction Brief | None | None. Any claim construction briefing shall be part of any motion for summary judgment. | 9/16/2019 | None. |
| Claim Construction Hearing | None | None. Any claim construction shall be heard at the same time as the hearing on motions for summary judgment. | Approx. 9/30/2019 | 8/16/2019 at 11:00 a.m. |
| Non-expert Discovery Cut-Off | 5/31/2018 | 6/28/2019 | 9/30/2019 | 8/30/2019 |
| Expert Disclosure (Initial) | 6/29/2018 | 7/12/2019 | 11/8/2019 | 9/27/2019 |
| Expert Disclosure (Rebuttal) | 7/27/2018 | 8/9/2019 | 12/6/2019 | 10/25/2019 |
| Expert Discovery Cut-off | 8/27/2018 | 9/13/2019 | 1/10/2020 | 11/22/2019 |
| Last Day to Hear Motions | 8/27/2018 | 10/18/2019 | 1/10/2020 | 1/10/2020 |
| Last Day to Conduct ADR Proceeding | 9/10/2018 | 10/11/2019 | 1/31/2020 | 1/3/2020 |

| | Original Date (D.I. 56) | Nomadix's Proposed Date | Guest-Tek's Proposed Date | Court-ordered Date |
|---|---|---|---|---|
| File Memorandum of Contentions of Fact and Law, Exhibit and Witness Lists, Status Report regarding settlement, and all Motions in *Limine* | 10/15/2018 | 2/14/2020 | | 2/14/2020 |
| Lodge Pretrial Conference Order, file agreed set of Jury Instructions and Verdict Forms, file statement regarding Disputed Instructions and Verdict Forms, and File Oppositions to Motions in *Limine* | 10/22/2018 | 2/28/2020 | | 2/28/2020 |
| Final Pretrial Conference and Hearing on Motions in *Limine* | 11/5/2018 | 3/13/2020 | | 3/13/2020 at 11:00 am |
| Trial Date | 12/4/2018 | 4/14/2020 | | 4/14/2020 at 8:30 am |
| Trial Duration | 4 Days | 4-6 Days | 6-8 Days | 4-6 Days |

Dated:   March 18, 2019

_____
Hon. André Birotte Jr.
United States District Judge

- 4 -