1  Steven J. Rocci (Admitted *Pro Hac Vice*)
   Email: srocci@bakerlaw.com
2  Kevin M. Bovard, SBN 247521
   Email: kbovard@bakerlaw.com
3  Jeffrey W. Lesovitz (Admitted *Pro Hac Vice*)
   Email: jlesovitz@bakerlaw.com
4  **BAKER & HOSTETLER LLP**
   2929 Arch Street, 12th Floor
5  Philadelphia, PA 19104-2891
   Telephone: 215-568-3100
6  Facsimile: 215-568-3439

7  *Attorneys for Defendant/Counter-Claimant*
   GUEST-TEK INTERACTIVE
8  ENTERTAINMENT LTD.

9  (*additional counsel listed on following page*)

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| NOMADIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> GUEST-TEK INTERACTIVE ENTERTAINMENT LTD., <br><br> Defendant/Counter-Claimant, <br><br> v. <br><br> NOMADIX, INC., <br><br> Counter-Defendant. | Case No.: 2:16-cv-08033-AB-FFM <br><br> [*Honorable Frederick F. Mumm*] <br><br> **ORDER GRANTING GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.'S APPLICATION FOR LEAVE TO FILE UNDER SEAL SUPPLEMENTAL MEMORANDUM IN SUPPORT OF GUEST-TEK'S MOTION TO STRIKE NOMADIX'S SECOND SUPPLEMENTAL RESPONSES TO INTERROGATORY NOS. 2–3** |

1  Michael J. Swope (Admitted *Pro Hac Vice*)
   Email:  mswope@bakerlaw.com
2  Curt R. Hineline (Admitted *Pro Hac Vice*)
   Email:  chineline@bakerlaw.com
3  **BAKER & HOSTETLER LLP**
   999 Third Avenue, Suite 3500
4  Seattle, WA 98104-4040
   Telephone:  206-332-1379
5  Facsimile:  206-624-7317

6  Andrew E. Samuels (Admitted *Pro Hac Vice*)
   Email:  asamuels@bakerlaw.com
7  **BAKER & HOSTETLER LLP**
   200 Civic Center Drive, Suite 1200
8  Columbus, OH 43215
   Telephone:  614-228-1541
9  Facsimile:  614-462-2616

10 Michael R. Matthias, SBN 57728
   Email:  mmatthias@bakerlaw.com
11 **BAKER & HOSTETLER LLP**
   11601 Wilshire Boulevard, Suite 1400
12 Los Angeles, CA  90025-0509
   Telephone:  310-820-8800
13 Facsimile:  310-820-8859

14 *Attorneys for Defendant/Counter-Claimant*
   GUEST-TEK INTERACTIVE
15 ENTERTAINMENT LTD.

16

17

18

19

20

21

22

23

24

25

26

27

28

Baker & Hostetler LLP
Attorneys at Law
Los Angeles

Having considered Defendant Guest-Tek Interactive Entertainment Ltd. ("Guest-Tek")'s Application for Leave to File Under Seal Supplemental Memorandum in Support of Guest-Tek's Motion to Strike Plaintiff Nomadix, Inc. ("Nomadix")'s Second Supplemental Responses to Interrogatory Nos. 2–3, and finding good cause therefor, the Court GRANTS the Application to file under seal the following:

1) Lines 23-27 of page 3 of Guest-Tek's Supplemental Memorandum in Support of Motion to Strike Nomadix's Second Supplemental Responses to Interrogatory Nos. 2–3;

2) Exhibit A to the Supplemental Declaration of Jeffrey W. Lesovitz in Support of Guest-Tek's Motion to Strike ("Lesovitz Supplemental Declaration").

The Motion is denied as to the other portions of Guest-Tek's Supplemental Memorandum in Support of Motion to Strike Nomadix's Second Supplemental Responses to Interrogatory Nos. 2–3.

**IT IS SO ORDERED.**

Dated: __1-28-20_____        _____/s/ Frederick F. Mumm_____

　　　　　　　　　　　　　　　　　　　　　　　Honorable Frederick F. Mumm