UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOMADIX, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GUEST-TEK INTERACTIVE ENTERTAINMENT LTD.,<br><br>　　　　　Defendant. | Case No. CV 16-8033 AB (FFMx)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action, the Final Report and Recommendation of United States Magistrate Judge ("Report"), the objections to the Report and the response to the objections.  Good cause appearing, the Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

　　　　IT IS ORDERED that those portions of Plaintiff's Second Supplemental Responses to Interrogatory Nos. 2 and 3 that assert infringement contentions as to Head-End Processor, RenezView, Mercury, and Golden Tree are stricken.

DATED: February 5, 2020

　　　　　　　　　　　　　　　　　　　　　ANDRÉ BIROTTE, JR.
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE