UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 16-cv-08033-AB-FFMx | Date: | March 16, 2020 |
|---|---|---|---|

Title: *Nomadix, Inc. v. Guest-Tek Interactive Entmt. Ltd.*

Present: The Honorable   **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):     Attorney(s) Present for Defendant(s):

None Appearing     None Appearing

**Proceedings:     [In Chambers] ORDER SETTING DEADLINE FOR STATUS REPORT**

The parties are **ORDERED** to file, within seven (7) days of the date of issuance of this order, a joint status report addressing the following:

1.  The parties' positions regarding whether they would seek to proceed forward with trial on April 14, 2020. If the parties jointly seek to continue the trial date, the parties are directed to file a proposed stipulation to that effect. The parties are advised that even if both parties agree that they would prefer to proceed with trial on April 14, 2020, for reasons of public health and safety, as well as judicial economy, the Court may still deem it appropriate to continue the trial to a later date.

2.  An update regarding the parties' efforts towards narrowing the scope of the case in advance of trial, as discussed at the Final Pretrial Conference in connection with the parties' Proposed Final Pretrial Conference Order. If the parties have reached agreement as to any trial narrowing procedures, they are directed to file appropriate amended pretrial documents, where

CV-90 (12/02)     **CIVIL MINUTES – GENERAL**     Initials of Deputy Clerk CB

applicable, or a proposed stipulation to that effect.

3.  Whether the parties have made any progress towards settlement, including whether they would seek to engage the assistance of a third party neutral or Magistrate Judge in further settlement discussions in advance of trial.

4.  Anything else either party would like to bring to the Court's attention in advance of trial.

**IT IS SO ORDERED**.