1
2
3
4
5
6
7

# JS-6

8            UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT OF CALIFORNIA

10 | Case No.:  2:16-cv-08033-AB-SK

11   NOMADIX, INC.,

12          Plaintiff,          **ORDER ENTERING FINAL JUDGMENT**

13      v.

14   GUEST-TEK INTERACTIVE
15   ENTERTAINMENT LTD.,
16          Defendant/
            Counter-Claimant,
17      v.
18
19   NOMADIX, INC.,
20          Counter-Defendant

21          The above-captioned action was tried by a jury with the Honorable André Birotte

22   Jr. presiding.  The jury rendered a unanimous verdict on December 8, 2021.  (ECF. No.

23   826.)  Pursuant to Rule 58 of Federal Rules of Civil Procedure, the Court hereby

24   **ORDERS** and **ENTERS FINAL JUDGMENT** as follows:

25          1.      On Plaintiff and Counter-Defendant Nomadix, Inc.'s ("Nomadix") claim

26   that Defendant and Counter-Claimant Guest-Tek Interactive Entertainment Ltd.

27   ("Guest-Tek") breached the License Agreement effective December 30, 2010

28

("License Agreement") by failing to pay all royalties it owes Nomadix under the License Agreement through Q4 2019, the Court enters judgment in Nomadix's favor.

2.     On Nomadix's claim that Guest-Tek breached the License Agreement by challenging the License Agreement patents validity under Section 2.10 of the License Agreement, the Court enters judgment in Nomadix's favor.

3.     For Guest-Tek's breach of the License Agreement, Nomadix is hereby awarded damages and shall accordingly have and recover from Guest-Tek the sum of $6,500,000 (six million five hundred thousand U.S. dollars).

4.     On Guest-Tek's counterclaim that Nomadix breached the License Agreement with respect to negotiating royalty rates/license fees for the Renewal Term of the License Agreement, the Court enters judgment in Nomadix's favor and Guest-Tek shall take nothing.

5.     On Guest-Tek's counterclaim that Nomadix breached the Confidential MOU effective April 16, 2014 with respect to retaining a mutually agreeable expert, the Court enters judgment in Guest-Tek's favor, and Guest-Tek is hereby awarded damages and shall accordingly have and recover from Nomadix the sum of $2,500,000 (two million five hundred thousand U.S. dollars).

6.     Pursuant to 28 U.S.C. § 1961, the Court awards post-judgment interest applicable to all sums awarded herein, at the statutory rate, from the entry of this final judgment until paid.

//

//

//

//

2.

7.    The Court retains jurisdiction for the purpose of implementing and enforcing this judgment, including by way of post-judgment discovery related thereto.

8.    All other claims asserted and parties named in this action not previously dismissed, are hereby dismissed with prejudice.

**IT IS SO ORDERED, ADJUDGED, AND DECREED.**

Dated:  January 11, 2022     _____

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

3.